IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION


MICHAEL NEWCOMB and KATHY          : NO.
NEWCOMB,                            : 1:15-CV-00080-
                                    : LJA
        Plaintiffs                  :
    vs.                             :
                                    :
SPRING CREEK COOLER, INC.;          :
SPRING CREEK PRODUCE, LLC; SF       :
FARMS, INC.; SF EXPORTS, INC.;      :
T&L FARMS, INC.; TERRIL SCOTT       :
PROPERTIES, LLC; TERRIL SCOTT       :
FARMS, LLC; WALDINE B. SCOTT        :
FARMS, LLC; EDDIE T. SCOTT          :
FARMS, LLC; TS EQUIPMENT            :
LEASING, LLC; L&W FARMS, LP;        :
TERRIL SCOTT; and JOHN DOE,         :
Name Unknown, Address Unknown       :
                                    :
        Defendants                  :



VIDEOTAPE DEPOSITION OF WILLIAM J. AZEREDO, M.D.


        Taken in the offices of William Azeredo,
M.D., 100 North Academy Avenue, Danville,
Pennsylvania, on Thursday, February 16, 2017,
commencing at 8:16 a.m., before Justine Starrick,
Registered Professional Reporter, Tim Art,
Videographer.



* * *

GALLAGHER REPORTING & VIDEO, LLC
Mill Run Office Center
1275 Glenlivet Drive, Suite 100
Allentown, PA  18106

(610)439-0504/(800)366-2980

Gallagherreporting@verizon.net

```
 1    APPEARANCES:
 2
      THE HELMS LAW FIRM
 3    By:  J. JEFFREY HELMS, ESQ.
      P.O. Box 537
 4    10 North College Street
      Homerville, GA 31634
 5    Jeffhelms@helmslaw.com
       -- For the Plaintiffs
 6
 7    GARDNER WILLIS SWEAT PLAIRE & PICKETT
      By:  MARK L. PICKETT, ESQ.
 8    P.O. Drawer 71788
      2408 Westgate Drive
 9    Albany, GA 31707
      mark.pickett@gwspplaw.com
10    -- For the Defendants
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

                       INDEX TO WITNESS
THE WITNESS                                    PAGE

William Azeredo
By Mr. Helms(Direct)                           5
By Mr. Pickett(Cross)                          44
By Mr. Helms(Redirect)                         61


                      INDEX TO EXHIBITS

EXHIBIT        DESCRIPTION                          PAGE

1              Diagram                              15

1           THE VIDEOGRAPHER:  The date today is

2    February 16, 2017.  The time is 8:16 a.m.  This is

3    the videotape deposition of William J. Azeredo,

4    M.D., taken in the matter of Michael Newcomb and

5    Kathy Newcomb versus Spring Creek Cooler, Inc., et

6    al, filed in the United States District Court Middle

7    District of Georgia, Albany division, case number

8    1:15-CV-00080-LJA.

9           This deposition is being held at 100

10   North Academy Avenue in Danville, Pennsylvania.  My

11   name is Tim Art and I am the videographer.  I am

12   with Gallagher Reporting and Video.  The court

13   reporter is Justine Starrick.  At this time will

14   counsel please state their appearances for the

15   record, after which the court reporter may swear in

16   the deponent.

17          MR. HELMS:  Jeff Helms, and I'm here

18   for Mr. Michael Newcomb and Ms. Kathy Newcomb.

19          MR. PICKETT:  I'm Mark Pickett, and I

20   represent Spring Creek Cooler as well as the other

21   defendants in this case.

22                      *  *  *  *

23          WILLIAM J. AZEREDO, M.D., having been

24   duly sworn, was examined and testified as follows:

25                      *  *  *  *

```
 1                    DIRECT EXAMINATION

 2                       *  *  *  *

 3    BY MR. HELMS:

 4    Q.       Doctor, I'm Jeff Helms.  We met earlier and

 5    talked before we got going with this deposition.

 6    We're going to ask you some questions.  And this is

 7    a videotape deposition taken here in Danville,

 8    correct?

 9    A.       Uh-huh.

10    Q.       I'm going to ask you to tell the jury about

11    your experience with Mr. Newcomb as his physician,

12    okay.

13    A.       Uh-huh.

14    Q.       Now, let's get started by you telling the

15    jury your full name please, sir.

16    A.       William James Azeredo.

17    Q.       And, Doctor, you are a medical doctor?

18    A.       Correct.

19    Q.       You have a specialty in the medical field?

20    A.       Uh-huh.

21    Q.       What specialty is that?

22    A.       Otolaryngology.

23    Q.       That's a big word.  Tell us what that

24    means.

25    A.       Ear, nose, and throat.
```

```
 1    Q.         Are you also a surgeon as an
 2    otolaryngology?
 3    A.         It is a surgical subspecialty, so, yes.
 4    Q.         Please tell the jury briefly your
 5    educational background in order to become the doctor
 6    that you are now?
 7    A.         Sure.  It's four years of medical school,
 8    and five years of residency.  That's it.
 9    Q.         Board certified?
10    A.         Absolutely.
11    Q.         We've talked with other doctors the last
12    couple of days about board certification, but if you
13    could also explain to the jury what it means to be
14    board certified as an otolaryngologist?
15    A.         Sure.  Once you complete your residency in
16    your first year out you take your boards, which is a
17    two part exam, one day written, one day oral boards,
18    and a percentage of people pass that exam.  And if
19    you pass that exam you go from being board eligible,
20    which means you've graduated from your residency, to
21    board certified.  So it means you've not only gone
22    through the education, but demonstrated you have
23    sufficient knowledge.
24    Q.         And this is a national test that's given to
25    everybody?
```

A.        Absolutely.  It's a standardized national
test.

Q.        It's a certification that you have a
certain competency of otolaryngology that otherwise
you wouldn't have, is that right?

A.        Yes, it's like having a national bar.

Q.        I understand.  Thank you.  Where do you
practice right now?

A.        Here in Geisinger.

Q.        And Geisinger is a -- appears to be a
fairly large medical complex?

A.        It's a large medical system that serves
roughly one-third of the State of Pennsylvania.

Q.        During the course of your practice here
have you had the opportunity to examine and treat
and operate upon a gentleman by the name of Michael
Newcomb?

A.        Yes.

Q.        How did you first meet him and how did he
come into your care?

A.        He came in with an ear complaint of altered
hearing on his left ear, and in the course of his
evaluation found that while the complaints were a
bit unusual, they in no small part seem to
ultimately be a pulsatile sound in the ear,

```
 1    difficulty hearing with a relatively normal looking
 2    exam.  And concern was raised for fluid behind the
 3    drum given his past history.
 4    Q.        And the history is?
 5    A.        With three years in between plus since I've
 6    seen him, he had come in after the fact after a
 7    trauma.  He still had healing lacerations on the
 8    side of his head.  And this postdated that trauma.
 9    Q.        You said he had lacerations on his head.
10    Do you mean he had -- did you see evidence of a scar
11    on top of his head?
12    A.        Well, yeah, superior to his ear, they were
13    healing lacerations.
14    Q.        When you say superior to his ear?
15    A.        Above his ear in this area.  (Indicating.)
16    Q.        Left side?
17    A.        Correct.
18    Q.        There was a CT scan that talked about a
19    complete --
20    A.        Opacification.
21    Q.        Opacification?
22    A.        Uh-huh.
23    Q.        Was that relevant to your diagnosis of his
24    problem at all?
25    A.        In general opacification means -- well, to
```

1    back up, it means opacification of air cells that

2    exist in the bone behind the ear called the mastoid.

3    And those air cells connect with a space behind the

4    eardrum.  And he had fluid on that CT scan both

5    behind -- or soft tissue density material,

6    opacification, behind the eardrum and in these air

7    cells.

8                    And on a CT scan that means it's not

9    air as it's supposed to be, it's something else.

10   And the options are inflammation, soft tissue,

11   fluid, or some combination thereof.

12   Q.      So after you saw him he was complaining

13   about I think a fullness in his left ear, is that

14   right, what is that --

15   A.      Among his complaints, plugged feeling, oral

16   fullness is a more technical term for it, and

17   altered sense of hearing.

18   Q.      Ultimately what did you find out what was

19   wrong with the gentleman?

20   A.      Well, after we did a myringotomy.

21   Q.      Tell us what a myringotomy --

22   A.      Which is making a small incision in the

23   eardrum after putting topical numbing paint on the

24   eardrum.  He was found to have fluid on the eardrum.

25   As it was somewhat pulsatile and clear this was

1    concerning for CSF.  Because any typical fluid

2    behind the eardrum is not clear and not pulsatile.

3    So we sent it off for a protein that is functionally

4    only found in CSF, which is fluid that bathes the

5    brain and spinal cord.

6    Q.       And during the course of the deposition I'm

7    going to interrupt you every once in a while when

8    you use certain words I'll need a definition and the

9    jury will too.  Okay?

10   A.       I'll try to explain any technical terms I

11   use, but otherwise feel free.

12   Q.       Pulsatile?

13   A.       Means a pulsing sound.  So I used it twice

14   already, pulsatile tinnitus is a pulsing sound in

15   the ear.  To have fluid pulse is what you would

16   imagine if you had something underneath and you had

17   a hole and had fluid come up and you had something

18   that would sort of be a pump underneath, you would

19   see it well up a little bit and go back down.

20   Q.       That's something you could observe?

21   A.       With a microscope, yeah.  When we make

22   these incisions it's all with an operating

23   microscope in clinic so we could see it pretty

24   easily.

25   Q.       Even to get the fluid off his ear it's with

```
1    a microscope and you have to stick it in his ear, is
2    that right?
3    A.        I'm sorry, stick what in there?
4    Q.        The needle to get the fluid out?
5    A.        Well, the way we do it is we make a small
6    incision with a -- it's called a myringotomy knife.
7    It's just a small blade, and a patch that we've
8    numbed up on the eardrum.  And through that we could
9    see fluid come up and then we suction it out and
10   collect it to send it off if we're concerned about
11   it being CSF.
12   Q.        And CFS is?
13   A.        CSF, is, again, fluid that bathes the brain
14   and spinal cord.  It's an acronym for cerebral
15   spinal fluid.
16   Q.        And that's what it was behind his ear, his
17   eardrum?
18   A.        Correct.  Because the lab was positive.  So
19   that is basically the diagnosis.
20   Q.        What did that indicate to you at that point
21   then, what his problem was?
22   A.        He had a CSF leak, and that's why he had
23   fluid behind his eardrum and in his mastoid air
24   cells, again, this bone is the mastoid.  And
25   unfortunately at that point it's not a medical
```

1    issue, it's a surgical issue.  (Indicating.)

2    Q.      You scheduled surgery for him?

3    A.      Correct.

4    Q.      And you also asked a neurosurgeon to assist

5    in the surgery, is that right?

6    A.      Uh-huh.

7    Q.      And what doctor was that?

8    A.      Dr. Toms.

9    Q.      Is he a colleague of yours here at

10   Geisinger?

11   A.      He's now not here, he's moved on, but he

12   was a colleague of mine, yes.

13   Q.      Had he assisted you before in surgeries?

14   A.      Oh, yes, and subsequently.  We did many of

15   these together.  By that I mean, all the ones that

16   we came across, more than we would like to do

17   because we would like to do none and people

18   obviously not have a CSF leak.

19   Q.      Technically what was the nature of the

20   surgery that you recommended for Mr. Newcomb?

21   A.      Middle fossa craniotomy with repair of CSF

22   leak with tragal cartilage graft and myofacial flap.

23   Q.      All right.  And when you and Dr. Toms were

24   performing this surgery, did you stay in the OR room

25   with him and he stayed in the OR room with you and

1   you all worked together, or did you come in and out,

2   or how did that work?

3   A.      I was there for the entire time.  He was

4   there for placement of the lumbar drain and he came

5   in to see if there were any issues, there weren't.

6   And then at one point we found an encephalocele,

7   which is basically a small nonviable portion of the

8   brain herniating into the ear space.  And I had him

9   remove that basically bipolar, which is cautery

10  between two tips so it's all focal and not spread,

11  the electric current from the cautery.  And then he

12  attempted repair of the dura.  But the dura is the

13  tough stuff, the tougher layer that covers the

14  brain.  But it was thinned out to the point where

15  that wasn't productive so then proceeded with the

16  repair of the defect in the skull base.

17  Q.      How many times before Mr. Newcomb do you

18  think you worked with Dr. Toms doing something like

19  that?

20  A.      I honestly don't remember, but more than

21  once.

22  Q.      And you worked with him subsequently after

23  Mr. Newcomb on similar surgeries?

24  A.      Yes.  At least a dozen to 15 times.

25  Q.      So you all were in the operating room

1    working as a team really?

2    A.        Uh-huh.

3    Q.        I think we're to the point right now that

4    earlier I had a sent to you a medical illustration,

5    is that right?

6    A.        Uh-huh.

7    Q.        You've had a chance to review that?

8    A.        Yes.

9    Q.        Is it a reasonable, accurate representation

10   of the human anatomy for Mr. Newcomb?

11   A.        It's reasonable, yes.

12   Q.        And does it give a reasonable depiction of

13   the surgical process that you all undertook?

14   A.        It's illustrative, yes.

15   Q.        And would that illustration help you

16   explain your testimony to the jury?

17   A.        Sure.

18   Q.        Doctor, if we could, and I'm going to pick

19   this up and bring it over to you, this is going to

20   be marked as Plaintiff Exhibit Number 1 to the

21   deposition.  I want you to use this illustration if

22   you could to kind of walk the jury through first of

23   all the anatomy and what we're talking about, and

24   then the process of the surgery.

25   A.        Do you want me to hold it or are you going

1    to hold it?

2    Q.        I'll hold it for you.

3    A.            This is what's called a coronal view.  By

4    that it's a cut this way, so here is the brain.

5    This is the spinal cord here.  The left ear would be

6    here.  And you could see that the balance system is

7    here.  That's the organ of hearing called the

8    cochlea.  Here is the eardrum.  And the space behind

9    the eardrum is here that we were talking about.

10    (Indicating.)

11            The mastoid area I was talking about,

12    which is posterior to the ear canal, would be deep

13    to the plane of this board.  But remember, those are

14    filled with air cells that are contiguous with the

15    space behind the eardrum.  This is the lateral skull

16    here.  And this area here is what I was referring to

17    as the lateral skull base or just skull base for the

18    purposes of this case.  And that is the bony

19    separation between the brain space and the ear

20    space.  And basically pertinent to this case this

21    represents an encephalocele, which is a small

22    herniation of brain through a defect in the skull

23    base.  (Indicating.)

24    Q.        When you say a defect in the skull base, is

25    that what walking around folks would say a fracture

1    in the skull base?

2    A.        It could be.  But some people do have

3    natural defects in the skull base.  So I view it as

4    just for all purposes regardless of whether it was

5    acquired or congenital or acquired from trauma or

6    not just a defect for generic term.

7    Q.        But it's part of the skull though, that

8    bony part right there?

9    A.        Yes, it's supposed to be a complete bone

10   plate, that's considered the normal state.

11   Q.        All right, sir.  And when you say the

12   encephalocele, it was a herniation the brain tissue

13   was just --

14   A.        It doesn't have to be brain per se, but it

15   could also be the lining covering it.  It's

16   basically contents from this space, so that includes

17   dura, meninges, doesn't have to be actual brain.

18   That would be a meningeal myelocele.  But this is an

19   encephalocele, this is contents from this space

20   herniating through there.  With that that would be

21   the suspected obvious site of the leak of fluid, the

22   CSF that we talked about earlier.

23   Q.        And this is a serious condition for a

24   patient to have, isn't it?

25   A.        We don't undertake this surgery, you know,

1    lightly.  We do this because we have to.  We do this

2    because anybody that has a CSF leak is at risk of

3    developing meningitis, which can be extremely

4    significant.

5    Q.       And that was my question.  How would the

6    meningitis come around, what would be the process,

7    if he got meningitis if this had not been repaired,

8    say, for instance, how does that work, what's the

9    fear?

10   A.       Well, anybody with an ear infection or any

11   sort of -- you have an unnatural communication

12   between the CSF space which is essentially immune

13   sacred area, now in communication with the outside

14   world because the space behind the eardrum

15   ultimately through the eustachian tube, which is

16   somewhat drawn in here, connects to the space behind

17   the nose.  And while this is a clean space, it

18   doesn't have to be clean and it's the same concern

19   whether it were a leak through the nose in the

20   anterior skull base or the lateral skull base.

21   You're not supposed to have that communication.  So

22   it's basically something that needs to be repaired.

23   Q.       Simplified, does it mean that bacteria

24   could come up through that leak and get up inside

25   the brain?

```
 1                    MR. PICKETT:  Object to leading.

 2                    THE WITNESS:  I'm sorry?

 3                    MR. PICKETT:  I object to leading.

 4    A.        Essentially meningitis is an infection of

 5    the meninges, the lining covering the brain, and

 6    it's the concern, meningitis.  It's basically as I

 7    explained an unnatural pathway by which an infection

 8    could track to the brain space.

 9                    MR. PICKETT:  Could we go off the

10    record for a second.

11                    THE VIDEOGRAPHER:  Time is 8:33, we

12    are going off the video record.

13                    (Discussion held off the record.)

14                    THE VIDEOGRAPHER:  The time is 8:34,

15    we are back on the video record.

16    BY MR. HELMS:

17    Q.        Doctor, in terms that maybe we could

18    understand, explain to us how meningitis would be a

19    danger in this case and what would be the process of

20    how it would occur, how it would enter and get to

21    the brain?

22    A.        Well, one, I can't guarantee that if you

23    have a CSF leak you're going to get meningitis.  The

24    problem is you're at risk for it, and once you've

25    identified the risk it's not -- as long as you're
```

1    healthy enough to undergo the surgery, it's not

2    considered an option to leave it alone.

3    Q.       All right.

4    A.       Unless a patient so choose understanding

5    the risks of meningitis or even worse brain abscess

6    and what the chances are of being who you were

7    before and after such an episode.  But the fear

8    would be bacterial meningitis based on the location.

9    Q.       And how would the bacteria enter the ear

10   and get into the brain?

11   A.       And, again, if you had an ear infection,

12   the space behind your eardrum, that type of ear

13   infection, I'm not talking about something shallow

14   to the eardrum, but in the middle ear, which is the

15   volume between the eardrum and the inner ear, which

16   is the organ of hearing and balance, it's not

17   uncommon for people to have an infection.  And if

18   you have an unnatural communication between that

19   space, and with that I include the mastoid, then you

20   have a much higher risk than the average patient

21   would have of developing an infection tracking into

22   this space.  And the first and most significant risk

23   is that of meningitis.

24   Q.       All right, sir.  Thank you.  Okay.  Moving

25   on then I think you have identified the condition

1    that Mr. Newcomb had.  If you could just maybe --

2    well, over here it's got a drain, and that was done

3    -- recommended by Dr. Toms.  Can you explain to the

4    injury why you do that in a surgery like this?

5    A.        Sure.  And to clarify I don't do this,

6    neurosurgery does this.  It's in part -- for this

7    particular case it's to take some of the fluid out

8    of that space to basically create more room because

9    the fluid in question is between the dura here and

10   the brain and you're trying -- if you're making a

11   window into this space you want to have an easier

12   time visualizing this area, and there would be less

13   retraction of the brain in that circumstance.  You

14   also use certain medications to also reduce that

15   pressure inside that space.  (Indicating.)

16            So it's partly for visualization

17   during the case and keeping patients safe.  The

18   second part has to do with post-op care and letting

19   the grafts and flap we put in there basically not

20   have the added pressure and you release some of the

21   CSF over so many hours to reduce that pressure.  As

22   you questioned earlier, we produce plenty of CSF, so

23   it's not a question of running out of CSF.  You just

24   reduce the volume, and it's in a monitored setting.

25            And in cases outside of this in

```
 1    general we use a lumbar drain because most people

 2    who have these types of leaks they're spontaneous

 3    not acquired from some form of trauma.  And in those

 4    patients it gets to trying to determine an

 5    underlying diagnosis for those patients with

 6    spontaneous leaks.

 7    Q.        Just one question, the drain, how is it --

 8    what is used to put the drain in?

 9    A.        Well, this is -- these are a series of

10    questions that are probably best asked of the

11    neurosurgeon involved rather than me.  But in

12    general there's a trochar, you basically are trying

13    to get between the vertebra.

14    Q.        A trochar?

15    A.        Basically a long needle with an open bore

16    once you have it in there.  So it's got a stylet to

17    keep it so you don't bring any tissue into it, and

18    you take the stylet out.  These aren't technical

19    terms I'm sure, because I'm not a neurosurgeon.

20    Q.        But you understand the process?

21    A.        Yes.  And they basically identify that

22    they're in the fluid space between the spinal or

23    inferior to the spinal cord and the dura covering

24    that area.  And once they're in there they thread a

25    catheter through that trochar and thread it into
```

1    that space.  Obviously this is done sterilely and

2    they basically suture it so it can't be pulled out.

3    And then you have this tubing essentially in the

4    same space that this is.  (Indicating.)

5              So CSF is cerebral spinal fluid.  So

6    whether you're accessing here or here, you're

7    reducing the pressure in this area by draining it

8    out there.  (Indicating.)

9    Q.      So it's a catheter stuck into the spine

10   inside the spinal column to drain the fluid out?

11             MR. PICKETT:  Objection, leading.

12   Q.      Is that a --

13   A.      I wouldn't use those terms.  It's basically

14   into -- the spinal cord runs through the center of

15   the spinal column and it's between two facets here

16   where if someone is bent you could access it better.

17   And you're trying to -- think of it -- the best way

18   to think of it, it's the same approach as would be

19   done for an epidural for a pregnant female if she

20   was going to have an epidural during labor, except

21   rather than being superficial to the dura, epidural,

22   it's through dura, so you're into the CSF space.

23   Q.      All right.  If you'll move forward, and I

24   think down at the bottom left begins the process of

25   how the surgery gets going.

```
 1   A.        Okay.

 2   Q.        If you could walk the jury through the

 3   incision that you make.

 4   A.        Sure.

 5   Q.        There's a notation about the cartilage, why

 6   is that important in this case?  We'll get to that.

 7   A.        Okay.  I'll cover that.

 8   Q.        Yeah.

 9   A.        Basically the incision, since we tend to

10   care, we try and hide the scar as much as possible,

11   we do a standard ear incision, which is just

12   posterior to the connection between the ear and the

13   side of the skull, so it's actually closer to the

14   ear so you can't see it.  And right above the helix

15   here, or the root of the ear, it kind of comes

16   straight up about a centimeter or two centimeters.

17   So because we need to access here to get to there.

18   So basically this hides the incision well, it would

19   all be in the hair.  It's all just cosmetic.  Other

20   people do these flaps differently.  This isn't --

21   there's no one way to do this.  (Indicating.)

22   Q.        Assuming you've got hair to cover it?

23   A.        Even if you don't, you're still a lot

24   happier with a scar that if I looked at you straight

25   on you wouldn't see, versus a big C shape flap here.
```

1    (Indicating.)

2    Q.        I got you.

3    A.        So basically secondarily this little

4    cartilage nub here is called the tragus.  And that

5    is an excellent source of graph material to fill

6    defects, because cartilage tends to be stable and

7    not go away as readily as just a bone graft would.

8    And it's malleable and you could cut it to fit the

9    size of a defect a little bit, and it has a natural

10   connective tissue layer covering it, the

11   perichondrium.  So you also have attached to it a

12   connective tissue, little flap, to help hold it in

13   place, secure it, and also help cover further area.

14              So through a separate small incision

15   on the axis of the tragus we basically tunnel down

16   to the cartilage and the perichondrium and snip that

17   piece out and close it.  It looks the same, it's

18   just we warn the patient, it'll be a little bit

19   floppier than it used to be, but no one will look at

20   that and notice.

21   Q.        Okay.

22   A.        But obviously if you have a CSF leak you're

23   more concerned about repairing the leak.

24   Q.        Did you use that, that plug that you pull

25   out of there for placing it inside his --

```
 1   A.        Well, it's a graft, it has no blood supply.
 2   And that's one of the layers we use to basically
 3   fill the defect in the skull base.
 4   Q.        All right.
 5   A.        But this implies we did this at first.  And
 6   sometimes we do, because we pretty much always use
 7   it, but we actually in his case did it later so I
 8   could have a sense of the size of the defect so I
 9   knew how much cartilage I would need.
10   Q.        You mean once with you got inside and
11   looked at it?
12   A.        Once we knew -- yeah, because it's all in
13   the prepped area, it's not like a reboot.  It's,
14   okay, now we know what side we need, let's harvest
15   the graft.
16   Q.        That makes sense.  Okay.  Continue on, and
17   using this illustration if you could.
18   A.        So once we make this incision we basically
19   are down to the connective tissue that covers this
20   big muscle here called the temporalis muscle.  And
21   we basically harvest a sort of tongue shaped flap of
22   that connective tissue and a thin veneer of the
23   muscle attached to it so it has some substance.
24   It's basically a flap here and pedicled on the blood
25   supply here.  And we basically roll it back here and
```

1    cover it with saline covered gauze to protect it

2    during the case.  And then we come down through that

3    muscle in the connective tissue here to visualize

4    the skull as you see here.  (Indicting.)

5              And then we tend to make -- there

6    isn't one particular way to do this, but basically

7    you make a window in the skull, we make a small

8    window, probably because -- most likely because

9    we're ear surgeons and we don't like big window and

10   we're used to small spaces, and that lets us see the

11   dural covering, which is this white here.

12   (Indicating.)

13   Q.        Let me stop you.

14             MR. HELMS:  Are you able to get this

15   okay?  I just wanted to make sure he's picking it up

16   on the video.

17   A.        And understand, our patient isn't sitting

18   up.  So they're like this.  So our view is all under

19   a microscope by the way.  So we're looking at this

20   interface between the dura and the skull base here.

21   So we basically still have a little bit to tunnel

22   down here.  And we gently lift the dura up.  And if

23   you see some small defects you could identify them

24   at this point.  And you basically keep coming more

25   medially toward the middle of the skull and trying

1    to identify the entire lateral -- from the ear

2    perspective tegmen.  So cut that area of bone

3    separating ear from brain, both covering the space

4    behind the eardrum, the middle ear, and posterior to

5    it, that covering, the mastoid, that bony separation

6    between ear and brain.  Okay.

7    Q.       Okay.

8    A.       So as we do that then in his particular

9    case we encountered this encephalocele.  We didn't

10   know he necessarily had one up front, it's just he

11   had a defect, you're always prepared for that.  Once

12   that was encountered, as I mentioned earlier,

13   Dr. Toms came in and basically bipolared that stock,

14   because this is nonviable tissue at that juncture.

15   Q.       When you say nonviable, it had had blood

16   supply and it's dead?

17   A.       It's nonfunctional in terms of any neural

18   activity, it's basically a stock.  If it had any

19   actual brain in it per se, because again

20   encephalocele doesn't necessarily mean there's brain

21   in there.  But the bottom line is if you pull it out

22   it doesn't pull out well.  And, two, there's no

23   great reason to, you just basically separate it off

24   safely so you have that defect there.

25   Q.       In hernia cases I've heard of them talk

1    about, doctors talk about muscle tissue or organs

2    being incarcerated, is that the same thing?

3    A.       What kind of hernia, you mean like an

4    inguinal hernia?

5    Q.       Yes.  Is that similar to that or is that --

6    is that something that just --

7    A.       Incarcerated implies it's pinched off.

8    Q.       Yeah.

9    A.       I suppose you could say it that way, but

10   it's not helpful in this case.  It's if it comes

11   through it doesn't have much of a blood supply and

12   it's non-functional at that point any way.  This

13   wasn't a large encephalocele, you just want to make

14   sure you separated it off and don't just pull up.

15   Q.       I got you.  Okay.

16   A.       So at that point for Mr. Newcomb's case

17   Dr. Toms attempted to repair the dura in that site,

18   but it was to thread bare, as it typically is in

19   these cases, it wasn't worth trying to repair,

20   there's nothing to repair.

21   Q.       And when you say dura, explain to us again.

22   A.       Again, it's the tougher layer, this white

23   layer that cover the brain and the meninges.

24   Q.       Meninges?

25   A.       The delicate lining that covers the brain.

1    We used that the term before relative to the term

2    meningitis, which is an infection of that lining.

3    Q.      Okay.

4    A.      So basically at that point then, you know,

5    you want to make sure you've identified every spot

6    where fluid could leak through.  And once you've

7    done that as thoroughly as you can and figure any

8    further risk outweighs the benefit, then you

9    undertake the patching of the holes to put it

10   simply.  And smaller ones you can use bone wax,

11   which is similar to paraffin, totally inert, just to

12   fill it.  The one where the encephalocele was though

13   was larger and we used that cartilage we harvested

14   from here for that.  (Indicating.)

15             And then after that that flap that I

16   talked about before, which would have been over here

17   now, we basically turned over to cover this area.

18   And the idea in general is to have more than one

19   layer plugging these things.  So now with the

20   cartilage, the bone wax, and then the connective

21   tissue covering that cartilage, consider that one

22   layer, and then you have this other layer of

23   connective tissue with a muscle, that has muscle on

24   it, covering all of it.  And then we use tissue glue

25   to hold it in place.  And then we place the bone

1    back on and close.

2    Q.      You just cut a little plate of the skull

3    out?

4    A.      Uh-huh.

5    Q.      Set it aside?

6    A.      Sterilely of course.

7    Q.      And how is that -- how is it placed back in

8    there?

9    A.      We use mini plates basically, titanium

10   plates to hold it to the adjacent skull.

11   Q.      So you put another -- is that a titanium

12   plate you replace that with?

13   A.      We try and use the same bone, but it's such

14   a small hole, honestly, you could use a titanium

15   plate and not use the bone.

16   Q.      Did you use a titanium plate in this case

17   versus a bone?

18   A.      I can't remember specifically because I

19   haven't read my OR report for over three years.

20   Q.      Okay.

21   A.      But if I didn't use the residual bone it

22   was because it was so small and it wasn't worth it,

23   because screwing the plate into the bone -- so you

24   have to tell me whether I did or didn't.  There's

25   sometimes where the bone is so thin and it's -- as

31

```
 1    you try and put a screw in it it fractures anyway

 2    that you put a larger titanium plate covering it.

 3    And it's a small enough defect that honestly you

 4    probably wouldn't have to use anything, but would

 5    rather have something on there.

 6    Q.      I've got you our op note here.  Would you

 7    be able to take a look at it real quick?

 8    A.      Sure.

 9    Q.      Would that be Dr. Toms' op note or your op

10    note?

11    A.      I haven't seen it yet.

12    Q.      No, that --

13    A.      Oh, I'm sorry, that would be mine.  I

14    thought that was a trick question.

15    Q.      No trick questions here.

16    A.      Can I let go of this?

17    Q.      Yeah, I've got it.

18    A.      All right.

19    Q.      We're saying op note, this is an operative

20    note that you dictate based on your surgery, is that

21    right?

22    A.      Here we go.  Okay.  Given the size -- the

23    decision was made to use a burr hole cover over the

24    craniotomy.  Okay.  So we used a burr hole cover.

25    Q.      In other words you used a plate?
```

1    A.       A titanium plate.  And, again, these are

2    really small defects and many people wouldn't cover

3    it.  That's a minor thing.  Many people would have a

4    defect larger than this have nothing covering it.

5    It's just -- the total size, you're talking roughly

6    a centimeter and a half, you know, and at the

7    greatest height two centimeters by two and a half to

8    three total, you know.  It's a small defect.

9    Q.       Just to give the jury an idea, you're doing

10   all of this with microscopic tools looking into a

11   viewer?

12   A.       Absolutely.

13   Q.       And then you're -- you use those tools by

14   -- how do you -- like a little stick or thing, how

15   is that done, explain --

16   A.       I don't understand.

17   Q.       When you're looking down in there you're

18   using tiny little tools that you're looking at

19   through --

20   A.       When you're working on the skull base it's

21   all under a microscope, and we use specific

22   instruments for middle ear surgery and neurosurgery.

23   So a combination, depending on what works the best,

24   but a lot along here are neurosurgical instruments,

25   little elevators, an elevator is just basically --

```
 1    how would I explain an elevator -- basically you
 2    elevate tissue off some other surface.
 3    Q.        Pull it off the surface?
 4    A.        Like a tiny little spatula.  So not sharp
 5    instruments.  And small little forceps that you
 6    could see drawn in here.  (Indicating.)
 7    Q.        How do you manipulate those tools?
 8    A.        By hand.
 9    Q.        Okay.
10    A.        This isn't robotic surgery if that's what
11    you're getting at.
12    Q.        I guess that's what I was getting at, like
13    a laparoscopic surgery like you stick something in
14    there and manipulate.
15    A.        This isn't looking on a screen with scopes.
16    This is a microscope, not a -- you're thinking of
17    more like a telescope like with laparoscopic belly
18    procedure.
19    Q.        So you've got to have a pretty steady hand
20    I take it?
21    A.        Yes.
22    Q.        I would hope so.
23    A.        Well, I wasn't going to be funny about it,
24    but, yes, you would certainly hope so.  But in the
25    is scheme of thing if you're an ear surgeon you by
```

34

```
 1    definition have to have a steady hand, because most
 2    of what I do is much finer and smaller than this
 3    repair.
 4    Q.      Okay.  Move forward for us if you could.  I
 5    think you had talked about removal of that bone
 6    plate?
 7    A.      So this is a demonstration of placing a
 8    cartilage graft in the defect where the
 9    encephalocele was.  There would be a little piece of
10    perichondrium attached that would lay over part of
11    this.  And depending on what looked thinner and
12    where I had used bone wax, I would orient it so the
13    connective tissue was covering that as well.  And
14    this is a demonstration of that myofacial flap,
15    though it doesn't look quite that big, but it would
16    cover all of that area.
17            And then once that's in place you
18    basically use a fibrin glue to glue everything in
19    place and then put the titanium plate here so the
20    connective tissue and muscle close, so the layer
21    under the skin closes, so the skin closes, and put a
22    little dressing on there.
23    Q.      All right.  And that ends the surgery part,
24    is that right?
25    A.      Correct.
```

```
1    Q.       Thank you so much.  Mr. Newcomb followed up

2    with you on several occasions afterwards in your

3    office, is that right?

4    A.       Uh-huh.

5    Q.       How did he progress after the surgery?

6    A.       He's done well.  I still see him, just

7    annually, just to make sure he's doing okay.  I saw

8    him last fall and he's done very well.  He's not had

9    any problems.  Initially he still had some fluid

10   behind his eardrum.  We always are concerned about a

11   persistent leak, that resolved.  He had imaging

12   which showed no fluid in there.  He's not had any

13   further problems.  Anything that was bugging him

14   pre-op is gone in terms of his ear.

15   Q.       And that's just what you limited your care

16   to, was the repair of the problem inside his skull

17   right there for the ear, is that right?

18                MR. PICKETT:  Object to leading.

19                THE WITNESS:  I'm sorry?

20                MR. PICKETT:  Object to the leading.

21   Q.       You could go ahead and answer.

22   A.       Well, I'm an ear surgeon, so I'm interested

23   in ear complaints.  And this is an interface between

24   a neurosurgical issue and otologic issue and that's

25   why the particular team and the approach.
```

36

```
 1    Q.        To your knowledge he was seeing other
 2    medical doctors for other problems here at
 3    Geisinger?
 4    A.        Yes, but I don't know the details of those
 5    because, you know, I'm farmed out to a small
 6    component of his concerns.
 7    Q.        Just a couple of questions about the follow
 8    up.  I think at one point he was complaining about
 9    pain on the right side of his head as opposed to the
10    left side of his head.  Do you have any memory of
11    that from the clinical notes, does that stand out to
12    you?
13    A.        Not particularly.  No, that must have been
14    a long time ago.  But it wouldn't have anything to
15    do with the surgery unless he had musculoskeletal --
16    because you're positioned in a certain way, if it
17    was immediately after surgery -- you tell me, was
18    it?
19    Q.        The first two clinic visits after surgery.
20    A.        It could be that.  But otherwise given --
21    it could be anything else.  But there would be no
22    direct reason to assume it had anything to do with
23    the surgery or CSF leak which predated that surgery.
24    Q.        When you said -- to make sure we
25    understand, when his head is tilted you said it
```

1    could have been due to a musculoskeletal, just

2    strain in a neck?

3    A.        If I have you in a position like this for

4    four hours you're not going to -- you know, if you

5    have any issues with your neck you're going to be

6    sore afterward.

7    Q.        If you've got pre-existed arthritis in your

8    neck and you're in that position for four hours?

9              MR. PICKETT:  Objection.  Objection,

10   leading.

11   A.        It's not way over, it's like this.  And it

12   could be, but it could be he would have had that

13   anyway.  I'm just saying it's not, depending on when

14   he complained of the pain, if you said it was after

15   surgery, sure, it could be from positioning.  But

16   you can't have him like this, you know, you have to

17   be able to access the area.  But, you know,

18   independently of that it was a short lived issue for

19   him and it's not atypical, whether people have

20   arthritis or not, that from positioning they're

21   going to be sore for a while after.  (Indicating.)

22   Q.        This was just from the first two clinic

23   visits after the surgery then it didn't appear to be

24   any more trouble.

25   A.        All I know is he's been smiling for several

38

1    years and he was not smiling when I met him.

2    Q.       The surgery was a success I take it?

3    A.       Uh-huh.

4    Q.       Yes.  Okay.  Will he follow up with you in

5    the future?

6    A.       Yeah, I said he's following up next year.

7    It was in this past fall as well, yeah, just to make

8    sure he's doing okay.  Most people I follow up for

9    some period of time afterward to make sure there

10   aren't any further issues.

11   Q.       At one point I think it may be the third

12   clinic visit you got more fluid off the eardrum.

13   What was the concern there?

14   A.       Oh, I mentioned that earlier, we're always

15   concerned about that, that it isn't completely

16   repaired.  But you can -- like I said, it takes a

17   while for it to heal in.  And in talking with

18   neurosurgery they felt it was probably just healing

19   in, and he's had no further fluid since that time.

20   So it was probably the process of scarring, of those

21   flaps scarring down.  You don't heal instantly.

22   Q.       It takes a while, doesn't it?

23   A.       Yeah, basically you're asking these flaps

24   and grafts to scar down onto the defect.  And it

25   assumes there's no residual fluid behind in that

```
 1    space, which there could be.
 2    Q.        You talk about some of these problems can
 3    happen to people spontaneously without any trauma,
 4    is that right?
 5    A.        Uh-huh.
 6    Q.        In this particular case, based on your
 7    knowledge about the history he gave to you and what
 8    you observed about where he hit his head there, in
 9    your medical opinion within a reasonable degree of
10    medical probability, is it more likely than not that
11    this defect that he had as you refer to it, was it
12    caused by trauma, or did it just happen naturally?
13    A.        Honestly that's a tricky question because I
14    don't have a way of knowing.  But if it was there
15    before and he had an encephalocele before, what he
16    didn't have before based on his complaints afterward
17    was a CSF leak.  So if he had had an encephalocele
18    before you wouldn't necessarily repair it unless it
19    was causing a problem.  So independent of whether
20    there was a fracture there or not, I have all the
21    reason based on his symptoms to think that he had a
22    CSF leak subsequent to the trauma, whether or not it
23    was directly caused by a fracture or not.  Does that
24    make sense.
25    Q.        Well, let me think about that just a
```

1    second.

2    A.      In other words, if you had this soft

3    tissue -- it's a presumption because I have no way

4    of knowing, I'm trying to be as objective as

5    possible.  Let's say you had a situation where a

6    patient had some soft tissue herniating through a

7    defect, and then through some force of trauma you

8    shear that and that develops a leak, it's still a

9    leak after a trauma, whether or not it was a

10   fracture and that's when the encephalocele came

11   through.

12   Q.      Well, assume that before he came to see you

13   he was driving a truck, 18 wheeler, 40, 60, 70 hours

14   a week, having no problem with inner ear --

15   A.      Middle ear.

16   Q.      Tinnitus, buzzing?

17   A.      Well, that's inner ear.  Brain actually, go

18   ahead.

19   Q.      Okay.  Excuse me --

20   A.      No, that's okay.  I'm trying -- balancing

21   being technical with being understandable.

22   Q.      And assume that on January 20 he gets hit

23   by a forklift.

24           MR. PICKETT:  June 20.

25   Q.      June 20, 2013, I'm sorry.  Hits his head on

1    the hinge on the door frame causing that laceration

2    you see on the left side of his head, and after that

3    continually for the next few days gets worse, even

4    came to Geisinger on June 22 -- June 28 to the ER,

5    or 24, shortly after, within a week after the

6    trauma, he had the, pronounce that word with an O,

7    opacification?

8    A.        Opacification, yes.

9    Q.        And then Dr. Eckel, do you know Dr. Tim

10   Eckel, he's a family physician?

11   A.        I know the name, but I don't get out much.

12   Q.        He refers him to you.  And I know you can't

13   say with a scientific certainty, but with a

14   reasonable degree of medical certainty is it more

15   likely than not, based on those facts, that this

16   was --

17   A.        Right.  But I actually did say that this --

18   since the symptoms occurred after it, I think it's

19   very reasonable to assume the CSF leak occurred

20   then.  Whether or not there was a pre-existing

21   encephalocele doesn't change things.  Because I

22   can't say whether the encephalocele was there or

23   not, or whether it was a true fracture.  Either way,

24   there was no symptoms or anything before, and

25   afterward he had these symptoms which were

1    associated with a CSF leak.

2    Q.        And I understand what you're saying now.

3    You can't say whether or not the encephalocele and

4    fracture predated the trauma or not.  You could just

5    -- in your opinion the spinal --

6    A.        A fracture implies trauma.  So I would say

7    the encephalocele could occur through a natural

8    defect, not an old trauma.

9    Q.        Okay.

10   A.        But he could have either been a setup for a

11   CSF leak and then had a trauma which caused the CSF

12   leak, or he had a fracture with an encephalocele and

13   a CSF leak.  But either way after the trauma, there

14   was a CSF leak.

15   Q.        And it's the trauma that -- if it

16   pre-existed or was caused by the trauma, the spinal

17   fluid leak occurred after the trauma in your

18   opinion?

19   A.        Uh-huh.

20             MR. PICKETT:  Object to leading.

21   Q.        I'm going to try to clear that up.  Do you

22   have an opinion whether or not this spinal fluid

23   leak occurred due to a trauma?

24   A.        Well, again, since he didn't have the

25   symptoms before, and he had them after, and I'm

1    saying the symptoms are associated with fluid behind

2    the eardrum, that turned out to be CSF, then I would

3    say that the CSF leak was caused by the trauma

4    regardless of whether he was a setup before for

5    underlying encephalocele through a defect, or

6    whether there was an actual fracture through the

7    skull base.

8    Q.       Got you.  Okay.  Thank you.  Just a couple

9    more questions.  Mr. Newcomb as a patient, did he

10   follow your recommendations and your instructions?

11   A.       I believe so.  It's hard to -- with all due

12   respect after over three years I don't recall -- put

13   it this way, I don't recall him not following my

14   recommendations.

15   Q.       Some patients are what we call

16   noncompliant, is that right?

17   A.       I try not to use that term because it's not

18   nice and it's not helpful.  But anything I

19   recommended he tended to do.  But it's nothing that

20   sticks out in my memory like he should have done

21   this, thus this happened, and ugh, to put it

22   bluntly.

23              MR. HELMS:  Okay.  Doctor, that's all

24   the questions I have right now.  I appreciate it.

25   Mr. Pickett is going to have some questions.

```
 1                THE WITNESS:  Sure.

 2                      *  *  *  *

 3                   CROSS EXAMINATION

 4                      *  *  *  *

 5   BY MR. PICKETT:

 6   Q.        Dr. Azeredo, the area that you treated and

 7   the area where you could see a healed laceration on

 8   Mr. Newcomb, those were both on the left side of his

 9   head?

10   A.        Correct.

11   Q.        Can you reach the exhibit, I wanted to ask

12   you some questions about it.

13   A.        Do you want this?

14   Q.        No, I'm just going to direct you.  These

15   are pictures, drawings that were done to help us

16   orient ourselves and see where things are in

17   relation to each other.  As far as size, the

18   drawings are not -- they're not accurate or to

19   scale, are they?

20   A.        No, of course not.

21   Q.        And one thing in particular, the diagram in

22   the lower left corner, the side view, that's a side

23   view of the right side of a head, of a human head,

24   correct?

25   A.        Sure.  But it doesn't change the
```

1    orientation of an incision.

2    Q.        Okay.  But just to be clear, even though

3    the drawing is of the right side, the procedure you

4    did is actually on the left side?

5    A.        Yeah, correct.

6    Q.        The drawing just above that, is that a view

7    from the front or from the back?

8    A.        A standard medical view says it's from the

9    front.

10   Q.        Which would indicate that --

11   A.        That this is the left side that we've been

12   talking about, yes.

13   Q.        And then the rest of these pictures appear

14   to be of the left side?

15   A.        To jive with this.

16   Q.        It's just the one on the bottom left that's

17   right, and that one's just --

18   A.        Correct.

19   Q.        It's just the other side?

20   A.        You're correct.  This is the right side,

21   which is the incorrect side.

22   Q.        It's the wrong side for this procedure in

23   this particular case?

24   A.        Exactly.

25   Q.        The place where the defect occurs, and I'm

1    referring to --

2    A.        Skull based defect?

3    Q.        Yes, sir.  The dehiscence that's right

4    where the encephalocele is, the drawing shows that

5    area of bone that's fairly broad and wide, is that

6    accurate, or is it actually thinner than that?

7    A.        Are you talking about the depth of the

8    bone?

9    Q.        Yes.

10   A.        Or the area of the defect?

11   Q.        The depth of the bone.

12   A.        It depends on the patient.  In

13   Mr. Newcomb's case in particular it's thinner than

14   that.

15   Q.        In some --

16   A.        It's typically very thin.  But for

17   illustrative purposes certainly things that we

18   review with patients often show it this thick.  It's

19   just a question of for clarity for a patient versus

20   being absolutely accurate.

21   Q.        But in Mr. Newcomb's case it was actually

22   very thin?

23   A.        It is -- was -- it is.

24   Q.        And that's not uncommon, you see that in a

25   lot of patients?

1    A.        It's not uncommon.

2    Q.        Could I go so far to say that it's paper

3    thin and be accurate in some people?

4    A.        Paper thin is a little bit too thin in no

5    small part because of just the material of paper

6    versus bone.  It's still solid.

7    Q.        Right.

8    A.        But it can be easily a millimeter thick or

9    less.

10   Q.        Okay.  And --

11   A.        Put it this way, there's some patients

12   where focally you can't see it on a CT scan in

13   spots.

14   Q.        You don't see any depth of bone at all in

15   the CT scan?

16   A.        Because of the limits of a resolution of a

17   CT scan.

18   Q.        The thinness of the bone in that area, is

19   that what lends itself to these spontaneous defects

20   that you talked about earlier?

21   A.        Controversial, but that's the presumption,

22   or whatever force is -- people with spontaneous

23   leaks probably wouldn't affect someone if they had

24   thicker bone.

25   Q.        And these spontaneous leaks are something

1    that occur in a significant portion of the

2    population?

3    A.        No.  They're rare.  They're not for me

4    because of the patients I see.  But I doubt you know

5    anyone that's had a spontaneous leak.

6    Q.        Are you familiar with studies that have

7    shown the dehiscence in that area in as much as or

8    as little as -- as much as two percent of the

9    population?

10   A.        With what?

11   Q.        Two percent of the population?

12   A.        What's in two percent of the population?

13   Q.        Dehiscence?

14   A.        Dehiscence?

15   Q.        Dehiscence, excuse me.  Dehiscence.

16   A.        Of course I am.  That doesn't mean you have

17   a leak.

18   Q.        But I'm talking about there being an

19   opening in that -- a dehiscence would tell us

20   there's an opening in the area of bone that we're

21   talking about that?

22   A.        Of course I'm aware of studies like that.

23   But that's what I'm saying, there are many people

24   whose tegmen's are so thin, and some people who

25   actually -- who postmortem are found to have

1    dehiscence through the skull base, yes.

2    Q.        So can we say there is a significant

3    portion of the population that has a dehiscence in

4    that area?

5    A.        Sure.

6    Q.        Which would be an opening of the bone in

7    that area?

8    A.        Right.  To clarify it, but not a CSF leak,

9    which is what you were asking me.

10   Q.        Okay.  So that's two different things.

11   There could be an opening in the bone, but the CSF

12   is not actually leaking?

13   A.        You have to have dura compromised in order

14   to have a CSF leak.

15   Q.        So we've got three layers between the brain

16   and the external world, is that fair to say, the

17   skull --

18   A.        Where are you talking about?  In the skull

19   base, are you talking about lateral skull base, or

20   where?

21   Q.        That skull base, you've got the skull, the

22   tegmen -- which that's the bone there, the skull

23   bone is call the tegmen in that area, is that right?

24   A.        Uh-huh.

25   Q.        And then above -- between that, or moving

1    in from that, you have got the dura?

2    A.        Okay, yeah, of course.

3    Q.        And then inside of that you have got the

4    inner lining of the brain, the word escaped me at

5    the moment, the lining of the brain we talked about

6    a minute ago?

7    A.        The meningis.

8    Q.        Meningis, thank you.  So you have all three

9    of those layers.  And unless there's a rupture of

10   the dura and the skull, you're not going to have a

11   CSF leak, is that correct?

12   A.        Uh-huh.

13   Q.        So you could have an opening in the tegmen

14   which is the skull bone, but not in the dura and not

15   have a CSF leak?

16   A.        I'm sorry, say that again, I drifted.

17   Q.        You could have an opening -- you could have

18   an opening in the tegmen, in the skull bone?

19   A.        Correct.

20   Q.        But not in the dura?

21   A.        Right.  And thus you would not have a CSF

22   leak.

23   Q.        And that condition has been seen to occur

24   in a portion of the population in autopsy

25   photographs and --

1    A.        The bottom line is two percent of the

2    population may have some small defect in the skull

3    base, but it's far less than two percent of the

4    population that gets a CSF leak.

5    Q.        Okay.  The people that have that dehiscence

6    or that opening --

7    A.        Do you still need this?

8    Q.        Yes, just for another minute.

9    A.        Okay.

10   Q.        Those people are more prone to a CSF leak?

11   A.        Unclear.

12   Q.        Okay.  The question was unclear or the

13   answer?

14   A.        No, your question is clear.  But it's not

15   -- there are reasons why you could have thin -- it's

16   an area of ongoing research, but that's for a

17   spontaneous CSF leaks which is a different issue.

18   Q.        Different issue from what?

19   A.        From a traumatic CSF leak.

20   Q.        And in this case your opinion is that this

21   CSF leak, even if there was a pre-existing opening

22   in the skull, the CSF leak was caused by the trauma?

23   A.        He had no symptoms before associated with

24   fluid behind the eardrum, and that fluid behind the

25   eardrum was bound to be CSF.  And once it was

1    repaired those symptoms went away.

2    Q.        Okay.  The day that you first saw him and

3    made the little incision in his eardrum and checked

4    the fluid and all, that date was July 22, correct,

5    of 2013?

6    A.        Sure, again, you've had more recent access

7    to his notes than I have, so that sounds right.

8    Q.        By the time you saw him the sutures on his

9    wound had been --

10   A.        Removed.

11   Q.        And the wound was healed to a degree?

12   A.        Uh-huh.

13   Q.        Would it be consistent with it having been

14   about a month, about a month or so after the

15   laceration had occurred?

16   A.        Sure.

17   Q.        So the laceration occurs on June 20 and you

18   first saw him on July 22, that would be consistent

19   with your -- what you observed?

20   A.        Uh-huh.

21   Q.        The diagram that's labeled B, where it

22   shows, bone removed?

23   A.        Uh-huh.

24   Q.        And it shows that's the removal of an area

25   for the window that you talked about earlier?

```
1    A.        Right.

2    Q.        And that looks like a pretty large disk of

3    bone being removed, but it's actually a very small

4    window that you use, correct?

5    A.        Right.  As you said, these aren't to scale.

6    Q.        That shows a much bigger circle of bone

7    being removed than actually was removed?

8    A.        Correct.

9    Q.        I'm done with the diagram now if you want

10   to put it down.  Thank you for holding it for me.

11   A.        Sure.

12   Q.        In this case you describe there as -- I

13   believe you said meningoencephalocele -- and there's

14   a standard encephalocele?

15   A.        Okay.

16   Q.        Is that --

17   A.        Close enough.

18   Q.        The meningo is where you've actually got

19   brain matter that is recognized as part of the

20   encephalocele?

21   A.        Meningoencephalocele.

22   Q.        Meningo.

23   A.        But, again, I was just clarifying that

24   encephalocele just means herniation of contents from

25   the brain case.  It doesn't imply there's
```

```
 1    necessarily neurons, brain material in there.
 2    Q.       And in this case what we had was not a
 3    meningoencephalocele but an encephalocele?
 4    A.       Don't know, didn't send a tissue sample
 5    because it wouldn't change what we needed to do.
 6    Q.       Whether or not this -- and the
 7    encephalocele is the herniation or the bulge of
 8    something inside the skull coming out?
 9    A.       Uh-huh.
10    Q.       And what bulged out may or may not have
11    included any actual neuron, brain matter?
12    A.       Correct.
13    Q.       We just don't know?
14    A.       Either way what herniated through would be
15    nonviable, so it's not -- and that's more -- this is
16    probably -- if you wanted to ask further questions
17    it's probably better to ask that of the
18    neurosurgeon, not me.
19    Q.       The size of what came through was
20    relatively small though, correct?
21    A.       Uh-huh.
22    Q.       Smaller than what we just saw on the
23    diagram?
24    A.       And, again, given that the diagrams are
25    illustrative it's, you know -- but I would say that
```

1    in true size it wouldn't be massively different.  If

2    it was relative to this, it's disproportionate.  But

3    it's enough so that the defect that it went through

4    was big enough to put a piece of cartilage from here

5    to cover it, and have it covered effectively.  So

6    you're talking a defect under a centimeter, but

7    that's still a decent size defect for what's not a

8    very big area.

9    Q.      In terms of -- for a south Georgia jury, a

10   centimeter is how much inches?

11   A.      It's the other way around, 2.54 if I recall

12   correctly from grade school, centimeters to an inch.

13   Q.      So two and a half centimeters make up an

14   inch.  So a centimeter is roughly a fifth of an

15   inch, something like that?

16   A.      The size of a navy bean.  (Indicating.)

17   Q.      As far as this, whether this encephalocele

18   included any brain matter, we don't know that?

19   A.      No.

20   Q.      We talked about meningitis.  In this case

21   there was no meningitis?

22   A.      No.  But keep in mind, the surgery is to

23   prevent meningitis.

24   Q.      I understand.  But it was successful and

25   there was no meningitis, and he had not had

1   meningitis at any point?

2   A.        Since we're very exacting in how we view

3   it, he has not had meningitis.

4   Q.        You mentioned that if there are multiple

5   leaks you'll plug them with a bone wax?

6   A.        No, no, no.  I mentioned if there are

7   multiple defects we'll plug them with bone wax.

8   Q.        Multiple defects, multiple openings in

9   the --

10  A.        Tegmen.

11  Q.        In this case were there multiple openings

12  in the tegmen?

13  A.        There were several small ones as I recall.

14  But, again, as you mentioned that's not atypical.

15  But once you have a leak if you're not going to

16  repair the dura you want to plug all the leaks.

17  Q.        So we're not talking about one skull

18  fracture opening where brain material came out and

19  had to be cut off and healed, but we're talking

20  about multiple openings?

21  A.        That was the main one, and that was by far

22  the biggest one.  And then anything, since we don't

23  want to go back in there, any other spot that looks

24  like it could be another source for CSF to go

25  through, we fill with bone wax.

1    Q.        But in Mr. Newcomb's case there was a

2    main --

3    A.        Encephalocele and defect.

4    Q.        Defect where there was an encephalocele?

5    A.        Uh-huh.

6    Q.        And then there were other smaller defects

7    where there was no encephalocele, there was no brain

8    material coming through?

9    A.        Correct.

10   Q.        But there was still, because the tegmen was

11   so thin, still some other openings in the skull?

12   A.        Uh-huh.

13   Q.        And you plug those with bone wax.

14   A.        (Witness nodded.)

15   Q.        The window of bone you said was so small

16   that you could have larger windows and not need to

17   put anything --

18   A.        You're talking about the lateral skull base

19   now?  You're talking about here, this window?

20   Q.        Yes, the window I believe you said the

21   titanium plate was used?

22   A.        Uh-huh.

23   Q.        We're talking about titanium plate, how

24   large are we talking, centimeters?

25   A.        Well, the titanium is -- the titanium isn't

58

```
 1    anything to do with the size of the plate, it has to
 2    do with it being well tolerated and MRI compatible.
 3    Q.       What I'm asking you is how large was the
 4    plate that you --
 5    A.       It was a burr hole cover, so it was about
 6    that big.  (Indicating.)
 7    Q.       Okay.
 8    A.       Think of it about the size of a quarter.
 9    Q.       Okay.  And how big is the hole that it's
10    covering?
11    A.       Slightly larger.  So you don't want to
12    cover the entire hole because you have the muscle,
13    so you don't want to pinch on the muscle tissue and
14    myofacial flap I talked about.  So you basically
15    have the plate there, screwed here and here so it's
16    not pinching on that flap and screwed onto the skull
17    superior to the defect.  But you're talking about
18    that would cover most of the hole.
19    Q.       Was the skull underneath there healed?
20    A.       I'm sorry, underneath what?
21    Q.       Under the plate?
22    A.       It's not a question of healing, it's just
23    screwed in there.  I don't understand.
24    Q.       Does the skull bone mend itself behind
25    that?
```

1    A.        You mean the defect.

2    Q.        No, the window that was taken out, that

3    opening?

4    A.        No, it's just dead scar afterward.

5    Q.        Okay.  Because you take a disk of bone is

6    removed?

7    A.        Uh-huh.

8    Q.        About half inch or so I guess?

9    A.        In diameter.

10   Q.        Yes.

11   A.        I'm getting confused.  Are you talking

12   about the lateral window here?

13   Q.        Yes.

14   A.        I mentioned earlier, about a centimeter and

15   a half, if you want half an inch by about an inch.

16   It's a triangular shaped piece, probably about that

17   big.  (Indicating.)

18   Q.        Okay.

19   A.        And you put a burr hole cover, which covers

20   most of it.  But any time you do a craniotomy there

21   is going to be some small defect and it scars in and

22   there aren't issues.  So I'm not sure what the

23   question really is.

24   Q.        When you say it scars in, that means the

25   bone fills in around it?

A.        Sometimes.

Q.        Okay.  And you've had situations where you could see a window of that size that you would require no burr cover at all?

A.        Yes, and that's what I was talking about with a neurosurgeon is like, yeah, I wouldn't even bother putting that piece of bone back on.  And I was like, well, at least I want to put a burr cover on.  But again, so since this is the unique situation where I'm involved in making a craniotomy, if you want to talk about a broad series of questions about craniotomies, you're better off talking to the neurosurgeon.  We always make small craniotomies, because we don't need a big craniotomy, because what we're trying to do is a very small area.

Q.        Like you said, you're used to working in small spaces?

A.        (Witness nodded.)

Q.        And all of the work that you did, all of the procedures you did for Mr. Newcomb was on the left side of his head?

A.        Uh-huh.

                MR. PICKETT:  That's all I have.

                        * * * *

<pre>
 1                      REDIRECT EXAMINATION
 2                          *  *  *  *
 3      BY MR. HELMS:
 4      Q.        When you say this burr hole was attached
 5      with screws?
 6      A.        Uh-huh.
 7      Q.        Just like you would screw a plate over a
 8      piece of wood?
 9      A.        I've never screwed a plate over a piece of
10      wood.  I'm more confused by that.
11      Q.        Okay.
12      A.        But it's like any sort of plating system
13      like facial fractures only thinner in that area.
14      Q.        I'm just searching for an analogy?
15      A.        The simplest way to put it I guess would
16      be, yeah, if you screwed anything else together.
17      Simple screws and you just have different lengths of
18      screws based on how thick the skull is so you don't
19      obviously, you know, have a longer screw than the
20      depth of the skull and you just screw a plate in.
21      Q.        Little tiny screws?
22      A.        Yeah, like three millimeters, you know,
23      typically, four.
24      Q.        Screwed through the plate and into the
25      skull?
</pre>

1    A.        Into the bone of the skull.

2    Q.        Thank you.

3    A.        It's a standard series of plating systems

4    for different types of fractures.  And my area it's

5    usually facial fractures, you know, so it's just

6    part -- I guess I never thought of it as odd, but I

7    guess it is.

8              MR. HELMS:  That's all the questions I

9    have.

10             MR. PICKETT:  Thank you, Doctor.

11             THE VIDEOGRAPHER:  The time is 9:24.

12   That concludes this video deposition.

13             (The deposition concluded at 9:24 a.m.)

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5                        _____, 2017

6

7

8                                    I hereby certify that

9      the evidence and proceedings are contained fully and

10     accurately in the notes taken by me of the testimony

11     of the within witness who was duly sworn by me, and

12     that this is a correct transcript of the same.

13

14

15                        _____
                          Justine Starrick
16                        Registered Professional Reporter
                          Notary Public
17

18

19

20

21

22

23

24

25

**A**

**a.m** 1:17 4:2
  62:13
**able** 26:14 31:7
  37:17
**abscess** 19:5
**absolutely** 6:10
  7:1 32:12
  46:20
**Academy** 1:16
  4:10
**access** 22:16
  23:17 37:17
  52:6
**accessing** 22:6
**accurate** 14:9
  44:18 46:6,20
  47:3
**accurately**
  63:10
**acquired** 16:5,5
  21:3
**acronym** 11:14
**activity** 27:18
**actual** 16:17
  27:19 43:6
  54:11
**added** 20:20
**Address** 1:11
**adjacent** 30:10
**affect** 47:23
**afterward** 37:6
  38:9 39:16
  41:25 59:4
**ago** 36:14 50:6
**ahead** 35:21
  40:18
**air** 9:1,3,6,9
  11:23 15:14
**al** 4:6
**Albany** 1:2 2:9
  4:7
**Allentown** 1:23
**altered** 7:21
  9:17
**analogy** 61:14
**anatomy** 14:10
  14:23
**annually** 35:7
**answer** 35:21

51:13
**anterior** 17:20
**anybody** 17:2,10
**anyway** 31:1
  37:13
**appear** 37:23
  45:13
**appearances** 2:1
  4:14
**appears** 7:10
**appreciate**
  43:24
**approach** 22:18
  35:25
**area** 8:15 15:11
  15:16 17:13
  20:12 21:24
  22:7 24:13
  25:13 27:2
  29:17 34:16
  37:17 44:6,7
  46:5,10 47:18
  48:7,20 49:4,7
  49:23 51:16
  52:24 55:8
  60:16 61:13
  62:4
**Art** 1:18 4:11
**arthritis** 37:7,20
**aside** 30:5
**asked** 12:4
  21:10
**asking** 38:23
  49:9 58:3
**assist** 12:4
**assisted** 12:13
**associated** 42:1
  43:1 51:23
**assume** 36:22
  40:12,22 41:19
**assumes** 38:25
**Assuming** 23:22
**attached** 24:11
  25:23 34:10
  61:4
**attempted** 13:12
  28:17
**atypical** 37:19
  56:14
**autopsy** 50:24

**Avenue** 1:16
  4:10
**average** 19:20
**aware** 48:22
**axis** 24:15
**Azeredo** 1:14,16
  3:2 4:3,23 5:16
  44:6

**B**

**B** 1:9 52:21
**back** 9:1 10:19
  18:15 25:25
  30:1,7 45:7
  56:23 60:7
**background** 6:5
**bacteria** 17:23
  19:9
**bacterial** 19:8
**balance** 15:6
  19:16
**balancing** 40:20
**bar** 7:6
**bare** 28:18
**base** 13:16 15:17
  15:17,23,24
  16:1,3 17:20
  17:20 25:3
  26:20 32:20
  43:7 49:1,19
  49:19,21 51:3
  57:18
**based** 19:8
  31:20 39:6,16
  39:21 41:15
  46:2 61:18
**basically** 11:19
  13:7,9 15:20
  16:16 17:22
  18:6 20:8,19
  21:12,15,21
  22:2,13 23:9
  23:18 24:3,15
  25:2,18,21,24
  25:25 26:6,21
  26:24 27:13,18
  27:23 29:4,17
  30:9 32:25
  33:1 34:18
  38:23 58:14

**bathes** 10:4
  11:13
**bean** 55:16
**begins** 22:24
**believe** 43:11
  53:13 57:20
**belly** 33:17
**benefit** 29:8
**bent** 22:16
**best** 21:10 22:17
  32:23
**better** 22:16
  54:17 60:12
**big** 5:23 23:25
  25:20 26:9
  34:15 55:4,8
  58:6,9 59:17
  60:14
**bigger** 53:6
**biggest** 56:22
**bipolar** 13:9
**bipolared** 27:13
**bit** 7:24 10:19
  24:9,18 26:21
  47:4
**blade** 11:7
**blood** 25:1,24
  27:15 28:11
**bluntly** 43:22
**board** 6:9,12,14
  6:19,21 15:13
**boards** 6:16,17
**bone** 9:2 11:24
  16:9 24:7 27:2
  29:10,20,25
  30:13,15,17,21
  30:23,25 34:5
  34:12 46:5,8
  46:11 47:6,14
  47:18,24 48:20
  49:6,11,22,23
  50:14,18 52:22
  53:3,6 56:5,7
  56:25 57:13,15
  58:24 59:5,25
  60:7 62:1
**bony** 15:18 16:8
  27:5
**bore** 21:15
**bother** 60:7

**bottom** 22:24
  27:21 45:16
  51:1
**bound** 51:25
**Box** 2:3
**brain** 10:5 11:13
  13:8,14 15:4
  15:19,22 16:12
  16:14,17 17:25
  18:5,8,21 19:5
  19:10 20:10,13
  27:3,6,19,20
  28:23,25 40:17
  49:15 50:4,5
  53:19,25 54:1
  54:11 55:18
  56:18 57:7
**briefly** 6:4
**bring** 14:19
  21:17
**broad** 46:5
  60:11
**bugging** 35:13
**bulge** 54:7
**bulged** 54:10
**burr** 31:23,24
  58:5 59:19
  60:4,8 61:4
**buzzing** 40:16

**C**

**C** 23:25
**call** 43:15 49:23
**called** 9:2 11:6
  15:3,7 24:4
  25:20
**canal** 15:12
**care** 7:20 20:18
  23:10 35:15
**cartilage** 12:22
  23:5 24:4,6,16
  25:9 29:13,20
  29:21 34:8
  55:4
**case** 4:7,21
  15:18,20 18:19
  20:7,17 23:6
  25:7 26:2 27:9
  28:10,16 30:16
  39:6 45:23

46:13,21 51:20
53:12,25 54:2
55:20 56:11
57:1
**cases** 20:25
27:25 28:19
**catheter** 21:25
22:9
**caused** 39:12,23
42:11,16 43:3
51:22
**causing** 39:19
41:1
**cautery** 13:9,11
**cells** 9:1,3,7
11:24 15:14
**center** 1:22
22:14
**centimeter**
23:16 32:6
55:6,10,14
59:14
**centimeters**
23:16 32:7
55:12,13 57:24
**cerebral** 11:14
22:5
**certain** 7:4 10:8
20:14 36:16
**certainly** 33:24
46:17
**certainty** 41:13
41:14
**certification**
6:12 7:3
**certified** 6:9,14
6:21
**certify** 63:8
**CFS** 11:12
**chance** 14:7
**chances** 19:6
**change** 41:21
44:25 54:5
**checked** 52:3
**choose** 19:4
**circle** 53:6
**circumstance**
20:13
**clarify** 20:5 49:8
**clarifying** 53:23

**clarity** 46:19
**clean** 17:17,18
**clear** 9:25 10:2
42:21 45:2
51:14
**clinic** 10:23
36:19 37:22
38:12
**clinical** 36:11
**close** 24:17 30:1
34:20 53:17
**closer** 23:13
**closes** 34:21,21
**cochlea** 15:8
**colleague** 12:9
12:12
**collect** 11:10
**College** 2:4
**column** 22:10,15
**combination**
9:11 32:23
**come** 7:20 8:6
10:17 11:9
13:1 17:6,24
26:2
**comes** 23:15
28:10
**coming** 26:24
54:8 57:8
**commencing**
1:17
**communication**
17:11,13,21
19:18
**compatible** 58:2
**competency** 7:4
**complained**
37:14
**complaining**
9:12 36:8
**complaint** 7:21
**complaints** 7:23
9:15 35:23
39:16
**complete** 6:15
8:19 16:9
**completely**
38:15
**complex** 7:11
**component** 36:6

**compromised**
49:13
**concern** 8:2
17:18 18:6
38:13
**concerned** 11:10
24:23 35:10
38:15
**concerning** 10:1
**concerns** 36:6
**concluded** 62:13
**concludes** 62:12
**condition** 16:23
19:25 50:23
**confused** 59:11
61:10
**congenital** 16:5
**connect** 9:3
**connection**
23:12
**connective**
24:10,12 25:19
25:22 26:3
29:20,23 34:13
34:20
**connects** 17:16
**consider** 29:21
**considered**
16:10 19:2
**consistent** 52:13
52:18
**contained** 63:9
**contents** 16:16
16:19 53:24
**contiguous**
15:14
**continually** 41:3
**Continue** 25:16
**Controversial**
47:21
**Cooler** 1:6 4:5
4:20
**cord** 10:5 11:14
15:5 21:23
22:14
**corner** 44:22
**coronal** 15:3
**correct** 5:8,18
8:17 11:18
12:3 34:25

44:10,24 45:5
45:18,20 50:11
50:19 52:4
53:4,8 54:12
54:20 57:9
63:12
**correctly** 55:12
**cosmetic** 23:19
**counsel** 4:14
**couple** 6:12 36:7
43:8
**course** 7:14,22
10:6 30:6
44:20 48:16,22
50:2
**court** 1:1 4:6,12
4:15
**cover** 23:7,22
24:13 26:1
28:23 29:17
31:23,24 32:2
34:16 55:5
58:5,12,18
59:19 60:4,8
**covered** 26:1
55:5
**covering** 16:15
18:5 21:23
24:10 26:11
27:3,5 29:21
29:24 31:2
32:4 34:13
58:10
**covers** 13:13
25:19 28:25
59:19
**craniotomies**
60:12,14
**craniotomy**
12:21 31:24
59:20 60:10,15
**create** 20:8
**Creek** 1:6,7 4:5
4:20
**CROSS** 44:3
**CSF** 10:1,4
11:11,13,22
12:18,21 16:22
17:2,12 18:23
20:21,22,23

22:5,22 24:22
36:23 39:17,22
41:19 42:1,11
42:11,13,14
43:2,3 49:8,11
49:14 50:11,15
50:21 51:4,10
51:17,19,21,22
51:25 56:24
**CT** 8:18 9:4,8
47:12,15,17
**current** 13:11
**cut** 15:4 24:8
27:2 30:2
56:19

**D**

**danger** 18:19
**Danville** 1:16
4:10 5:7
**date** 4:1 52:4
**day** 6:17,17 52:2
**days** 6:12 41:3
**dead** 27:16 59:4
**decent** 55:7
**decision** 31:23
**deep** 15:12
**defect** 13:16
15:22,24 16:6
24:9 25:3,8
27:11,24 31:3
32:4,8 34:8
38:24 39:11
40:7 42:8 43:5
45:25 46:2,10
51:2 55:3,6,7
57:3,4 58:17
59:1,21
**defects** 16:3
24:6 26:23
32:2 47:19
56:7,8 57:6
**defendants** 1:12
2:10 4:21
**definition** 10:8
34:1
**degree** 39:9
41:14 52:11
**dehiscence** 46:3
48:7,13,14,15

48:15,19 49:1
  49:3 51:5
**delicate** 28:25
**demonstrated**
  6:22
**demonstration**
  34:7,14
**density** 9:5
**depending**
  32:23 34:11
  37:13
**depends** 46:12
**depiction** 14:12
**deponent** 4:16
**deposition** 1:14
  4:3,9 5:5,7
  10:6 14:21
  62:12,13
**depth** 46:7,11
  47:14 61:20
**describe** 53:12
**DESCRIPTI...**
  3:6
**details** 36:4
**determine** 21:4
**developing** 17:3
  19:21
**develops** 40:8
**diagnosis** 8:23
  11:19 21:5
**diagram** 3:7
  44:21 52:21
  53:9 54:23
**diagrams** 54:24
**diameter** 59:9
**dictate** 31:20
**different** 49:10
  51:17,18 55:1
  61:17 62:4
**differently**
  23:20
**difficulty** 8:1
**direct** 5:1 36:22
  44:14
**directly** 39:23
**Discussion**
  18:13
**disk** 53:2 59:5
**disproportion...**
  55:2

**District** 1:1,1
  4:6,7
**division** 1:2 4:7
**doctor** 5:4,17,17
  6:5 12:7 14:18
  18:17 43:23
  62:10
**doctors** 6:11
  28:1 36:2
**DOE** 1:11
**doing** 13:18 32:9
  35:7 38:8
**door** 41:1
**doubt** 48:4
**dozen** 13:24
**Dr** 12:8,23
  13:18 20:3
  27:13 28:17
  31:9 41:9,9
  44:6
**drain** 13:4 20:2
  21:1,7,8 22:10
**draining** 22:7
**Drawer** 2:8
**drawing** 45:3,6
  46:4
**drawings** 44:15
  44:18
**drawn** 17:16
  33:6
**dressing** 34:22
**drifted** 50:16
**Drive** 1:22 2:8
**driving** 40:13
**drum** 8:3
**due** 37:1 42:23
  43:11
**duly** 4:24 63:11
**dura** 13:12,12
  16:17 20:9
  21:23 22:21,22
  26:20,22 28:17
  28:21 49:13
  50:1,10,14,20
  56:16
**dural** 26:11

———————
E
———————
**ear** 5:25 7:21,22
  7:25 8:12,14

8:15 9:2,13
  10:15,25 11:1
  11:16 13:8
  15:5,12,19
  17:10 19:9,11
  19:12,14,15
  23:11,12,14,15
  26:9 27:1,3,4,6
  32:22 33:25
  35:14,17,22,23
  40:14,15,17
**eardrum** 9:4,6
  9:23,24,24
  10:2 11:8,17
  11:23 15:8,9
  15:15 17:14
  19:12,14,15
  27:4 35:10
  38:12 43:2
  51:24,25 52:3
**earlier** 5:4 14:4
  16:22 20:22
  27:12 38:14
  47:20 52:25
  59:14
**easier** 20:11
**easily** 10:24 47:8
**Eckel** 41:9,10
**EDDIE** 1:9
**education** 6:22
**educational** 6:5
**effectively** 55:5
**either** 41:23
  42:10,13 54:14
**electric** 13:11
**elevate** 33:2
**elevator** 32:25
  33:1
**elevators** 32:25
**eligible** 6:19
**encephalocele**
  13:6 15:11
  16:12,19 27:9
  27:20 28:13
  29:12 34:9
  39:15,17 40:10
  41:21,22 42:3
  42:7,12 43:5
  46:4 53:14,20
  53:24 54:3,7

55:17 57:3,4,7
**encountered**
  27:9,12
**ends** 34:23
**enter** 18:20 19:9
**entire** 13:3 27:1
  58:12
**epidural** 22:19
  22:20,21
**episode** 19:7
**EQUIPMENT**
  1:10
**ER** 41:4
**escaped** 50:4
**ESQ** 2:3,7
**essentially** 17:12
  18:4 22:3
**et** 4:5
**eustachian**
  17:15
**evaluation** 7:23
**everybody** 6:25
**evidence** 8:10
  63:9
**exacting** 56:2
**Exactly** 45:24
**exam** 6:17,18,19
  8:2
**EXAMINATI...**
  5:1 44:3 61:1
**examine** 7:15
**examined** 4:24
**excellent** 24:5
**excuse** 40:19
  48:15
**exhibit** 3:6
  14:20 44:11
**EXHIBITS** 3:5
**exist** 9:2
**experience** 5:11
**explain** 6:13
  10:10 14:16
  18:18 20:3
  28:21 32:15
  33:1
**explained** 18:7
**EXPORTS** 1:7
**external** 49:16
**extremely** 17:3

———————
F
———————
**facets** 22:15
**facial** 61:13 62:5
**fact** 8:6
**facts** 41:15
**fair** 49:16
**fairly** 7:11 46:5
**fall** 35:8 38:7
**familiar** 48:6
**family** 41:10
**far** 44:17 47:2
  51:3 55:17
  56:21
**farmed** 36:5
**FARMS** 1:7,8,9
  1:9,10,10
**fear** 17:9 19:7
**February** 1:17
  4:2
**feel** 10:11
**feeling** 9:15
**felt** 38:18
**female** 22:19
**fibrin** 34:18
**field** 5:19
**fifth** 55:14
**figure** 29:7
**filed** 4:6
**fill** 24:5 25:3
  29:12 56:25
**filled** 15:14
**fills** 59:25
**find** 9:18
**finer** 34:2
**FIRM** 2:2
**first** 6:16 7:19
  14:22 19:22
  25:5 36:19
  37:22 52:2,18
**fit** 24:8
**five** 6:8
**flap** 12:22 20:19
  23:25 24:12
  25:21,24 29:15
  34:14 58:14,16
**flaps** 23:20
  38:21,23
**floppier** 24:19
**fluid** 8:2 9:4,11
  9:24 10:1,4,15

10:17,25 11:4
11:9,13,15,23
16:21 20:7,9
21:22 22:5,10
29:6 35:9,12
38:12,19,25
42:17,22 43:1
51:24,24 52:4
focal 13:10
focally 47:12
folks 15:25
follow 36:7 38:4
38:8 43:10
followed 35:1
following 38:6
43:13
follows 4:24
force 40:7 47:22
forceps 33:5
forklift 40:23
form 21:3
forward 22:23
34:4
fossa 12:21
found 7:23 9:24
10:4 13:6
48:25
four 6:7 37:4,8
61:23
fracture 15:25
39:20,23 40:10
41:23 42:4,6
42:12 43:6
56:18
fractures 31:1
61:13 62:4,5
frame 41:1
free 10:11
front 27:10 45:7
45:9
full 5:15
fullness 9:13,16
fully 63:9
functionally
10:3
funny 33:23
further 24:13
29:8 35:13
38:10,19 54:16
future 38:5

**G**

GA 2:4,9
Gallagher 1:21
4:12
Gallagherrep...
1:25
GARDNER 2:7
gauze 26:1
Geisinger 7:9,10
12:10 36:3
41:4
general 8:25
21:1,12 29:18
generic 16:6
gentleman 7:16
9:19
gently 26:22
Georgia 1:1 4:7
55:9
getting 33:11,12
59:11
give 14:12 32:9
given 6:24 8:3
31:22 36:20
54:24
Glenlivet 1:22
glue 29:24 34:18
34:18
go 6:19 10:19
18:9 24:7
31:16,22 35:21
40:17 47:2
56:23,24
going 5:5,6,10
10:7 14:18,19
14:25 18:12,23
22:20,25 33:23
37:4,5,21
42:21 43:25
44:14 50:10
56:15 59:21
grade 55:12
graduated 6:20
graft 12:22 24:7
25:1,15 34:8
grafts 20:19
38:24
graph 24:5
great 27:23
greatest 32:7

guarantee 18:22
guess 33:12 59:8
61:15 62:6,7

**H**

hair 23:19,22
half 32:6,7
55:13 59:8,15
59:15
hand 33:8,19
34:1
happen 39:3,12
happened 43:21
happier 23:24
hard 43:11
harvest 25:14,21
harvested 29:13
head 8:8,9,11
36:9,10,25
39:8 40:25
41:2 44:9,23
44:23 60:22
heal 38:17,21
healed 44:7
52:11 56:19
58:19
healing 8:7,13
38:18 58:22
healthy 19:1
heard 27:25
hearing 7:22 8:1
9:17 15:7
19:16
height 32:7
held 4:9 18:13
helix 23:14
Helms 2:2,3
4:17,17 5:3,4
18:16 26:14
43:23 61:3
62:8
Helms(Direct)
3:3
Helms(Redire...
3:4
help 14:15 24:12
24:13 44:15
helpful 28:10
43:18
hernia 27:25

28:3,4
herniated 54:14
herniating 13:8
16:20 40:6
herniation
15:22 16:12
53:24 54:7
hide 23:10
hides 23:18
higher 19:20
hinge 41:1
history 8:3,4
39:7
hit 39:8 40:22
Hits 40:25
hold 14:25 15:1
15:2 24:12
29:25 30:10
holding 53:10
hole 10:17 30:14
31:23,24 58:5
58:9,12,18
59:19 61:4
holes 29:9
Homerville 2:4
honestly 13:20
30:14 31:3
39:13
hope 33:22,24
hours 20:21
37:4,8 40:13
human 14:10
44:23

**I**

idea 29:18 32:9
identified 18:25
19:25 29:5
identify 21:21
26:23 27:1
illustration 14:4
14:15,21 25:17
illustrative
14:14 46:17
54:25
imagine 10:16
imaging 35:11
immediately
36:17
immune 17:12

implies 25:5
28:7 42:6
imply 53:25
important 23:6
incarcerated
28:2,7
inch 55:12,14,15
59:8,15,15
inches 55:10
incision 9:22
11:6 23:3,9,11
23:18 24:14
25:18 45:1
52:3
incisions 10:22
include 19:19
included 54:11
55:18
includes 16:16
incorrect 45:21
independent
39:19
independently
37:18
INDEX 3:1,5
indicate 11:20
45:10
Indicating 8:15
12:1 15:10,23
20:15 22:4,8
23:21 24:1
26:12 29:14
33:6 37:21
55:16 58:6
59:17
Indicting 26:4
inert 29:11
infection 17:10
18:4,7 19:11
19:13,17,21
29:2
inferior 21:23
inflammation
9:10
inguinal 28:4
Initially 35:9
injury 20:4
inner 19:15
40:14,17 50:4
inside 17:24

20:15 22:10
24:25 25:10
35:16 50:3
54:8
**instance** 17:8
**instantly** 38:21
**instructions**
43:10
**instruments**
32:22,24 33:5
**interested** 35:22
**interface** 26:20
35:23
**interrupt** 10:7
**involved** 21:11
60:10
**issue** 12:1,1
35:24,24 37:18
51:17,18
**issues** 13:5 37:5
38:10 59:22
**it'll** 24:18

**J**

**J** 1:14 2:3 4:3,23
**James** 5:16
**January** 40:22
**Jeff** 4:17 5:4
**Jeffhelms@he...**
2:5
**JEFFREY** 2:3
**jive** 45:15
**JOHN** 1:11
**July** 52:4,18
**juncture** 27:14
**June** 40:24,25
41:4,4 52:17
**jury** 5:10,15 6:4
6:13 10:9
14:16,22 23:2
32:9 55:9
**Justine** 1:17
4:13 63:15

**K**

**Kathy** 1:3 4:5
4:18
**keep** 21:17
26:24 55:22
**keeping** 20:17

**kind** 14:22
23:15 28:3
**knew** 25:9,12
**knife** 11:6
**know** 16:25
25:14 27:10
29:4 32:6,8
36:4,5 37:4,16
37:17,25 41:9
41:11,12 48:4
54:4,13,25
55:18 61:19,22
62:5
**knowing** 39:14
40:4
**knowledge** 6:23
36:1 39:7

**L**

**L** 2:7
**L&W** 1:10
**lab** 11:18
**labeled** 52:21
**labor** 22:20
**laceration** 41:1
44:7 52:15,17
**lacerations** 8:7,9
8:13
**laparoscopic**
33:13,17
**large** 7:11,12
28:13 53:2
57:24 58:3
**larger** 29:13
31:2 32:4
57:16 58:11
**lateral** 15:15,17
17:20 27:1
49:19 57:18
59:12
**LAW** 2:2
**lay** 34:10
**layer** 13:13
24:10 28:22,23
29:19,22,22
34:20
**layers** 25:2
49:15 50:9
**leading** 18:1,3
22:11 35:18,20

37:10 42:20
**leak** 11:22 12:18
12:22 16:21
17:2,19,24
18:23 24:22,23
29:6 35:11
36:23 39:17,22
40:8,9 41:19
42:1,11,12,13
42:14,17,23
43:3 48:5,17
49:8,14 50:11
50:15,22 51:4
51:10,19,21,22
56:15
**leaking** 49:12
**leaks** 21:2,6
47:23,25 51:17
56:5,16
**LEASING** 1:10
**leave** 19:2
**left** 7:22 8:16
9:13 15:5
22:24 36:10
41:2 44:8,22
45:4,11,14,16
60:22
**lends** 47:19
**lengths** 61:17
**let's** 5:14 25:14
40:5
**letting** 20:18
**lift** 26:22
**lightly** 17:1
**limited** 35:15
**limits** 47:16
**line** 27:21 51:1
**lining** 16:15
18:5 28:25
29:2 50:4,5
**little** 10:19 24:3
24:9,12,18
26:21 30:2
32:14,18,25
33:4,5 34:9,22
47:4 48:8 52:3
61:21
**lived** 37:18
**LJA** 1:4
**LLC** 1:7,8,9,9

1:10,10,21
**location** 19:8
**long** 18:25 21:15
36:14
**longer** 61:19
**look** 24:19 31:7
34:15
**looked** 23:24
25:11 34:11
**looking** 8:1
26:19 32:10,17
32:18 33:15
**looks** 24:17 53:2
56:23
**lot** 23:23 32:24
46:25
**lower** 44:22
**LP** 1:10
**lumbar** 13:4
21:1

**M**

**M.D** 1:14,16 4:4
4:23
**main** 56:21 57:2
**making** 9:22
20:10 60:10
**malleable** 24:8
**manipulate** 33:7
33:14
**Mark** 2:7 4:19
**mark.pickett...**
2:9
**marked** 14:20
**massively** 55:1
**mastoid** 9:2
11:23,24 15:11
19:19 27:5
**material** 9:5
24:5 47:5 54:1
56:18 57:8
**matter** 4:4 53:19
54:11 55:18
**mean** 8:10 12:15
17:23 25:10
27:20 28:3
48:16 59:11
**means** 5:24 6:13
6:20,21 8:25
9:1,8 10:13

53:24 59:24
**medially** 26:25
**medical** 5:17,19
6:7 7:11,12
11:25 14:4
36:2 39:9,10
41:14 45:8
**medications**
20:14
**meet** 7:19
**memory** 36:10
43:20
**mend** 58:24
**meningeal** 16:18
**meninges** 16:17
18:5 28:23,24
**meningis** 50:7,8
**meningitis** 17:3
17:6,7 18:4,6
18:18,23 19:5
19:8,23 29:2
55:20,21,23,25
56:1,3
**meningo** 53:18
53:22
**meningoencep...**
53:13,21 54:3
**mentioned**
27:12 38:14
56:4,6,14
59:14
**met** 5:4 38:1
**Michael** 1:3 4:4
4:18 7:16
**microscope**
10:21,23 11:1
26:19 32:21
33:16
**microscopic**
32:10
**middle** 1:1 4:6
12:21 19:14
26:25 27:4
32:22 40:15
**Mill** 1:22
**millimeter** 47:8
**millimeters**
61:22
**mind** 55:22
**mine** 12:12

31:13
**mini** 30:9
**minor** 32:3
**minute** 50:6
51:8
**moment** 50:5
**monitored**
20:24
**month** 52:14,14
**move** 22:23 34:4
**moved** 12:11
**moving** 19:24
49:25
**MRI** 58:2
**multiple** 56:4,7
56:8,8,11,20
**muscle** 25:20,20
25:23 26:3
28:1 29:23,23
34:20 58:12,13
**musculoskeletal**
36:15 37:1
**myelocele** 16:18
**myofacial** 12:22
34:14 58:14
**myringotomy**
9:20,21 11:6

**N**
**name** 1:11 4:11
5:15 7:16
41:11
**national** 6:24
7:1,6
**natural** 16:3
24:9 42:7
**naturally** 39:12
**nature** 12:19
**navy** 55:16
**necessarily**
27:10,20 39:18
54:1
**neck** 37:2,5,8
**need** 10:8 23:17
25:9,14 51:7
57:16 60:14
**needed** 54:5
**needle** 11:4
21:15
**needs** 17:22

**neural** 27:17
**neuron** 54:11
**neurons** 54:1
**neurosurgeon**
12:4 21:11,19
54:18 60:6,13
**neurosurgery**
20:6 32:22
38:18
**neurosurgical**
32:24 35:24
**never** 61:9 62:6
**Newcomb** 1:3,4
4:4,5,18,18
5:11 7:17
12:20 13:17,23
14:10 20:1
35:1 43:9 44:8
60:21
**Newcomb's**
28:16 46:13,21
57:1
**nice** 43:18
**nodded** 57:14
60:19
**non-functional**
28:12
**noncompliant**
43:16
**nonfunctional**
27:17
**nonviable** 13:7
27:14,15 54:15
**normal** 8:1
16:10
**North** 1:16 2:4
4:10
**nose** 5:25 17:17
17:19
**Notary** 63:16
**notation** 23:5
**note** 31:6,9,10
31:19,20
**notes** 36:11 52:7
63:10
**notice** 24:20
**nub** 24:4
**numbed** 11:8
**number** 4:7
14:20

**numbing** 9:23

**O**
**O** 41:6
**object** 18:1,3
35:18,20 42:20
**Objection** 22:11
37:9,9
**objective** 40:4
**observe** 10:20
**observed** 39:8
52:19
**obvious** 16:21
**obviously** 12:18
22:1 24:22
61:19
**occasions** 35:2
**occur** 18:20 42:7
48:1 50:23
**occurred** 41:18
41:19 42:17,23
52:15
**occurs** 45:25
52:17
**odd** 62:6
**office** 1:22 35:3
**offices** 1:16
**Oh** 12:14 31:13
38:14
**okay** 5:12 10:9
19:24 23:1,7
24:21 25:14,16
26:15 27:6,7
28:15 29:3
30:20 31:22,24
33:9 34:4 35:7
38:4,8 40:19
40:20 42:9
43:8,23 45:2
47:10 49:10
50:2 51:5,9,12
52:2 53:15
58:7,9 59:5,18
60:2 61:11
**old** 42:8
**once** 6:15 10:7
13:21 18:24
21:16,24 25:10
25:12,18 27:11
29:6 34:17

51:25 56:15
**one's** 45:17
**one-third** 7:13
**ones** 12:15 29:10
56:13
**ongoing** 51:16
**op** 31:6,9,9,19
**opacification**
8:20,21,25 9:1
9:6 41:7,8
**open** 21:15
**opening** 48:19
48:20 49:6,11
50:13,17,18
51:6,21 56:18
59:3
**openings** 56:8
56:11,20 57:11
**operate** 7:16
**operating** 10:22
13:25
**operative** 31:19
**opinion** 39:9
42:5,18,22
51:20
**opportunity**
7:15
**opposed** 36:9
**option** 19:2
**options** 9:10
**oral** 6:17 9:15
**order** 6:5 49:13
**organ** 15:7
19:16
**organs** 28:1
**orient** 34:12
44:16
**orientation** 45:1
**otolaryngologist**
6:14
**otolaryngology**
5:22 6:2 7:4
**otologic** 35:24
**outside** 17:13
20:25
**outweighs** 29:8

**P**
**P.O** 2:3,8
**PA** 1:23

**PAGE** 3:1,6
**pain** 36:9 37:14
**paint** 9:23
**paper** 47:2,4,5
**paraffin** 29:11
**part** 6:17 7:24
16:7,8 20:6,18
34:10,23 47:5
53:19 62:6
**particular** 20:7
26:6 27:8
35:25 39:6
44:21 45:23
46:13
**particularly**
36:13
**partly** 20:16
**pass** 6:18,19
**patch** 11:7
**patching** 29:9
**pathway** 18:7
**patient** 16:24
19:4,20 24:18
26:17 40:6
43:9 46:12,19
46:18,25 47:11
48:4
**pedicled** 25:24
**Pennsylvania**
1:17 4:10 7:13
**people** 6:18
12:17 16:2
19:17 21:1
23:20 32:2,3
37:19 38:8
39:3 47:3,22
48:23,24 51:5
51:10
**percent** 48:8,11
48:12 51:1,3
**percentage** 6:18
**performing**
12:24
**perichondrium**
24:11,16 34:10
**period** 38:9
**persistent** 35:11
**perspective** 27:2

pertinent 15:20
photographs
  50:25
physician 5:11
  41:10
pick 14:18
Pickett 2:7,7
  4:19,19 18:1,3
  18:9 22:11
  35:18,20 37:9
  40:24 42:20
  43:25 44:5
  60:24 62:10
Pickett(Cross)
  3:3
picking 26:15
pictures 44:15
  45:13
piece 24:17 34:9
  55:4 59:16
  60:7 61:8,9
pinch 58:13
pinched 28:7
pinching 58:16
place 24:13
  29:25,25 34:17
  34:19 45:25
placed 30:7
placement 13:4
placing 24:25
  34:7
Plaintiff 14:20
Plaintiffs 1:5 2:5
PLAIRE 2:7
plane 15:13
plate 16:10 30:2
  30:12,15,16,23
  31:2,25 32:1
  34:6,19 57:21
  57:23 58:1,4
  58:15,21 61:7
  61:9,20,24
plates 30:9,10
plating 61:12
  62:3
please 4:14 5:15
  6:4
plenty 20:22
plug 24:24 56:5
  56:7,16 57:13

plugged 9:15
plugging 29:19
plus 8:5
point 11:20,25
  13:6,14 14:3
  26:24 28:12,16
  29:4 36:8
  38:11 56:1
population 48:2
  48:9,11,12
  49:3 50:24
  51:2,4
portion 13:7
  48:1 49:3
  50:24
position 37:3,8
positioned 36:16
positioning
  37:15,20
positive 11:18
possible 23:10
  40:5
post-op 20:18
postdated 8:8
posterior 15:12
  23:12 27:4
postmortem
  48:25
practice 7:8,14
pre-existed 37:7
  42:16
pre-existing
  41:20 51:21
pre-op 35:14
predated 36:23
  42:4
pregnant 22:19
prepared 27:11
prepped 25:13
pressure 20:15
  20:20,21 22:7
presumption
  40:3 47:21
pretty 10:23
  25:6 33:19
  53:2
prevent 55:23
probability
  39:10
probably 21:10

26:8 31:4
  38:18,20 47:23
  54:16,17 59:16
problem 8:24
  11:21 18:24
  35:16 39:19
  40:14
problems 35:9
  35:13 36:2
  39:2
procedure 33:18
  45:3,22
procedures
  60:21
proceeded 13:15
proceedings
  63:9
process 14:13,24
  17:6 18:19
  21:20 22:24
  38:20
produce 1:7
  20:22
productive
  13:15
Professional
  1:18 63:16
progress 35:5
prone 51:10
pronounce 41:6
PROPERTIES
  1:8
protect 26:1
protein 10:3
Public 63:16
pull 24:24 27:21
  27:22 28:14
  33:3
pulled 22:2
pulsatile 7:25
  9:25 10:2,12
  10:14
pulse 10:15
pulsing 10:13,14
pump 10:18
purposes 15:18
  16:4 46:17
put 20:19 21:8
  29:9 30:11
  31:1,2 34:19

34:21 43:12,21
  47:11 53:10
  55:4 57:17
  59:19 60:8
  61:15
putting 9:23
  60:7

Q
quarter 58:8
question 17:5
  20:9,23 21:7
  31:14 39:13
  46:19 51:12,14
  58:22 59:23
questioned
  20:22
questions 5:6
  21:10 31:15
  36:7 43:9,24
  43:25 44:12
  54:16 60:12
  62:8
quick 31:7
quite 34:15

R
raised 8:2
rare 48:3
reach 44:11
read 30:19
readily 24:7
real 31:7
really 14:1 32:2
  59:23
reason 27:23
  36:22 39:21
reasonable 14:9
  14:11,12 39:9
  41:14,19
reasons 51:15
reboot 25:13
recall 43:12,13
  55:11 56:13
recognized
  53:19
recommendat...
  43:10,14
recommended
  12:20 20:3

43:19
record 4:15
  18:10,12,13,15
REDIRECT
  61:1
reduce 20:14,21
  20:24
reducing 22:7
refer 39:11
referring 15:16
  46:1
refers 41:12
regardless 16:4
  43:4
Registered 1:18
  63:16
relation 44:17
relative 29:1
  55:2
relatively 8:1
  54:20
release 20:20
relevant 8:23
remember
  13:20 15:13
  30:18
removal 34:5
  52:24
remove 13:9
removed 52:10
  52:22 53:3,7,7
  59:6
repair 12:21
  13:12,16 28:17
  28:19,20 34:3
  35:16 39:18
  56:16
repaired 17:7,22
  38:16 52:1
repairing 24:23
replace 30:12
report 30:19
reporter 1:18
  4:13,15 63:16
Reporting 1:21
  4:12
represent 4:20
representation
  14:9
represents

15:21
**require** 60:4
**research** 51:16
**residency** 6:8,15
    6:20
**residual** 30:21
    38:25
**resolution** 47:16
**resolved** 35:11
**respect** 43:12
**rest** 45:13
**retraction** 20:13
**review** 14:7
    46:18
**right** 7:5,8 9:14
    11:2 12:5,23
    14:3,5 16:8,11
    19:3,24 22:23
    23:14 25:4
    31:18,21 34:23
    34:24 35:3,17
    35:17 36:9
    39:4 41:17
    43:16,24 44:23
    45:3,17,20
    46:3 47:7 49:8
    49:23 50:21
    52:7 53:1,5
**risk** 17:2 18:24
    18:25 19:20,22
    29:8
**risks** 19:5
**robotic** 33:10
**roll** 25:25
**room** 12:24,25
    13:25 20:8
**root** 23:15
**roughly** 7:13
    32:5 55:14
**Run** 1:22
**running** 20:23
**runs** 22:14
**rupture** 50:9

─────────
**S**
**sacred** 17:13
**safe** 20:17
**safely** 27:24
**saline** 26:1
**sample** 54:4

**saw** 9:12 35:7
    52:2,8,18
    54:22
**saying** 31:19
    37:13 42:2
    43:1 48:23
**says** 45:8
**scale** 44:19 53:5
**scan** 8:18 9:4,8
    47:12,15,17
**scar** 8:10 23:10
    23:24 38:24
    59:4
**scarring** 38:20
    38:21
**scars** 59:21,24
**scheduled** 12:2
**scheme** 33:25
**school** 6:7 55:12
**scientific** 41:13
**scopes** 33:15
**SCOTT** 1:8,8,9
    1:9,11
**screen** 33:15
**screw** 31:1 61:7
    61:19,20
**screwed** 58:15
    58:16,23 61:9
    61:16,24
**screwing** 30:23
**screws** 61:5,17
    61:18,21
**se** 16:14 27:19
**searching** 61:14
**second** 18:10
    20:18 40:1
**secondarily** 24:3
**secure** 24:13
**see** 8:10 10:19
    10:23 11:9
    13:5 15:6
    23:14,25 26:4
    26:10,23 33:6
    35:6 40:12
    41:2 44:7,16
    46:24 47:12,14
    48:4 60:3
**seeing** 36:1
**seen** 8:6 31:11
    50:23

**send** 11:10 54:4
**sense** 9:17 25:8
    25:16 39:24
**sent** 10:3 14:4
**separate** 24:14
    27:23
**separated** 28:14
**separating** 27:3
**separation**
    15:19 27:5
**series** 21:9 60:11
    62:3
**serious** 16:23
**serves** 7:12
**Set** 30:5
**setting** 20:24
**setup** 42:10 43:4
**SF** 1:7,7
**shallow** 19:13
**shape** 23:25
**shaped** 25:21
    59:16
**sharp** 33:4
**shear** 40:8
**short** 37:18
**shortly** 41:5
**show** 46:18
**showed** 35:12
**shown** 48:7
**shows** 46:4
    52:22,24 53:6
**side** 8:8,16
    23:13 25:14
    36:9,10 41:2
    44:8,22,22,23
    45:3,4,11,14
    45:19,20,21,22
    60:22
**significant** 17:4
    19:22 48:1
    49:2
**similar** 13:23
    28:5 29:11
**Simple** 61:17
**simplest** 61:15
**Simplified** 17:23
**simply** 29:10
**sir** 5:15 16:11
    19:24 46:3
**site** 16:21 28:17

**sitting** 26:17
**situation** 40:5
    60:10
**situations** 60:2
**size** 24:9 25:8
    31:22 32:5
    44:17 54:19
    55:1,7,16 58:1
    58:8 60:3
**skin** 34:21,21
**skull** 13:16
    15:15,17,17,22
    15:24 16:1,3,7
    17:20,20 23:13
    25:3 26:4,7,20
    26:25 30:2,10
    32:20 35:16
    43:7 46:2 49:1
    49:17,18,19,21
    49:21,22 50:10
    50:14,18 51:2
    51:22 54:8
    56:17 57:11,18
    58:16,19,24
    61:18,20,25
    62:1
**Slightly** 58:11
**small** 7:24 9:22
    11:5,7 13:7
    15:21 24:14
    26:7,10,23
    30:14,22 31:3
    32:2,8 33:5
    36:5 47:5 51:2
    53:3 54:20
    56:13 57:15
    59:21 60:13,16
    60:18
**smaller** 29:10
    34:2 54:22
    57:6
**smiling** 37:25
    38:1
**snip** 24:16
**soft** 9:5,10 40:2
    40:6
**solid** 47:6
**somewhat** 9:25
    17:16
**sore** 37:6,21

**sorry** 11:3 18:2
    31:13 35:19
    40:25 50:16
    58:20
**sort** 10:18 17:11
    25:21 61:12
**sound** 7:25
    10:13,14
**sounds** 52:7
**source** 24:5
    56:24
**south** 55:9
**space** 9:3 13:8
    15:8,15,19,20
    16:16,19 17:12
    17:14,16,17
    18:8 19:12,19
    19:22 20:8,11
    20:15 21:22
    22:1,4,22 27:3
    39:1
**spaces** 26:10
    60:18
**spatula** 33:4
**specialty** 5:19
    5:21
**specific** 32:21
**specifically**
    30:18
**spinal** 10:5
    11:14,15 15:5
    21:22,23 22:5
    22:10,14,15
    42:5,16,22
**spine** 22:9
**spontaneous**
    21:2,6 47:19
    47:22,25 48:5
    51:17
**spontaneously**
    39:3
**spot** 29:5 56:23
**spots** 47:13
**spread** 13:10
**Spring** 1:6,7 4:5
    4:20
**stable** 24:6
**stand** 36:11
**standard** 23:11
    45:8 53:14

62:3
**standardized**
7:1
**Starrick** 1:17
4:13 63:15
**started** 5:14
**state** 4:14 7:13
16:10
**States** 1:1 4:6
**stay** 12:24
**stayed** 12:25
**steady** 33:19
34:1
**sterilely** 22:1
30:6
**stick** 11:1,3
32:14 33:13
**sticks** 43:20
**stock** 27:13,18
**stop** 26:13
**straight** 23:16
23:24
**strain** 37:2
**Street** 2:4
**stuck** 22:9
**studies** 48:6,22
**stuff** 13:13
**stylet** 21:16,18
**subsequent**
39:22
**subsequently**
12:14 13:22
**subspecialty** 6:3
**substance** 25:23
**success** 38:2
**successful** 55:24
**suction** 11:9
**sufficient** 6:23
**Suite** 1:22
**superficial**
22:21
**superior** 8:12,14
58:17
**supply** 25:1,25
27:16 28:11
**suppose** 28:9
**supposed** 9:9
16:9 17:21
**sure** 6:7,15
14:17 20:5

21:19 23:4
26:15 28:14
29:5 31:8 35:7
36:24 37:15
38:8,9 44:1,25
49:5 52:6,16
53:11 59:22
**surface** 33:2,3
**surgeon** 6:1
33:25 35:22
**surgeons** 26:9
**surgeries** 12:13
13:23
**surgery** 12:2,5
12:20,24 14:24
16:25 19:1
20:4 22:25
31:20 32:22
33:10,13 34:23
35:5 36:15,17
36:19,23,23
37:15,23 38:2
55:22
**surgical** 6:3 12:1
14:13
**suspected** 16:21
**suture** 22:2
**sutures** 52:8
**swear** 4:15
**SWEAT** 2:7
**sworn** 4:24
63:11
**symptoms** 39:21
41:18,24,25
42:25 43:1
51:23 52:1
**system** 7:12 15:6
61:12
**systems** 62:3

**T**

**T** 1:9
**T&L** 1:8
**take** 6:16 20:7
21:18 31:7
33:20 38:2
59:5
**taken** 1:16 4:4
5:7 59:2 63:10
**takes** 38:16,22

**talk** 27:25 28:1
39:2 60:11
**talked** 5:5 6:11
8:18 16:22
29:16 34:5
47:20 50:5
52:25 55:20
58:14
**talking** 14:23
15:9,11 19:13
32:5 38:17
45:12 46:7
48:18,21 49:18
49:19 55:6
56:17,19 57:18
57:19,23,24
58:17 59:11
60:5,13
**team** 14:1 35:25
**technical** 9:16
10:10 21:18
40:21
**Technically**
12:19
**tegmen** 27:2
49:22,23 50:13
50:18 56:10,12
57:10
**tegmen's** 48:24
**telescope** 33:17
**tell** 5:10,23 6:4
9:21 30:24
36:17 48:19
**telling** 5:14
**temporalis**
25:20
**tend** 23:9 26:5
**tended** 43:19
**tends** 24:6
**term** 9:16 16:6
29:1,1 43:17
**terms** 10:10
18:17 21:19
22:13 27:17
35:14 55:9
**TERRIL** 1:8,8
1:11
**test** 6:24 7:2
**testified** 4:24
**testimony** 14:16

63:10
**thank** 7:7 19:24
35:1 43:8 50:8
53:10 62:2,10
**thereof** 9:11
**thick** 46:18 47:8
61:18
**thicker** 47:24
**thin** 25:22 30:25
46:16,22 47:3
47:4,4 48:24
51:15 57:11
**thing** 28:2 32:3
32:14 33:25
44:21
**things** 29:19
41:21 44:16
46:17 49:10
**think** 9:13 13:18
14:3 19:25
22:17,18,24
34:5 36:8
38:11 39:21,25
41:18 58:8
**thinking** 33:16
**thinned** 13:14
**thinner** 34:11
46:6,13 61:13
**thinness** 47:18
**third** 38:11
**thoroughly** 29:7
**thought** 31:14
62:6
**thread** 21:24,25
28:18
**three** 8:5 30:19
32:8 43:12
49:15 50:8
61:22
**throat** 5:25
**Thursday** 1:17
**tilted** 36:25
**Tim** 1:18 4:11
41:9
**time** 4:2,13 13:3
18:11,14 20:12
36:14 38:9,19
52:8 59:20
62:11
**times** 13:17,24

**tinnitus** 10:14
40:16
**tiny** 32:18 33:4
61:21
**tips** 13:10
**tissue** 9:5,10
16:12 21:17
24:10,12 25:19
25:22 26:3
27:14 28:1
29:21,23,24
33:2 34:13,20
40:3,6 54:4
58:13
**titanium** 30:9,11
30:14,16 31:2
32:1 34:19
57:21,23,25,25
**today** 4:1
**tolerated** 58:2
**Toms** 12:8,23
13:18 20:3
27:13 28:17
**Toms'** 31:9
**tongue** 25:21
**tools** 32:10,13
32:18 33:7
**top** 8:11
**topical** 9:23
**total** 32:5,8
**totally** 29:11
**tough** 13:13
**tougher** 13:13
28:22
**track** 18:8
**tracking** 19:21
**tragal** 12:22
**tragus** 24:4,15
**transcript** 63:12
**trauma** 8:7,8
16:5 21:3 39:3
39:12,22 40:7
40:9 41:6 42:4
42:6,8,11,13
42:15,16,17,23
43:3 51:22
**traumatic** 51:19
**treat** 7:15
**treated** 44:6
**triangular** 59:16

trick 31:14,15
tricky 39:13
trochar 21:12
  21:14,25
trouble 37:24
truck 40:13
true 41:23 55:1
try 10:10 23:10
  30:13 31:1
  42:21 43:17
trying 20:10
  21:4,12 22:17
  26:25 28:19
  40:4,20 60:15
TS 1:10
tube 17:15
tubing 22:3
tunnel 24:15
  26:21
turned 29:17
  43:2
twice 10:13
two 6:17 13:10
  22:15 23:16
  27:22 32:7,7
  36:19 37:22
  48:8,11,12
  49:10 51:1,3
  55:13
type 19:12
types 21:2 62:4
typical 10:1
typically 28:18
  46:16 61:23

_____ U _____

ugh 43:21
Uh-huh 5:9,13
  5:20 8:22 12:6
  14:2,6 30:4
  35:4 38:3 39:5
  42:19 49:24
  50:12 52:12,20
  52:23 54:9,21
  57:5,12,22
  59:7 60:23
  61:6
ultimately 7:25
  9:18 17:15
unclear 51:11

51:12
uncommon
  19:17 46:24
  47:1
undergo 19:1
underlying 21:5
  43:5
underneath
  10:16,18 58:19
  58:20
understand 7:7
  18:18 21:20
  26:17 32:16
  36:25 42:2
  55:24 58:23
understandable
  40:21
understanding
  19:4
undertake 16:25
  29:9
undertook
  14:13
unfortunately
  11:25
unique 60:9
United 1:1 4:6
Unknown 1:11
  1:11
unnatural 17:11
  18:7 19:18
unusual 7:24
use 10:8,11
  14:21 20:14
  21:1 22:13
  24:24 25:2,6
  29:10,24 30:9
  30:13,14,15,16
  30:21 31:4,23
  32:13,21 34:18
  43:17 53:4
usually 62:5

_____ V _____

veneer 25:22
versus 4:5 23:25
  30:17 46:19
  47:6
vertebra 21:13
video 1:21 4:12

18:12,15 26:16
  62:12
videographer
  1:18 4:1,11
  18:11,14 62:11
videotape 1:14
  4:3 5:7
view 15:3 16:3
  26:18 44:22,23
  45:6,8 56:2
viewer 32:11
visit 38:12
visits 36:19
  37:23
visualization
  20:16
visualize 26:3
visualizing
  20:12
volume 19:15
  20:24
vs 1:5

_____ W _____

WALDINE 1:9
walk 14:22 23:2
walking 15:25
want 14:21,25
  20:11 28:13
  29:5 44:13
  53:9 56:16,23
  58:11,13 59:15
  60:8,11
wanted 26:15
  44:11 54:16
warn 24:18
wasn't 13:15
  28:13,19 30:22
  33:23
wax 29:10,20
  34:12 56:5,7
  56:25 57:13
way 11:5 15:4
  22:17 23:21
  26:6,19 28:9
  28:12 36:16
  37:11 39:14
  40:3 41:23
  42:13 43:13
  47:11 54:14

55:11 61:15
we'll 23:6 56:7
we're 5:6 11:10
  14:3,23 26:9
  26:10,19 31:19
  38:14 48:20
  56:2,17,19
  57:23 60:15
we've 6:11 11:7
  45:11 49:15
week 40:14 41:5
went 52:1 55:3
weren't 13:5
Westgate 2:8
wheeler 40:13
white 26:11
  28:22
wide 46:5
William 1:14,16
  3:2 4:3,23 5:16
WILLIS 2:7
window 20:11
  26:7,8,9 52:25
  53:4 57:15,19
  57:20 59:2,12
  60:3
windows 57:16
witness 3:1,1
  18:2 35:19
  44:1 57:14
  60:19 63:11
wood 61:8,10
word 5:23 41:6
  50:4
words 10:8
  31:25 40:2
work 13:2 17:8
  60:20
worked 13:1,18
  13:22
working 14:1
  32:20 60:17
works 32:23
world 17:14
  49:16
worse 19:5 41:3
worth 28:19
  30:22
wouldn't 7:5
  22:13 23:25

31:4 32:2
  36:14 39:18
  47:23 54:5
  55:1 60:6
wound 52:9,11
written 6:17
wrong 9:19
  45:22

_____ X _____

_____ Y _____

yeah 8:12 10:21
  23:8 25:12
  28:8 31:17
  38:6,7,23 45:5
  50:2 60:6
  61:16,22
year 6:16 38:6
years 6:7,8 8:5
  30:19 38:1
  43:12

_____ Z _____

_____ 0 _____

_____ 1 _____

1 3:7 14:20
1:15-CV-00080-
  1:4
1:15-CV-0008...
  4:8
10 2:4
100 1:16,22 4:9
1275 1:22
15 3:7 13:24
16 1:17 4:2
18 40:13
18106 1:23

_____ 2 _____

2.54 55:11
20 40:22,24,25
  52:17
2013 40:25 52:5
2017 1:17 4:2
  63:5
22 41:4 52:4,18
24 41:5
2408 2:8

**28** 41:4

---
**3**

**31634** 2:4
**31707** 2:9

---
**4**

**40** 40:13
**44** 3:3

---
**5**

**5** 3:3
**537** 2:3

---
**6**

**60** 40:13
**61** 3:4
**610)439-0504/...**
  1:24

---
**7**

**70** 40:13
**71788** 2:8

---
**8**

**8:16** 1:17 4:2
**8:33** 18:11
**8:34** 18:14

---
**9**

**9:24** 62:11,13