```
          IN THE UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF GEORGIA
                    ALBANY DIVISION


MICHAEL NEWCOMB and KATHY        : NO.
NEWCOMB,                         : 1:15-CV-00080-
                                 : LJA
         Plaintiffs              :
     vs.                         :
                                 :
SPRING CREEK COOLER, INC.;       :
SPRING CREEK PRODUCE, LLC; SF    :
FARMS, INC.; SF EXPORTS, INC.;   :
T&L FARMS, INC.; TERRIL SCOTT    :
PROPERTIES, LLC; TERRIL SCOTT    :
FARMS, LLC; WALDINE B. SCOTT     :
FARMS, LLC; EDDIE T. SCOTT       :
FARMS, LLC; TS EQUIPMENT         :
LEASING, LLC; L&W FARMS, LP;     :
TERRIL SCOTT; and JOHN DOE,      :
Name Unknown, Address Unknown    :
                                 :
         Defendants              :
```

       VIDEOTAPE DEPOSITION OF TIMOTHY B. ECKEL, M.D.


           Taken in the offices of Timothy Eckel, 1410
      Bloom Road, Danville, Pennsylvania, on Wednesday,
      February 15, 2017, commencing at 9:15 a.m., before
      Justine Starrick, Registered Professional Reporter,
      Tim Art, Videographer.




                         * * *
              GALLAGHER REPORTING & VIDEO, LLC
                    Mill Run Office Center
              1275 Glenlivet Drive, Suite 100
                    Allentown, PA  18106

               (610)439-0504/(800)366-2980

              Gallagherreporting@verizon.net

1    APPEARANCES:

2

3    THE HELMS LAW FIRM
By:  J. JEFFREY HELMS, ESQ.
P.O. Box 537

4    10 North College Street
Homerville, GA 31634

5    Jeffhelms@helmslaw.com
 -- For the Plaintiffs

6

7    GARDNER WILLIS SWEAT PLAIRE & PICKETT
By:  MARK L. PICKETT, ESQ.

8    P.O. Drawer 71788
2408 Westgate Drive

9    Albany, GA 31707
mark.pickett@gwspplaw.com

10   -- For the Defendants

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

```
                    INDEX TO WITNESS
THE WITNESS                                    PAGE

Timothy Eckel
By Mr. Helms(Direct)                           5
By Mr. Pickett(Cross)                          44
By Mr. Helms(Redirect)                         69


                   INDEX TO EXHIBITS

EXHIBIT       DESCRIPTION                       PAGE

P-1        Photographs                          15
P-2        Photograph                           15
P-3        Diagram                              25

D-1        Packet of reports                    65
```

1              THE VIDEOGRAPHER:  The date today is

2    February 15, 2017.  The time is 9:15 a.m.  This is

3    the videotape deposition of Timothy B. Eckel, M.D.,

4    taken in the matter of Michael Newcomb and Kathy

5    Newcomb versus Spring Creek Cooler, Inc., et al,

6    filed in the United States District Court, Middle

7    District of Georgia, Albany Division.  Case number

8    1:15-CV-00080-LJA.

9              This deposition is being held at 1410

10   Bloom Road in Danville, Pennsylvania.  My name is

11   Tim Art and I am the videographer.  I am with

12   Gallagher Reporting and Video.  The court reporter

13   is Justine Starrick.  At this time will counsel

14   state their appearance for the record after which

15   the court reporter may swear in the deponent.

16              MR. HELMS:  Jeff Helms.  I represent

17   the plaintiffs Mr. and Ms. Newcomb in this case.

18              MR. PICKETT:  And I'm Mark Pickett and

19   I represent the defendants in this case.

20                       *  *  *  *

21              TIMOTHY B. ECKEL, M.D., having been

22   duly sworn, was examined and testified as follows:

23                       *  *  *  *

24                  DIRECT EXAMINATION

25                       *  *  *  *

```
 1   BY MR. HELMS:
 2   Q.        Doctor, I'm Jeff Helms.  We met earlier.  I
 3   represent the Newcombs.  We're going to get started.
 4   And I just remind you, you're speaking to the jury
 5   in South Georgia.  So there's the camera over there,
 6   and you're up -- where are we located right now?
 7   A.        We are in my kitchen of the office at
 8   Danville Family Practice, Danville, Pennsylvania,
 9   1410 Bloom Road.
10   Q.        Doctor, you're a medical doctor?
11   A.        Uh-huh.
12   Q.        Do you have a specialty as a medical
13   doctor?
14   A.        I'm a board certified family physician.
15   Q.        Two questions, when you say family
16   physician, what does that mean?
17   A.        I am a member of the specialty in medicine
18   that treats the patient as a whole person from
19   cradle to grave.
20   Q.        Is what we call in south Georgia maybe a
21   family doctor?
22   A.        A family doctor.
23   Q.        Treats the whole gambit of problems that a
24   patient can have?
25   A.        Yes.
```

```
1    Q.        From beginning to end of their life if they
2    chose so?
3    A.        Correct.
4    Q.        Is it usual in your practice that you'll
5    treat somebody for the majority of their life?
6    A.        Yeah.  Earlier in my career I did
7    obstetrics and have delivered and have second and
8    third generations of patients.
9    Q.        How long have you practiced medicine here
10   in Pennsylvania?
11   A.        I came here to do my residency in family
12   medicine on July 1 of 1976.  I finished that
13   residency program June 30, 1979.  I opened my solo
14   family medicine practice here July 1, 1979 and have
15   been in solo medical practice since then.
16   Q.        1979.  Help me do the math here.  We're in
17   2017, so almost 40 years?
18   A.        Uh-huh, almost.
19   Q.        All right.  And I know we don't want to ask
20   women this, but I'm going to ask you, how old are
21   you, how old are you practicing medicine every day
22   now?
23   A.        I am 67 and a half.
24   Q.        How many patients do you see on a daily
25   basis on average these days?
```

1    A.        These days it's not as busy as I was, 25,

2    30 on a busy day.  I have seen as many as 45 in a

3    day.

4    Q.        Where did you get your medical training?

5    A.        I went to medical school at Temple

6    University in Philadelphia, and then as I said came

7    to Geisinger and got a residency certification in

8    family medicine at Geisinger Medical Center,

9    Danville, Pennsylvania.

10   Q.        I want to go back to another point that you

11   said you're board certified in family medicine.  Can

12   you explain to us what it means to be board

13   certified in the field of medicine?

14   A.        In Pennsylvania you could get a license

15   after one year of post graduate training.  That

16   means one year after medical school you can apply

17   for, pass an exam, and be licensed to practice

18   medicine.  If you want to be board certified you

19   have to complete, in family medicine, it's a three

20   year program.  And then you take an exam, fulfill

21   other qualifications, and then you could use the

22   title ABFM, American Board of Family Medicine after

23   your name, which means you are a specialist that has

24   been recognized by a recognized specialty board in

25   medicine to call yourself a board certified family

1    doctor.

2    Q.        And to get this board certification you

3    have to take a written test?

4    A.        You've got to take a written test, which

5    mine is coming up for my recertification this year.

6    Q.        And to get it the first time I think -- and

7    that written test, that's a nationwide test?

8    A.        That's a nationwide test.  It encompasses a

9    full eight hour day.  Initially it was every seven

10   years I had to do it.  This last time they've

11   extended it with some extra qualifications that we

12   do it in 10 years.

13   Q.        And the first time you get it do you have

14   to go through an oral presentation also?

15   A.        For family medicine there's not an oral

16   exam.

17   Q.        So is it fair to say that a board

18   certification in family medicine is a certification

19   of a higher status in your practice or a -- how

20   would you describe it?

21   A.        It's just an extra degree to assure the

22   public that they're seeing a physician who has done

23   the extra work to maintain his qualifications in the

24   specialty and be able to diagnose and treat diseases

25   that would be seen in the family practice.

1    Q.        How long did you say you've had this board

2    certification?

3    A.        Ever since I started.  I got it initially

4    in '79.

5    Q.        Okay.  Here in Danville have you treated a

6    patient by the name of Michael Newcomb?

7    A.        Yes, I have.

8    Q.        Treated him about -- how long have you

9    treated the fellow?

10   A.        Well, I first saw -- I think I saw his wife

11   before I saw Michael.  But my first note on him is

12   June 4, 2002.

13   Q.        We're here about an incident that occurred

14   in 2013.  So you saw him as a family physician for

15   almost 11 years before the incident here?

16   A.        Correct.

17   Q.        And on average would you see him at least

18   once a year or more often than once a year for that

19   11 years?

20   A.        Well, he had some other medical problems.

21   And I saw him -- Michael is the kind of guy that

22   wouldn't come in unless he had to.  So I saw him

23   once or twice a year, didn't see him for two years,

24   2004, and then he had his heart attack somewhere

25   along here and I saw him for that.  He had some

1    other health problems.  He had some neck pain from

2    his osteoarthritis, and I saw him multiple times

3    closer to this current accident that we're talking

4    about.  He had a heart attack in 2010 and I saw him

5    more frequently then.

6    Q.      Just talking about that, even when he had

7    the heart attack in 2010, did he go back to work as

8    a truck driver?

9    A.      Oh, yeah, he went back.

10   Q.      For all the times that you've known

11   Mr. Newcomb before and after this incident has he

12   been a hard worker?

13              MR. PICKETT:  Objection, leading.

14   Q.      How would you describe his work ethic?

15   A.      He has worked all his life, and that's part

16   of the reason why he didn't really keep doctor

17   appointments as much as -- or didn't come in because

18   he was working.  He would work 40, 70 hours a week

19   as a long haul trucker.

20   Q.      You've seen him since this incident fairly

21   frequently, I think once a month, since he got hurt

22   in 2013?

23   A.      Yes.

24   Q.      And we're here in 2014 almost four years

25   after the incident.  I'm not going to go back

1    through each and every office visit, but I counted

2    up maybe 40 times that you've seen him since this

3    incident, does that sound about right?

4    A.        Part of the reason is that I have a policy

5    when I put patients on chronic narcotics I see them

6    every month generally, just to keep tabs on them and

7    to make sure there's no abuse.

8    Q.        It's fair to say that you have -- you're

9    going to be able to give the jury a good idea of

10   Mr. Newcomb's condition before this incident and his

11   condition after the incident based on the number of

12   times that you've seen him?

13            MR. PICKETT:  Objection, leading.

14   A.        Yes.

15   Q.        Let me ask you this, Doctor, can you give

16   the jury a good opinion as to Mr. Newcomb's physical

17   overall condition before this incident and after the

18   incident based on the number of times you've seen

19   him as the family treating physician?

20   A.        Yes.

21            MR. PICKETT:  Objection, leading.

22   A.        Yes.

23   Q.        Go ahead.

24   A.        Yes.  I've seen the patient before, I saw

25   how he reacted to some of his other major medical

1    problems, and I saw how he reacted to this accident

2    that we're referring to in this trial.

3    Q.      Now, of course we're here mainly about the

4    injuries that he suffered down on the loading dock

5    in south Georgia in June of 2013.  We're going to

6    ask you about treatment of those injuries.  But I

7    want you to -- and we're going to talk to you about

8    his condition beforehand.  So I think you've got a

9    couple of reports that you prepared at different

10   times?

11   A.      Yes.

12   Q.      Refer to those as you need to, and along

13   the way we'll stop and ask some specific questions

14   about them.  But if you could kind of outline to the

15   jury Mr. Newcomb's physical condition before this

16   incident in June of 2013?

17   A.      Before June 20, 2013 I had been following

18   the patient.  He had several medical problems before

19   this time.  He had chronic cervical spondylosis from

20   his years as a truck driver.  That just means

21   arthritis in the neck from bouncing around in the

22   truck.  A lot of times you get osteoarthritis.  And

23   he had been seen several times because of neck pain.

24   Q.      Here in Danville, this is kind of coal

25   country.  Do you treat truck drivers?

```
 1   A.        Oh, yeah, we have a lot of truck drivers.
 2   Q.        Is that a condition that you see often?
 3             MR. PICKETT:  Objection, leading.
 4   A.        Yes.
 5   Q.        How often would you see that kind of
 6   condition in truck drivers?
 7   A.        Well, it's not obviously limited to truck
 8   drivers, but I see cervical spondylolysis a lot.  A
 9   lot of patients have arthritis in the neck and have
10   chronic neck pain, that's fairly common.
11   Q.        What is it about truck driving that may
12   cause that kind of condition?
13   A.        Just the constant bouncing.
14   Q.        What other issues did Mr. Newcomb have?
15   A.        He also had a myocardial infarction, which
16   is a heart attack.  He had high blood pressure.  He
17   had early signs of diabetes with elevated fasting
18   sugars or glucose.  He had high cholesterol.  And
19   unfortunately he smoked.
20   Q.        He liked to smoke a cigarette?
21   A.        He smoked every day.
22   Q.        We touched on it before, but despite all
23   that was Mr. Newcomb pretty physically active?
24             MR. PICKETT:  Objection, leading.
25   Q.        Was Mr. Newcomb physically active given
```

```
 1    those conditions?
 2              MR. PICKETT:  Objection, leading.
 3    Q.      How would you describe Mr. Newcomb's
 4    physical condition given all those conditions?
 5    A.      Well, he was able to, you know, work every
 6    day.  He was productive.  He had some health
 7    problems, some of which were related to his
 8    lifestyle.  But he was functional and he had a
 9    family.  You know, he was an active, productive
10    member of society.
11    Q.      Now, back in June of 2013 of course he got
12    injured and he came to see you.  Can you tell the
13    jury about that first time he came to see you based
14    on this injury that this case is about?
15    A.      Well, he came into my office -- I think the
16    accident was on June the 20th and he came in the
17    following Monday I believe it was, on June 24, 2013.
18    He had stitches on his head.  He looked very bad
19    actually.  And he told me he had a -- it was crazy,
20    he had an accident down in Georgia and he drove
21    himself home I remember.  He said his company said
22    he couldn't leave his truck there.
23              MR. PICKETT:  Objection, hearsay.
24    Q.      This is what the patient said?
25    A.      This is what he told me.  It was something
```

```
1    about they wouldn't let him, or he thought they
2    wouldn't let him keep the truck there so he ends up
3    driving it home, which I thought was a little
4    bizarre.
5              MR. PICKETT:  Object to the hearsay.
6    A.      And anyway he came to my office and he had
7    this big gash on the left side of his head with
8    stitches.
9    Q.      I'm going to show you some photographs
10   which I understand you didn't take, but you had a
11   chance to review them this morning, is that right?
12   A.      Yes.
13             MR. HELMS:  These are going to be
14   Plaintiff Exhibit 1 and Plaintiff Exhibit 2.  You
15   had a chance to take a look at these.
16             MR. PICKETT:  We're going to object to
17   Plaintiff -- can I see those?
18             MR. HELMS:  Yes.
19             MR. PICKETT:  1 and 2 in that we had
20   not previously been provided with these before,
21   about 30 minutes ago.
22   Q.      How about showing them to the camera right
23   there.  Tell us what they are?
24   A.      One is a picture of a head wound, it looks
25   like Michael Newcomb, I recognize his hair and head.
```

```
 1    But the one that I'm looking at now which is to the
 2    right shows a recent head injury with blood around
 3    the scalp.  I don't remember seeing that.  I saw the
 4    picture, I don't remember seeing the actual person.
 5              MR. PICKETT:  On that basis we object
 6    to the witness even looking at it.  It's not in
 7    evidence and he can't authenticate it.
 8    Q.        You could continue.
 9    A.        The second photograph which shows a scalp
10    with stitches in it shows active blood clot around
11    the wound.  Yeah, I do recognize that as --
12    Q.        Do you recognize that from seeing it in
13    your clinical practice?
14    A.        Yes, I saw that.  That's what he looked
15    like when he first came, similar to that.
16              MR. PICKETT:  Just for the record
17    you're referring to the second photograph?
18              THE WITNESS:  The one with the
19    stitches.
20              MR. PICKETT:  The one on the bottom?
21              THE WITNESS:  Yes, it's the one to the
22    right this way.  I had it turned upside down.
23    (Indicating.)
24              MR. PICKETT:  If we orient the exhibit
25    so the exhibit sticker is on the bottom then it's
```

1    the photograph on the right that you recognize?

2              THE WITNESS:  Yes, that's what I saw.

3    Q.      Okay.  How about Number 2?

4    A.      Exhibit Number 2 shows a stitched

5    laceration of the scalp that is a picture of Michael

6    Newcomb.

7    Q.      Is that an accurate representation of how

8    it looked to you when you saw him?

9    A.      Yes, that's exactly how it looked.

10   Q.      All right.  Using this pointer here if you

11   could show that to the jury now and describe the

12   injury that he suffered.  Or what you treated him

13   for when he came in?

14   A.      This is what it looked like after he

15   healed, he had an upside down horseshoe laceration.

16   You could see that's a fairly large laceration.  The

17   stitched had been removed.  There's still a scab

18   there from the healing of the laceration.  That's

19   the size of the lesion.

20   Q.      Now, Number 1 right here you said -- we're

21   going to show this to the jury and we'll get the

22   foundation in later through Mr. Newcomb, so it's

23   okay, don't worry about that.  The one to the right

24   is the one that you saw, and the one to the left is

25   not how it appeared when you saw it?

1    A.       Correct.

2    Q.       Just using the one to the right, describe

3    that?

4               MR. PICKETT:  As to both of these

5    continue our previous objections.

6    A.       This is what it looked like when he first

7    appeared at the office.  It's a dirtier wound with

8    scab that's still present around the laceration.

9    Stitches are still in place in this picture.

10   Q.       Thank you.  Did he give you an idea about

11   how this incident occurred?

12   A.       Well, he told me he had gotten -- driven

13   his truck to this place where he had to unload it.

14   He was --

15               MR. PICKETT:  I'm going to object to

16   the hearsay as to what he may have told him how this

17   happened.

18   Q.       You could go ahead.

19   A.       My understanding is he said he was standing

20   by the end of the truck where it was being unloaded.

21   Somehow he was hit by the fork truck and got knocked

22   into the truck itself and sustained this laceration.

23   Q.       Based on Mr. Newcomb's condition, what did

24   you do for him over the course of your treatment for

25   this particular injury here in the short term?

1    Let's talk about the short term.

2    A.        Well, initially I managed the wound, made

3    sure it was healing.  After the proper amount of

4    time we took the stitches out.  But it was not

5    acting like a normal wound.  He continued to drain

6    fluid.  He had some really unusual symptoms,

7    swelling in his left eye, fullness in his ear, I

8    think he had like pain that was not usual.  Most

9    patients like that don't have that much pain.  He

10   was having severe headaches.  He had to have

11   narcotics to control the pain.  It wasn't acting

12   like just a scalp laceration.

13   Q.        Did you send him out to a specialist

14   because of continued problems?

15   A.        At that point because of ear problems we

16   sent him to Dr. Azeredo who is an otolaryngologist

17   at Geisinger right down the street.

18   Q.        Tell us what an otolaryngologist is?

19   A.        That's an ENT specialist.

20   Q.        What's an ENT specialist?

21   A.        One who specializes in the diseases of the

22   ear, nose, and throat.  And they're surgeons, they

23   can operate, they also treat ear, nose, and throat

24   problems medically.

25   Q.        When you say diseases, does that also

```
 1    encompass -- do you mean injuries to the ear, nose,
 2    and throat?
 3    A.        That would include traumatic injuries as
 4    well.
 5    Q.        So he went to go see Dr. Azeredo, is that
 6    right?
 7    A.        That's correct.
 8    Q.        That's at Geisinger?
 9    A.        Geisinger Medical Center.
10    Q.        Big medical center here in Danville, is
11    that right?
12    A.        Yes.
13    Q.        Did Dr. Azeredo, did he send you copies of
14    the records, his clinical records after he saw Dr.
15    -- after he saw Mr. Newcomb?
16    A.        Yes, I would get reports from Dr. Azeredo
17    as what his treatment was.
18    Q.        Did you keep up with those reports?
19    A.        Yes.
20    Q.        Was that part of -- part and parcel of your
21    treatment with Mr. Newcomb?
22    A.        Yeah, it was very important because, you
23    know, I wasn't sure exactly what was going on.  So I
24    needed help from my specialist colleagues to try to
25    sort out what was the problem.  So I would depend
```

1    heavily on what his opinion was.

2    Q.        And in the practice of your medicine is

3    that something you do on a regular basis, rely upon

4    the reports of experts they supply to you?

5              MR. PICKETT:  Objection, leading.

6    Q.        For the treatment of the patients?

7              MR. PICKETT:  Object to leading.

8    A.        I can answer?

9    Q.        Yes.

10   A.        Yeah.  One of the hallmarks of our

11   specialty is we look at ourselves as family doctors,

12   kind of like the general overseeing the whole

13   battlefield.  And a lot of times we need specialists

14   to help us do artillery or whatever, to help fight

15   disease.  So, yeah, that's what we do, we send them

16   to different subspecialists to get their opinion.

17   And then we kind of coordinate everything, make sure

18   everything is taken care of and nobody drops the

19   ball because they think somebody else is doing it.

20   So I do that routinely.  It takes a lot of my time

21   to read reports from specialists.

22   Q.        How did these reports come to you, were

23   they handwritten, from a computer, what kind?

24   A.        They get faxed to us.  Geisinger has an

25   electronic medical record.  I have access to that, I

 1    could go in and get the electronic records.  But

 2    it's easier for our system to have it faxed and

 3    scanned into our records.

 4    Q.       What was the course of treatment for

 5    Mr. Newcomb once you realized that he was still

 6    having trouble and you referred him to Dr. Azeredo.

 7    What course of treatment did he undergo then by the

 8    specialist to whom you referred him?

 9    A.       Well, he had several CTs, MRIs.  Finally

10    they discovered there was a crack in the bone in the

11    middle ear, the roof of the middle ear bone was

12    cracked.  They had to repair it.  He actually had

13    what's called a CSF leak.

14    Q.       What is that?

15    A.       The fluid that surrounds the brain -- the

16    brain is encased in fluid, and if there's a tear and

17    a crack in the bone it actually could come outside,

18    which is what was happening to Mr. Newcomb.  It came

19    into the middle ear and was stopped by the tympanic

20    membrane, the eardrum, and that had to be fixed.

21    Q.       What's the danger of having a crack in your

22    skull causing brain fluid to leak down into it?

23             MR. PICKETT:  I'm going to object to

24    the question in that it's misleading and it assumes

25    facts not in evidence.  And to the extent this goes

1    beyond Dr. Eckel's qualification as a family doctor.

2    He has testified that he had to refer him to

3    Dr. Azeredo for these type of assessments.  So I

4    believe this is probably outside his area of

5    expertise.

6              THE WITNESS:  Well, that's ridiculous.

7    It's not outside of my area of experience.  It

8    doesn't take any specialist -- you know, anybody

9    with a medical degree knows that leaking brain fluid

10   causes problems, one of which is meningitis, which

11   is amazing that this guy got never got meningitis.

12   But be that as it may --

13   Q.       Let's just back up.

14   A.       That's one of the complications.

15   Q.       Are you qualified to answer that question?

16   A.       Yes, I could answer that question.  Based

17   on my years of experience in treating patients and

18   leaking brain fluid -- I mean, I'm stumbling here

19   because I can't believe you just said that.  But

20   anyway.

21              Yeah, leaking brain fluid from a

22   patient's brain is a very dangerous thing.  You have

23   a communication from the outside of the body which

24   has skin and lots of germs right into your brain

25   which is a sterile environment.  So it's easy for

```
 1    bacteria to get in and infect that, and this guy had
 2    it for weeks.
 3    Q.        Infect the brain?
 4    A.        Infect the brain.  You could infect the
 5    lining of the brain, meningitis, you could infect
 6    the brain itself.  You can have an abscess,
 7    encephalitis.  You know, it just -- it's
 8    traumatizing to me to think how long it took us to
 9    figure out what was going on with this guy.  I wish
10    we could have done it sooner.  It was just difficult
11    because the initial CAT scans were read as normal,
12    they didn't show the fracture, which sometimes can
13    happen with a hairline fracture.
14                 But eventually we were able to find
15    out.  And it was a difficult situation.  You have
16    leaking fluid, you hope it stops, sometimes it does,
17    sometimes the crack will seal itself and the body
18    will heal.  You don't want to operate on there if
19    you could help it.
20    Q.        How was the --
21    A.        Because the operation itself has risk.  So
22    we were in that kind of decision, and obviously I'll
23    defer to Dr. Azeredo about that.  But eventually the
24    decision was made to do the surgery.  And they had
25    to cut out part of his brain, seal the crack, and
```

1    then hope that the wound would heal and the leak

2    would stop, which eventually it did.  It took

3    several weeks after the surgery before it did.

4    Q.       What was the test that finally was able to

5    show that he had brain fluid in his inner ear?

6    A.       I'll defer to Dr. Azeredo about that.  You

7    know, spinal fluid is different than other serous

8    fluid and they can test for sugar content and things

9    to be able to tell exactly what type of fluid it

10   was.

11              MR. HELMS:  I'm going to mark Exhibit

12   3, and this is for demonstrative purposes.  If you

13   could hand me that illustration.

14              MR. PICKETT:  We're going to object to

15   Exhibit 3 on the basis we just got this also about

16   45 minutes ago.

17              MR. HELMS:  It's demonstrative

18   purposes.  I don't have to present it to you up

19   until the time of trial if I don't have to.

20              MR. PICKETT:  Well, since this is

21   being taken for trial, I would argue we should have

22   been provided it prior to the deposition, at least

23   more than 45 minutes into the testimony.

24              MR. HELMS:  Okay.

25   Q.       Before you show that to the jury, are you

1    familiar with the anatomy of the place where

2    Mr. Newcomb had his injury inside his --

3    A.        Yes, somewhat.

4    Q.        Is that a fair and accurate representation?

5    A.        Yes, this is a standard cutaway frontal

6    section of skull involving the ear.

7    Q.        Basically your understanding of reviewing

8    Dr. Azeredo's records and your years of experience

9    and knowledge as a family treating physician, would

10   this illustration help you describe to the jury the

11   anatomy that was injured?

12   A.        Yes, it's a very good picture of what

13   happened.

14   Q.        You could use this pointer if you need to

15   show that to the jury.

16             MR. PICKETT:  Again, I'm going to

17   object.  Dr. Eckel just testified he was somewhat

18   familiar with the injury and would defer to

19   Dr. Azeredo.  I think Dr. Azeredo would be the

20   better witness to discuss this particular injury.

21   So if we're going to talk about this particular

22   injury for Mr. Newcomb to that extent I would object

23   to have Dr. Eckel testifying about that.  If we're

24   talking about general anatomy, I'm sure Dr. Eckel is

25   qualified to talk about that.

A.        That's all I'm talking about, is the
anatomy.  So the anatomy here of the middle ear,
we've got the inner ear, which is your hearing
mechanism, has the cochlea and nerves, the acoustic
nerve that helps you hear.  And here you have the
bones of the middle ear that translate pressure
airwaves that pulsate up against the tympanic
membrane, the eardrum.  And they make the bones of
the middle ear, which are the smallest ears of the
body -- smallest bones in the body.  They make them
pulsate and set up a fluid wave here in the circular
window and the cochlea.

         Now, in this space called the middle
ear, it's surrounded by bone.  And at the top you
have the tegmentum of the middle ear.  And it sits
right at the base of the brain here.  And apparently
his injury was right here.  (Indicating.)

         MR. PICKETT:  Again, I'm going to
object to Dr. Eckel testifying about where the
injury was in that he does not have direct knowledge
of it.

         THE WITNESS:  Well, I do based on the
operative report.

         MR. PICKETT:  And, again, that would
be hearsay.  And I'm going to ask that Dr. Azeredo

1    would be the proper witness for that.

2    Q.        You could continue.

3    A.        So based on my knowledge of what the report

4    said, and, you know, I rely on these things all the

5    time.  So I was not in the operating room, I did not

6    see this, but based on what the consultant's report

7    said, this bone was apparently cracked.  There was

8    encephalocele, which meant part of the brain tissue

9    was down through this crack.

10                   Neurosurgeon, Dr. Toms, had to get

11   involved with the surgery to cut away the part of

12   the brain, and Dr. Azeredo sealed this part to stop

13   the fluid leak into the middle ear which was bulging

14   the eardrum out.

15   Q.        Okay.  How did Mr. Newcomb do after the

16   surgery?

17   A.        Well, it took some time.  It continued to

18   leak as I remember for a few weeks after.  But

19   eventually it sealed and he plateaued and is where

20   he is today.

21   Q.        All right.  And you've treated and seen Mr.

22   Newcomb a number of times since then, is that right?

23   A.        Yes, I have.

24   Q.        Okay.  In preparation for this case, like I

25   said, you've prepared a couple of different reports,

1    and as I said earlier I'm not going to go through

2    all 40 some office notes, but based upon that I'm

3    going to ask you a series of questions, and I'm

4    going to ask for your opinion for you to give to the

5    jury.  All these need to be within a reasonable

6    degree of medical probability, that it's more likely

7    than not.  Is that fair enough?

8    A.      Yes.

9    Q.      Can you do that?

10   A.      I can.

11   Q.      And I'm going to ask you some of your

12   opinions about Mr. Newcomb since then.  Can you tell

13   us in your opinion what are, and this would be

14   number 4 on the previous report, what are the

15   injuries that Mr. Newcomb suffered as a result of

16   this blow to the head?

17   A.      Well, it was my and is my opinion to a

18   reasonable degree of medical certainty that the

19   following diagnoses were a result of the injury that

20   he sustained on June 20, 2013:  He had a fracture of

21   the left tegmen with an encephalocele, and CSF leak

22   as I just referred to.

23   Q.      Tegmen, is that the bone --

24   A.      Tegmen is the top roof bone of the middle

25   ear.

1   Q.        Inside the skull?

2   A.        Inside the skull.  And that's the part that

3   cracked and the brain tissue herniated through it.

4   Q.        Is that the encephalocele?

5   A.        Yes, encephalo means brain and cele is the

6   crack through.

7              MR. PICKETT:  For the record we will,

8   excuse me, object on the same basis we've previously

9   stated.

10  A.        And when that bone is cracked and meninges

11  is torn it allows that fluid to leak through and

12  that's what was causing his symptoms.  So that was

13  the one injury that he had.  That was repaired by

14  the craniotomy.  And as I said before according to

15  operative report part of his brain tissue had to be

16  cut away.

17  Q.        Craniotomy, what is that?

18  A.        Craniotomy is when you cut through the

19  skull bone to get into the brain cavity to treat

20  whatever you're treating.

21  Q.        Does Mr. Newcomb, does he have like a metal

22  plate in his head right now, or is it --

23  A.        He's got a scar on the scalp.  I'm not

24  aware of any metal plate.

25  Q.        So they were able to replace whatever they

1    had to cut away?

2    A.      Usually you put the bone back in place.

3    Q.      Okay.  I got you.

4    A.      Secondly he had a -- when you have this

5    kind of injury you could also damage the brain

6    tissue itself, it's call a traumatic brain injury.

7    We hear about it on the news all the time with

8    football players and other people that get

9    concussions.  And as a result he had -- he exhibited

10   symptoms of traumatic brain injury.  He had a

11   definite change in his personality, his emotions,

12   his thinking.

13   Q.      Have you treated people over the course of

14   your 40 years of practice --

15   A.      Oh, yeah.

16   Q.      With that brain --

17   A.      I've seen it a lot.  I've seen it in

18   athletes, I've seen it in people in car accidents.

19   It's a sad thing.  It's a lot more serious than what

20   we used to think.  That's why we do so much now with

21   kids and concussions.  We have whole new protocols

22   now about how they can play sports after a

23   concussion.

24   Q.      Based on your experience of Mr. Newcomb

25   before this incident and after the incident and

1    based on what he's told you it's affected this brain

2    injury, how it's affected him, what are some of the

3    symptoms that he's exhibiting now, problems he's

4    having now from this brain injury?

5    A.       Well, he has problems concentrating.  He

6    can't think as well as he used to.  He has lost a

7    lot of emotional control.  He says things that are

8    inappropriate sometimes.  He yells at people.

9            When you have an injury like this it's

10   difficult to live with.  It's hard to -- it's hard

11   to see in somebody that you love -- soldiers get it

12   from trauma, battlefield injuries.  I've treated a

13   number of patients over the years with this, and

14   unfortunately it tears families apart because most

15   families can't handle it and leave.

16   Q.       Has it been tough on the Newcombs?

17   A.       It has.

18   Q.       What have you observed as their family

19   physician?

20   A.       It has been -- his wife has told me it's

21   been difficult at times.

22            MR. PICKETT:  Object to the hearsay.

23   Q.       You could go ahead.  Is Mrs. Newcomb your

24   patient?

25   A.       Mrs. Newcomb is my patient.  And she has

1    told me it's difficult for her at home and because

2    he sits on the couch and yells at everybody.

3    Q.        Is what she tells you important of your

4    overall care and treatment of Mr. Newcomb?

5    A.        Yes.  Yeah, I treat the family and I get

6    input from several of the family members.  So anyway

7    he's had those problems.  He's had other injuries as

8    well.  He has some decreased hearing in the left

9    ear, some vision difficulty, blurred vision.  He has

10   chronic post-traumatic migraine headache that he's

11   getting botulinum toxin for, Botox injections, have

12   helped somewhat.  He needs the narcotics to control

13   his pain.  He's had some balance issues with damage

14   to the left middle ear and the brain.  He's -- the

15   arthritis that was in his neck is probably worsened

16   because of the injury.

17   Q.        When you say worsened --

18   A.        More pain.

19   Q.        He had problems beforehand?

20   A.        He had arthritis before.

21   Q.        But as has this type of injury, has it

22   exacerbated and aggravated, made worse the

23   pre-existing condition?

24   A.        Yes.

25                  MR. PICKETT:  Objection to leading.

1    Q.       Was that a condition that existed prior to

2    this incident?

3    A.       Yeah.  He had a, as I testified earlier, he

4    had arthritis in his neck and I've seen him before,

5    it would flare up on occasion.  But it's my opinion

6    to a reasonable degree of medical certainty that

7    that arthritis was made worse by this injury because

8    he's got more pain now in his neck, much more severe

9    actually than it was before.

10   Q.       Based on years of treating people in car

11   wrecks and different types of trauma, does a blow to

12   the head, does that -- can that aggravate and make

13   worse arthritis in the neck?

14                MR. PICKETT:  Objection to leading.

15   A.       Yes, it can.

16   Q.       And how would that do it?

17   A.       Just the jarring of the bones just kind of

18   stretches ligaments.  It disrupts some of the bony

19   juxtaposition or adjustments, alignments of the

20   bones and it causes inflammation, which can

21   precipitate or aggravate the ongoing arthritis

22   that's already in the neck.  It just makes things

23   worse.

24   Q.       Doctor, do you have an opinion within a

25   reasonable degree of medical certainty of whether or

```
 1    not these conditions you've talked about with Mr.
 2    Newcomb are permanent?
 3    A.       It's my opinion, again, to a reasonable
 4    degree of medical certainty, that these problems
 5    will persist for Mr. Newcomb for the rest of his
 6    life.
 7    Q.       You talk about narcotics and how Mr.
 8    Newcomb has to come in every 30 days now, is that
 9    right?
10    A.       That's correct.
11    Q.       And why do you handle it like that?
12    A.       Well, narcotics are dangerous.  They're
13    controlled substances.  They relieve pain, but they
14    also have a lot of side effects, one of which is
15    addiction.  We've discussed this with Mr. Newcomb.
16    Unfortunately his pain is to the point that this is
17    the only thing that helps him.  So what I do with my
18    patients who are on chronic narcotics is I generally
19    have a written drug contract, and patients know they
20    can only get these controlled substances from me.
21    Q.       Let me -- when you say you have a written
22    drug contract, explain that to the jury, what do you
23    mean --
24    A.       Either written or verbal.  I talk to the
25    patient and I tell them, you know, you're going to
```

1    get narcotics from me, you can only get them from

2    me, you cannot get them from any other doctor.  That

3    prevents doctor shopping and taking other controlled

4    substances that I don't know about.  Fortunately in

5    Pennsylvania we recently just got a prescription

6    drug monitoring program established.  And now we

7    can, and by law, we have to when we prescribe them,

8    every time we prescribe them, we have to go into the

9    database and check and make sure they have not

10   received them from any other physician.  So it takes

11   extra work, plus, it's my opinion that it's better

12   medical care to keep close control over these

13   patients because the risk of addiction is real, and

14   a lot of times there is an event called an

15   unintended overdose where you take these drugs at

16   the prescribed doses the correct way and it still

17   can suppress your respirations and cause you to die,

18   stop breathing.  So they're dangerous, and that's my

19   policy that I see these patients every month.

20   Q.      I guess during the course of your practice

21   do you see some patients that might try to abuse

22   these drugs?

23   A.      I have, yes.

24   Q.      Based on your experience of Mr. Newcomb

25   since 2002 up through today does he give you any

1    indication or symptoms that he is abusing these

2    narcotics in any kind of way?

3    A.      No, I don't think he's abusing them.

4    Q.      Are they absolutely necessary for him to

5    function during the course of the day?

6    A.      They are absolutely necessary for him to

7    function.  I wish they weren't, but they are.

8    Q.      All right.  Moving on.  There have been

9    some questions about whether or not Mr. Newcomb

10   could return to work.  And I think even at one point

11   it was suggested that Mr. Newcomb could do the work

12   of a cleaner, a team member at Arby's, a cashier,

13   sandwich maker, crew member, front desk clerk,

14   things such as that?

15   A.      That's correct.

16   Q.      Do you remember that?

17   A.      The insurance company wanted him to get

18   back to work.

19           MR. HELMS:  Okay.  We'll both just say

20   we can't talk about the insurance and we're going to

21   edit out all this part, so let's start over.  Is

22   that fair enough?

23           MR. PICKETT:  Yeah, we don't want that

24   word.

25           THE WITNESS:  That's who told him.

```
 1              MR. HELMS:  We know that.

 2              THE WITNESS:  Put that in the jury.

 3    I'm ticked off about this, jury, this guy should

 4    never go back to work.

 5              MR. HELMS:  We're back on the legal

 6    record now.

 7   BY MR. HELMS:

 8   Q.       During the course of your treatment of Mr.

 9   Newcomb at some point there's a number of jobs

10   suggested that he could do?

11   A.       Yes.  Someone suggested that he could go

12   back to work as a fast food operator, whatever.  The

13   problem is with his injury, with traumatic brain

14   injury or any brain syndrome you lose a lot of your

15   frontal lobe function just from the trauma of the

16   brain.  You lose some soft subtle social graces that

17   we all have and know and need to get along with

18   people.  He's lost a lot of that.

19              It's my opinion to a reasonable degree

20   of medical certainty that he will -- he is totally

21   and permanently disabled.  No person is going to

22   hire him.  If they hire him he's not going to be

23   able to stay in a job because he's going to lose his

24   temper, he's not going to get along with his

25   coworkers or customers and he'll be fired.  It's
```

```
 1   just not going to work.
 2   Q.      Mr. Newcomb at the time of this incident
 3   was a long haul truck driver, can he do that?
 4   A.      Absolutely not.
 5   Q.      What's the dangers of him driving a big
 6   truck?
 7   A.      Your truck you're driving you need instant
 8   reflexes.  I would not -- he should not be driving
 9   in my opinion.
10   Q.      Should not be driving at all, period?
11   A.      Should not be driving, and I've told him
12   that.
13   Q.      Does he sometimes cheat and drive to your
14   knowledge?
15   A.      I'm not going to answer that question.
16   Q.      What would be the limitations, and this is
17   number 6 in your report, that you would think would
18   be fitting for Mr. Newcomb right now?
19   A.      Well, I stated that his limitations should
20   include no driving, he should avoid all stressful
21   environments, because stress makes his condition
22   worse, so that would include personal stress, job
23   related stress, work related performance goals,
24   production goals, piece work.  So anything that adds
25   stress to him, he's not going to do well at.  He's
```

1    going to lose his temper, he's going to get more

2    nervous, and he's not going to be able to function.

3    He can't function in a capacity where multitasking

4    is required.  He's not going to be able to relate

5    well to coworkers or to the general public.  And he

6    probably should have a weight restriction of around

7    20, 25 pounds at most.

8    Q.        Doctor, of course we always want the best

9    outcome of any kind of medical treatment, we know

10   sometimes that doesn't happen.  But in your opinion

11   could you tell the jury what would be the best

12   scenario for Mr. Newcomb going forward from this

13   point based on your examination and treatment of him

14   over the years?

15   A.        My opinion to a reasonable degree of

16   medical certainty is that he's plateaued, he's not

17   going to get better.  These patients do not improve.

18   I've just never seen it in my 38 years of medicine.

19   Unfortunately he's stuck where he is and he's

20   probably going to need narcotics for the rest of his

21   life.  His life has been changed forever.  You know,

22   he was fine, he was functioning before the accident.

23   Since the accident he's reduced to -- well, I'll

24   give you an example.  He was trying to work around

25   the house, he goes and he cuts his finger almost off

 1    because he couldn't react fast enough, didn't have

 2    the coordination, didn't have the multitasking to be

 3    able to handle a power saw.

 4    Q.        And you treated him for that, is that

 5    right?

 6    A.        Well, I saw him afterward.  He had to go to

 7    the ER and went to the operating room to get some

 8    ligaments fixed with that injury.  He just can't

 9    work.

10    Q.        How about medications into the future, in

11    your opinion what's he going to need?

12    A.        Well, he's going to need probably the

13    Botox.  He's going to need -- because that does help

14    him.  He's going to need narcotics.

15    Q.        In your opinion, medically, your research,

16    your experience with your patients, does the Botox

17    tend to help people who have chronic headaches and

18    migraines?

19    A.        It can, yes, not everybody.

20    Q.        Has it provided him some relief?

21    A.        It has given him some relief, yes.

22    Q.        In your position as a family physician, if

23    a medication or a treatment works, you go with it?

24              MR. PICKETT:  Objection, leading.

25    A.        Well, again, I defer to my subspecialist

1    colleagues.  I refer him to neurology for these

2    headaches.  And the particular neurologist that he's

3    seeing has expertise in Botox.  And she has been

4    giving him the shots and they work and I say sure,

5    keep it up.

6    Q.      She's a neurologist from Geisinger, is that

7    correct?

8    A.      Yes.

9    Q.      Dr. Kelley?

10   A.      Dr. Kelley.

11   Q.      And you've reviewed her records also?

12   A.      Yes.

13   Q.      In your opinion is Botox a legitimate form

14   of therapy for Mr. -- medically necessary therapy

15   for Mr. Newcomb?

16   A.      Yes.  It's an FDA approved treatment for

17   this problem and it works for him.  So I certainly

18   agree with continuing it.

19   Q.      Has Mr. Newcomb as a patient, has he

20   complied with your medical advice, has he done what

21   you've asked him to do to try to get better?

22   A.      Yeah, he has generally done everything that

23   I've asked him to do.

24   Q.      Are there some things he hadn't done,

25   smoking I guess?

```
 1   A.        Smoking is one.  Yeah, he -- I'm just
 2   thinking here, he wants to get back to work, he
 3   doesn't want to be sitting at home on a couch.  And
 4   I'm trying to -- yeah, there's nothing that I could
 5   think of that he -- that I have suggested that he
 6   was not willing to do.  He's gone to all the
 7   specialists that I referred him to.  So, you know --
 8   Q.        That was going to be one of my last
 9   questions, has he exhibited a genuine desire to get
10   better?
11             MR. PICKETT:  Objection leading.
12   A.        Yeah, absolutely.  Well, I can just --
13   Q.        Let me back up and ask you this.  You have
14   patients that sometimes appear to you not to want to
15   get back to work?
16   A.        Yeah, I have had a few what we call
17   malingerers or just feel better being disabled.
18   Q.        Yeah.
19   A.        Not too many.  In my experience most
20   patients really do want to work.  This is absolutely
21   one who wants to work.  He has been a hard worker
22   all his life and as a man that's his thing, he likes
23   working.  As I said, he was trying to build onto his
24   house doing a project around the house and his son
25   was helping him and he injured himself.  So he has a
```

1   hard time just sitting at home doing nothing.

2   Q.      Would you continue to be Mr. Newcomb's

3   doctor?

4   A.      Absolutely.

5           MR. HELMS:  Doctor, thank you very

6   much.  Mr. Pickett is going to have some questions

7   for you.

8           MR. PICKETT:  Do we want to take a

9   break before I do these, are or are we good?

10          MR. HELMS:  It's up to the doctor.

11          THE WITNESS:  I'm fine.

12          MR. PICKETT:  Court reporter?

13          THE WITNESS:  I'll take a drink.

14          (Discussion held off the record.)

15          MR. PICKETT:  Back on.

16                   *  *  *  *

17               CROSS EXAMINATION

18                   *  *  *  *

19  BY MR. PICKETT:

20  Q.      Dr. Eckel, you saw the wound that Mr. Eckel

21  had, correct?

22  A.      Mr. Newcomb, yes.

23  Q.      I'm sorry, Mr. Newcomb had.  And that

24  injury was to the left side of his head?

25  A.      That's correct.

```
1   Q.        And do you want to look at your notes to be
2   sure?
3   A.        Yes.
4   Q.        Well, maybe not from the photographs, but
5   do you have indications in your records of it being
6   on the left or right side?
7   A.        Do you want me to look?
8   Q.        Yes, sir.
9   A.        Yes, it was the left side.
10  Q.        So you conferred with your notes and we're
11  certain absolutely positively this was on the left
12  side of his head?
13  A.        Yeah.
14  Q.        So you're sure about that.  The -- if you
15  look at your records you treated him since back as
16  early as I believe you said 2002, is that correct?
17  A.        Yes.
18  Q.        Do you remember him having an occasion or
19  complaints of dizziness back as early as 2002?
20  A.        Do I remember it, no.
21  Q.        Can you refer to your records and maybe
22  look at the entry from his visit on June 4 of 2002,
23  see if that can refresh your recollection?
24  A.        Yes.
25  Q.        He did have dizziness in June of 2002?
```

```
 1    A.        He apparently said he became suddenly dizzy
 2    at work.
 3    Q.        Okay.
 4    A.        On June 4, 2002.
 5    Q.        Then a couple of years later in treating
 6    him he had a head injury in 2004, you treated him,
 7    if you look at the record, on November 1 of 2004.
 8    A.        Yes.
 9    Q.        And the head injury that he had in 2004,
10    late 2004, that injury was also to the left side of
11    his head, correct?
12    A.        He had a laceration of his left forehead
13    with seven or eight subcuticular sutures at that
14    time.
15    Q.        And there was actually a problem with one
16    of these sutures that migrated and had to be removed
17    later on.  It didn't stay where it was supposed to
18    be, did it?  I believe if you would look at the
19    record on 11/04 of 2004.
20    A.        That's correct.
21    Q.        And then the stitch was actually removed
22    about a week later, the suture was removed about a
23    week later on 11/11/04.
24    A.        That is correct.
25    Q.        And when we say a suture migrates, that
```

```
 1    means where it's originally placed it doesn't stay
 2    there, but it moves through the body?
 3    A.       I'm not sure if it migrated.  But
 4    apparently the one suture was tied into the
 5    subcuticular sutures, the knot got tied in there.
 6    The one is dissolvable, the other one has to be
 7    removed.  It couldn't be removed so they both had to
 8    be cut out.
 9    Q.       Did you remove those stitches?
10    A.       Apparently, yes.
11    Q.       But you weren't able to remove one of the
12    stitches --
13    A.       Well, the one that was to be removed
14    couldn't be removed because it got tied into the
15    subcuticular suture that dissolved.  So eventually
16    we did remove it.
17    Q.       The stitches basically got wrapped up with
18    each other?
19    A.       Yes.
20    Q.       In layman's words?
21    A.       Yes.
22    Q.       So you had to remove it later than you
23    hoped to?
24    A.       Yes.
25    Q.       From the accident that he had in 2004 he
```

1    had an injury to his eye as well?

2    A.        Apparently there was some soft tissue

3    injury around the right eye.

4    Q.        Okay.  And it was your opinion at that time

5    that the -- this injury was probably caused by his

6    head impacting the steering wheel of his truck?

7    A.        Did I say that?

8    Q.        If you look at your record on November 11,

9    2004.

10   A.        That's what it states in the medical

11   record, yes.

12   Q.        And as a result of that injury he had

13   headaches, correct?

14   A.        Yes, I refer to headaches and I had him

15   come back so see if they were gone.

16   Q.        You saw him subsequent to that on January

17   the 10th of 2005.  Can you look at that office note?

18   A.        Yes.

19   Q.        And he still had -- at that time still had

20   some numbness in his forehead?

21   A.        The note reads, he comes in for re-check.

22   He smokes about a pack of cigarettes a day.  Again,

23   he was told about not smoking.  He keeps trying to

24   stop.  He had some numbness of his forehead two

25   inches above or behind his hairline.  Used to be

1    about four to five inches behind the hairline.  So

2    it was improving, still has constant headache.

3    Q.       And the side of the head we're talking

4    about there is again on the left side, correct?

5    A.       It doesn't say which side it is.

6    Q.       Okay.  If we look to the initial injury

7    back in November it was on the left side?

8    A.       Left forehead.

9    Q.       So it's the same area where --

10   A.       I assume, yes.

11   Q.       As far as the headaches, there was some

12   discussion in his January 2005 visit that they may

13   be being caused by the painkillers he was taking, is

14   that correct?

15   A.       At that time I stated in the record that he

16   has to see if he could stay off the pain medicine to

17   see if it goes away, the headaches.

18   Q.       He told you he still had a constant

19   headache and he thought it might be due the pain

20   medication?

21   A.       Sometimes you could get a rebound

22   phenomenon with pain medication which actually

23   causes headaches.

24   Q.       Before we talk about the headaches and the

25   painkillers, may I refer you to one more note

1    further down the line, July 6 of 2010.  Have you got

2    that one?

3    A.        Yes.

4    Q.        And, again, this is before the accident

5    that we're here talking about today by about three

6    years.  In July of 2010 he told you he was having a

7    lot of problems at home, didn't he?

8    A.        Correct.

9    Q.        And that his in-laws had moved in and he

10   was feeling left out?

11   A.        That's correct.

12   Q.        As far as painkillers go he started taking

13   Vicodin, this is June 22, 2004, if you want to refer

14   to that note.

15   A.        Yes.

16   Q.        Back in June of 2004 he had fallen out of

17   his truck and injured his left knee, is that

18   correct?

19   A.        Yes, he had an old knee injury and he fell

20   out of his truck.  I saw him on the 22nd.  He said

21   he fell out about 11 days previous to that.  He was

22   given a prescription for Vicodin, which is

23   Hydrocodone, 5 milligrams, with 500 milligrams of

24   Tylenol.

25   Q.        Earlier we were talking about narcotics,

```
 1    Vicodin is a narcotic, is it not?
 2    A.        Vicodin is a controlled narcotic, yes.
 3    Q.        He took that -- you first prescribed it in
 4    June of 2004.  He continued to take it, it was
 5    renewed in -- on November 2, 2004, is that correct?
 6    A.        Yes.
 7    Q.        And continued to take it up until January
 8    10 of 2005 when there was concern it was causing him
 9    headaches?
10    A.        Yes.
11    Q.        Subsequently in 2009 he started having pain
12    with his neck, cervical pain you talked about
13    earlier?
14    A.        He would have that off and on, yes.
15    Q.        Well, June 1 of 2009 he began taking
16    Percocet for that pain, correct?
17    A.        That's correct.
18    Q.        And Percocet is also a narcotic?
19    A.        Percocet is Oxycodone and it is a
20    controlled narcotic.
21    Q.        Okay.  He was renewed for his Percocet in
22    -- you first prescribed it in June, renewed in
23    August and October of '09.
24    A.        He had several renewals for Percocet, yes.
25    Q.        But he was actually renewed two months
```

```
 1   later in August --
 2   A.        He had another prescription June 15.
 3   Q.        So we had the first one in June, another
 4   one June 15, one on August the 6th, and another one
 5   on October 16, all in October 2009?
 6   A.        Correct, 60 tablets, no refills.
 7   Q.        He missed a couple of appointments with you
 8   in December of '09, the 17th and the 21st?
 9   A.        Well, he canceled and rescheduled, yes.
10   Q.        And ended up coming back, his next
11   appointment was January of 2010, and he got another
12   refill for Percocet?
13   A.        January 4, 2010 he got 60 tablets, no
14   refills.
15   Q.        Got another refill in February, the very
16   next month?
17   A.        Correct.
18   Q.        For Percocet he got another refill in April
19   for Percocet?
20   A.        Correct.
21   Q.        He got another refill in May for Percocet?
22   A.        Correct.
23   Q.        He got Percocet renewals in September and
24   December of 2010 as well?
25   A.        September -- August, September, November,
```

1    December 2010.

2    Q.        September, October, November, and December?

3    A.        September, November, December.

4    Q.        Of 2010?

5    A.        Correct.

6    Q.        Okay.  So that's one, two, three, four,

7    five -- seven of the 12 months in 2010 he got

8    refills for Percocet?

9    A.        I count nine.

10   Q.        Nine.  Nine out of the 12 months he got

11   refills for Percocet.  And if we look at 2011 he is

12   still taking Percocet and he was prescribed Percocet

13   in January, March, April, and October.  Are there

14   any other months?

15   A.        January, February, April, October.

16   Q.        Of 20 --

17   A.        I'm referring -- can I show the jury this?

18   Q.        Sure.

19   A.        I'm referring to his paper chart.  This is

20   before our electronic records.  I have a medication

21   list which I try to keep up, and every time he gets

22   a prescription I write it in here.

23   Q.        And he has gotten prescriptions for

24   Percocet in the year 2011, how many months do you

25   show?

```
 1   A.        January 3, February 10, April 29, October
 2   13.
 3   Q.        So four months that year?
 4   A.        Correct.
 5   Q.        And then in 2012 he got, my records that I
 6   have copies of show May and August?
 7   A.        This has one entry, January 16, 2012, this
 8   was around our conversion to the EMR, so the others
 9   might be in the electronic record.
10   Q.        If you look at your office records on May
11   and August of 2012, those would be May 18?
12   A.        Okay.
13   Q.        Of 2012.
14   A.        So for the jury now I'm looking at his
15   electronic medical record, and we have a thing
16   called an RX Manager that should give me a history
17   -- should show me all the dates for all the refills.
18   The note says, just refill medications on May 18,
19   2012.
20   Q.        Okay.  And in May of 2012 he got a three
21   month supply of Percocet?
22   A.        That may be, yes.
23   Q.        Three months later on August 6 of 2012 he
24   got another renewal or refill for Percocet?
25   A.        August the 6th.
```

1  Q.      Yes.

2  A.      He got prescription ready tablets, no

3  refill.

4  Q.      At that time he was being prescribed about

5  40 tablets per month, correct?

6  A.      Well, somewhere around 30.  The script on

7  August 6 for 80 tablets lasted until October 22.  So

8  that was a little bit over 2 months.

9  Q.      A little bit over two months for 80

10 tablets?

11 A.      Yes.

12 Q.      So that's a little more than over a tablet

13 a day?

14 A.      Yes, which is not that high of a dose.

15         (Telephone call interrupted the

16 deposition.)

17         THE WITNESS:  My racquetball partner.

18 Q.      So if you saw him on, if you look at your

19 note, from March the 15th of 2013.

20 A.      March 15?

21 Q.      March 15, 2013.

22 A.      Give me that date again please.

23 Q.      March 15 of 2013.

24 A.      Oh, I'm sorry.

25 Q.      Okay.  You made a note in your record at

1     that time that what you were treating him for was,

2     quote, long term drug monitoring?

3     A.        No, that term, when I use that term that's

4     a code word for me that I am monitoring his body's

5     reaction to drug use, not just narcotics, but any

6     kind of medicine.

7     Q.        Okay.

8     A.        So like a lot of medicines affect the liver

9     and kidneys and things like that, so I have to check

10    kidney function, liver function and that's what that

11    means.

12    Q.        But in fact started taking Vicodin in 2004,

13    started Percocet in 2009, was taking Percocet daily

14    if not more than once daily throughout 2009, '10,

15    '11, '12.  So the long term drug that you were

16    monitoring for him was a narcotic, correct?

17    A.        No, actually.  I mean, that dose -- you

18    know, I don't like narcotics.  I don't like patients

19    on it, there's just so many problems with them.  But

20    that's a fairly low dose.  Actually what I was

21    monitoring was his Zocor, Simvastatin, for his heart

22    disease.  That can affect the liver and you have to

23    get liver enzymes and other blood tests.  That's

24    what that was for.

25    Q.        Narcotics can affect the liver, can't they?

57

```
 1    A.        Yeah, but not at that dose in my
 2    experience.
 3    Q.        Narcotics can cause headaches, can't they?
 4    A.        They can.  You could get rebound headaches
 5    from narcotics, any kind of pain pill.
 6    Q.        Narcotics can cause dizziness, can they
 7    not?
 8    A.        They can.
 9    Q.        They can cause mood changes?
10    A.        I mean, I always tell patients you die from
11    any drug, any drug can cause any symptom.
12    Q.        But a narcotic specifically can cause a
13    mood change, can it not?
14    A.        It can.
15    Q.        Okay.
16    A.        That's -- you know, it can.
17    Q.        After this accident instead of the Percocet
18    he started taking OxyContin and Oxycodone, correct?
19    A.        Correct.
20    Q.        Initially.  And then more recently he is
21    now taking morphine?
22    A.        Correct.
23    Q.        His morphine prescription amounts to four
24    doses a day?
25    A.        Currently -- let me review my record.  He's
```

1    on an extended release morphine sulfate 60

2    milligrams.  He takes one of those every 12 hours.

3    And he's on an immediate release preparation that he

4    can take for breakthrough pain.  And he's on 15

5    milligram tablets of the immediate release morphine

6    sulphate, and he gets 60 of those a month.  So he's

7    taking on average two of those a day.

8    Q.      Two of the immediate release and two of the

9    extended release?

10   A.      Correct.

11   Q.      So a total of four morphine tablets a day?

12   A.      Correct.

13   Q.      That's a pretty high dosage of morphine?

14   A.      That's a fairly high dose, it's kind of a

15   middle dose.

16   Q.      When he was taking Oxycodone, and if you

17   need to refer to a record it's August 19, 2013, he

18   was taking Oxycodone at least four to five times a

19   day and sometimes seven times a day?

20   A.      That was on just flare ups of his

21   osteoarthritis of his neck pain, not usually.

22   Q.      But I'm talking when he was taking

23   Oxycodone and OxyContin in August of 2013, was that

24   for his neck pain?

25   A.      Oh, August of -- I thought you were

1    referring to before.  After the accident?

2    Q.       Yes, sir.

3    A.       It might be, do you want me to check the

4    records?

5    Q.       Yes, if you want to, I would like for you

6    to be accurate, August the 19th of 2013?

7    A.       At that time the record states that his

8    medication he was taking four to five times a day,

9    sometimes seven times a day, Oxycodone 10

10   milligrams.  Wasn't abusing it.  He said his

11   scale -- his pain on a scale of 0 to 10 he said was

12   a 10.

13   Q.       That's a good bit of Oxycodone for him to

14   be taking, is it not?

15   A.       That's -- yeah, that's a moderate to high

16   dose.  With that much medication that's one reason

17   why we switch a patient to a longer acting drug.

18   Q.       And Oxycodone and OxyContin, those are also

19   narcotics, correct?

20   A.       Correct.

21   Q.       And morphine is of course a narcotic?

22   A.       Correct.

23   Q.       All those narcotics, those are dangerous

24   medications?

25   A.       They are.

1  Q.      That's why you have this contract with him

2  and that's why you monitor their drug use?

3  A.      Yes.

4  Q.      One of the conditions is he is not supposed

5  to drive?

6  A.      That's my recommendation.

7  Q.      That was I believe in the list of things,

8  that was number one on your list as far as your

9  recommendation, wasn't it?

10  A.      That's a recommendation.  And certainly on

11  these medications you've got to be careful.  The way

12  we approach that medically because we're in such a

13  litigious environment, is I always tell patients, if

14  you're on a narcotic, do not drive.  Some patients

15  can drive safely on narcotics, it doesn't affect

16  them to the point where it slows their reaction

17  time.  But I always tell patients, if you get in any

18  kind of accident and the opposing attorney finds out

19  that you have narcotics in your system, they'll fry

20  you.  So I always advise patients, never drive on

21  these medications.

22  Q.      Would it surprise you to know shortly

23  before November 18, 2015 he drove all the way from

24  here in Pennsylvania to south Georgia?

25  A.      What year was this?

61

```
 1   Q.        In 2015, November 18, 2015?
 2   A.        Would it surprise me?
 3   Q.        Yes.
 4   A.        No, it would not surprise me.
 5   Q.        And why not?
 6   A.        Because I, how do I say this --
 7             MR. HELMS:  Sure, you could give your
 8   opinion.
 9   A.        Because that's Michael.
10   Q.        But he's not supposed to be driving?
11   A.        He's not supposed to be doing that.
12   Q.        And if he did that and his wife was with
13   him and she was available to drive but he just chose
14   to drive, that's not something he's supposed to be
15   doing is he?
16   A.        Well, he's not.  This guy is a whatever, 30
17   year truck driver, and I'm sure he's safer than most
18   people on the road.  But I would never -- you know,
19   for reasons I've just said, I just don't think it's
20   wise to put yourself in that position.
21   Q.        Is there anything in the contract that you
22   have with him that says he's not supposed to drive?
23   A.        Not to my knowledge.
24   Q.        Okay.  But it's -- if he's taking a
25   narcotic and he drives that is dangerous?
```

1    A.        It could be dangerous.  As I said, it's not

2    dangerous for everybody.  But I would not take that

3    risk.  If I was on those medications I would not do

4    that I hope.

5    Q.        And it is your opinion that he cannot or

6    should not drive?

7    A.        It is my opinion that he should not drive

8    because if he's in an accident he'll be blamed

9    whether it's his fault or not.

10   Q.        It's like driving drunk?

11   A.        Like driving drunk, yes.  He's got a mind

12   altering substance in his blood.

13   Q.        The contract you said is sometimes written

14   or sometimes verbal.  Is the one with him written or

15   verbal?

16   A.        I can't find a written drug contract in his

17   EMR, so I have to assume it's verbal.  I don't know.

18   Q.        He comes to see you basically on a monthly

19   basis to get his morphine, is that correct?

20   A.        Correct.

21   Q.        And he told you that he needs the morphine

22   because it helps him calm down?

23   A.        Well, it's my understanding he needs it for

24   his headaches and his neck pain.

25   Q.        If you look at your office note from April

1    22, 2016?

2    A.        Yes, I'm at that note.

3    Q.        If you would look at the fifth paragraph I

4    believe, it says, he needs to be on the medication

5    which helps him calm down.

6    A.        That's probably referring to the

7    Citalopram, Lexapro that he's on.  That's an

8    antidepressant.

9    Q.        What he's coming back for though, the plan

10   at the bottom is to renew his morphine?

11   A.        Uh-huh.

12   Q.        Correct?

13   A.        Yes.

14   Q.        And the reference to the medication, that's

15   not to the morphine?

16   A.        No, that's the problem with reading these

17   records after the fact or for litigation, things

18   like this, no, it's nothing at all about that.  I

19   think it refers to he's -- we're treating like six

20   different things here.  At this trial we're only

21   focused on the head injury and the narcotics.  But

22   as a result of the injury he got depressed.  And he

23   was placed on an antidepressant Citalopram, Lexapro,

24   and that helps him focus, that helps him calm down.

25   Q.        If you would look at the office note from

1    April 22, under the portion that says subjective,

2    which is where you're talking with him and where we

3    see the note about medication helps him calm down,

4    is there any reference at all, and it's a full page

5    of notes, is there any reference at all in that full

6    page of notes about Lexapro?

7    A.      Yes.  Under the medication list if you look

8    down at the bottom of that note, one of his

9    medications is Lexapro, Citalopram, 20 milligrams

10   daily.  And I know that that medication is used to

11   help people who are stressed, who are anxious.

12   Q.      And you're looking at --

13           MR. HELMS:  Hold on, hold on.  Let him

14   finish his answer.

15   A.      And that is one of the reasons why I

16   prescribe that medication.  So I would not --

17   personally, I generally do not prescribe narcotics

18   to help people calm down.  So when I'm reading this

19   note months later I know that I would have put a

20   sentence in there, he needs to be on the medication,

21   it helps him calm down, it refers more to the

22   Lexapro than it does to the narcotic.

23   Q.      Again, I'm going to ask you, the report

24   from that day is actually a three page report.  The

25   first page is under the heading, subjective.  Then

1    there's a second page that has, objective,

2    assessment, and plan.  And then there's a third page

3    that has medications on it.

4    A.      Okay.  It's all on one page here in the

5    EMR.

6    Q.      Under the heading subjective it's a full

7    page of notes that you've taken for your meeting

8    with him.  And subjective is basically a discussion

9    that you have with him, correct?

10   A.      Correct.

11   Q.      And under the heading subjective is there

12   any reference there to Lexapro?  I'll tell you what

13   we could do, Doctor, to shorten this.

14   A.      Yes.

15                MR. PICKETT:  Let's go off the record

16   for a second.

17                THE VIDEOGRAPHER:  The time is 10:44.

18   We are going off the video record.

19                (Discussion held off the record.)

20                THE VIDEOGRAPHER:  The time is 10:46.

21   We are back on the video record.

22   Q.      Dr. Eckel, I am going to hand you what's

23   been marked as Defendant Exhibit 1, which is a

24   collective exhibit of printouts of your office notes

25   from your visits with Mr. Newcomb from April 2016

1    through December of 2016.  Is that correct?

2    A.        Correct.

3    Q.        Can you review those to make sure that is

4    what those are?

5    A.        Okay.

6    Q.        And these are the hard copies of what

7    you've been referring to in electronic fashion --

8    A.        That's correct.

9    Q.        And these are recordings of your office

10   notes as you have met with Mr. Newcomb during those

11   months of April through December 2016?

12   A.        Yes.

13   Q.        And under the subjective part of those

14   reports that is the intake or the conversation that

15   you had with Mr. Newcomb that you've recorded on

16   each of those dates?

17   A.        Right.

18   Q.        And then we've also talked about other

19   sections of each day for the medications, for the

20   plan, for that sort of thing?

21   A.        Yes.

22   Q.        But those are true and correct copies of

23   your records?

24   A.        The subjective area is the historical part

25   of the medical record you take history from the

```
1    patient.
2    Q.        That's the conversation you have with him
3    each day?
4    A.        Correct.
5    Q.        Those are true and correct copies of your
6    records?
7    A.        As far as I can tell, yes.
8    Q.        Are you still providing long term pain
9    medication management to Mr. Newcomb?
10   A.        Yes, I am.
11   Q.        And one of the medications that you're
12   managing for him is morphine?
13   A.        Yes.
14   Q.        Just like you were doing pain medication
15   for him back in March of 2013 before this accident
16   and for years before that?
17   A.        Yes, a little bit different now because the
18   pain is worse and more intense.  Before he did not
19   need the medication every day.  It was more flare
20   ups.
21   Q.        And these are more powerful narcotics he's
22   taking?
23   A.        More powerful.
24   Q.        He has graduated from Vicodin to Percocet
25   to OxyContin to Oxycodone and now to morphine?
```

```
 1              MR. HELMS:  Object to the form.
 2   A.        No.  Actually Oxycodone, Hydrocodone
 3   basically are the same.  That's kind of a mild
 4   narcotic, that's about as mild as you could get for
 5   episodic pain.  Then he had this accident and now
 6   he's got constant pain.  The Oxycodone is a long
 7   form -- the OxyContin was a long form of the
 8   Oxycodone, just extended release, so you take less
 9   tablets.  And the morphine extended release is
10   similar, and the reason for the change is he lost
11   his coverage for the OxyContin, couldn't afford it
12   to pay cash, so this is a cheaper medication.
13   Q.        And, again --
14   A.        And actually that's the only reason for the
15   change because I prefer the other medication because
16   it's abuse proof.
17   Q.        And morphine is not abuse proof?
18   A.        OxyContin has some features to it that
19   prevent it from being abused.
20   Q.        The injury that you saw him for shortly
21   after -- or on June I guess the 24th of 2013, that
22   injury was to the left side of his head?
23   A.        Correct.
24              MR. PICKETT:  That's all the questions
25   I have.
```

```
 1                          *   *   *   *

 2                    REDIRECT EXAMINATION

 3                          *   *   *   *

 4    BY MR. HELMS:

 5    Q.        Doctor, do you want take a short break?  I

 6    must ask some follow up questions.

 7    A.        That's fine.

 8    Q.        You ready?

 9    A.        Yes.

10    Q.        You were asked about some dizziness back in

11    2004 that Mr. Newcomb suffered.

12    A.        Yes.

13    Q.        Was that permanent or was that short term?

14    A.        That was just short term.  I really thought

15    at that time, reviewing my records, I really thought

16    that was an emotional situation he was going

17    through.

18    Q.        Back in 2004?

19    A.        Back in 2004.

20    Q.        Did that episode of dizziness cause him to

21    lose any time from work?

22    A.        If I recall in reviewing the record that

23    dizziness was 2002.

24    Q.        Okay.  I'm sorry.

25    A.        And that was he had just lost his job or
```

1    had stopped driving or something and emotionally it

2    was a tough thing for him and he was going through a

3    hard time then.

4    Q.    Have any long term effects on his ability

5    to work?

6    A.    No, no, it was a temporary situation that

7    resolved.

8    Q.    That dizziness he suffered back in 2002,

9    was that anything like the dizziness he suffers now?

10    A.    No, completely different injury, completely

11    different problem.

12    Q.    Is it more -- is it worse now than it was

13    in 2002?

14        MR. PICKETT:  Objection, leading.

15    Q.    Which was worse, 2002 or now?

16    A.    Now.  I mean, this was a different injury.

17    This is totally different really.

18    Q.    2004, you were asked several questions

19    about headaches he had in 2004 due to I think he hit

20    his forehead on something?

21    A.    Correct.

22    Q.    And I take it it was a car wreck, he hit

23    the steering wheel or hit the dashboard or

24    something?

25    A.    Yeah.  I believe he was -- it was with a

1    truck, 18 wheeler I thought I saw, a truck accident.

2    Back on November 1, 2004 he was in a truck accident

3    Thursday morning at 3 a.m.

4    Q.        Did those headaches cause him long term

5    disability being out of work?

6    A.        No.  That's a good example.  I mean, I said

7    head injury at that time.  That was a minor thing.

8    Sometimes people do things like this, hit their head

9    off the dashboard or whatever with no sequelae, have

10   no brain --

11   Q.        When you say sequelae?

12   A.        No complications, no problems from it.

13   They have some initial soft tissue injury,

14   laceration, might even have some central nervous

15   system, brain problems, thinking, confusion, memory

16   problems, but they get better.  And that usually

17   happens short term.  That apparently was this kind

18   of situation.  It was a minor concussion you could

19   say.  Actually not loss of consciousness, but you

20   could still whack the brain and not lose

21   consciousness but have some minor abnormalities.

22            That's why we're finding these things

23   out in sports where you have some minor damage to

24   the brain, maybe or maybe not loss of consciousness,

25   but the brain is affected.  That's why it's so

1    dangerous to put those kids back into play right

2    away because the brain isn't working right and they

3    can't recover.  If they get hit again they can't

4    recover and a second injury is much, much more

5    dangerous.

6                    So he recovered apparently from this

7    injury.  But the injury that we're talking about now

8    from the accident of June --

9    Q.      2013.

10   A.      2013.  That was much worse.  And he hasn't

11   recovered and he won't recover.

12   Q.      Did you give Mr. Newcomb his D.O.T.

13   physical so he could drive a truck?

14   A.      Maybe initially.  They've changed the law

15   in Pennsylvania that now there's a special

16   certification to do that I don't do them.  I elected

17   not to do that.

18   Q.      Based on your yearly visits you saw him

19   from 2002 to 2013.  Did he ever have a condition

20   that you felt would disqualify him from driving a

21   long haul tractor trailer?

22   A.      No.  With the provision I told him not to

23   drive when he was on the narcotics for his neck

24   pain.

25   Q.      Yeah, that was going to be my next question

1    too.  The Percocet or the Vicodin he took for his

2    neck and I think his knee pain over the years, did

3    those, you were just prescribing those for his neck

4    and knee pain, did that disqualify him in any kind

5    of way in your opinion from driving a long haul

6    truck?

7    A.        Only from the fact that he shouldn't take

8    it when he's driving because if he was in an

9    accident it would be a problem.

10   Q.        Did he ever indicate to you that he was

11   taking those medications and driving a tractor

12   trailer?

13   A.        No.  I think -- because I would ask him

14   about it and he would give me the right answer and

15   say no.

16   Q.        There was a mention back in 2009 I think he

17   suffered an injury to his right eye.  I think it was

18   2009, some point right in there.  Did that have any

19   long term affect on his ability to work?

20   A.        What is this injury we're talking about?

21   Q.        He asked you about an injury to his right

22   eye, it was in connection with a laceration to the

23   forehead.

24   A.        Oh, that was back in 2004.

25   Q.        2004.

1    A.        Yeah.  Well that injury, that was a

2    question about ptosis, that means dropping of the

3    eyelid, he had swelling of the right eye.  But yeah,

4    that was all temporary, he recovered from that.

5    Q.        Did that in any way affect his ability to

6    work or drive a long haul drive for the next nine

7    years?

8    A.        No, it did not affect his ability to drive.

9    In fact, he did drive after that.

10   Q.        We've been through the issue about the

11   Percocet and the Vicodin and the morphine.  There

12   was a series of questions he asked you about this

13   issue of calming down.  Do you treat patients as a

14   family physician for depression and agitation, do

15   you see patients for that?

16   A.        I see them every day.  And as a matter of

17   fact, that's one of the things I like to treat in

18   family medicine, depression and anxiety.

19   Q.        And do you prescribe medications that help

20   them with that?

21   A.        I do.

22   Q.        Were you prescribing medications to treat

23   Mr. Newcomb's depression and agitation?

24   A.        I was.

25   Q.        And what were those medications?

```
1    A.        He was on Lexapro, 20 milligrams, which is
2    an antidepressant.  It's a member of the SSRI class
3    which raises a chemical called serotonin.  It raises
4    those levels in the brain.  It works for depression
5    and works also for anxiety.
6    Q.        Were those the medications that you were
7    giving him for -- to help him calm down as opposed
8    to morphine?
9    A.        Yes.  I would say that I would refer more
10   to that.  You know, narcotics can help calm you down
11   too, but the Lexapro, that's why it was prescribed.
12   Q.        You've treated a -- I'm sorry.
13   A.        And I wouldn't -- somebody that was
14   agitated or depressed or anxious, I would never give
15   them narcotics to treat that.  That's not a reason
16   to do that.  That's like killing a fly with a
17   sledgehammer.  You know, you would use something
18   much safer that's not addicting like Lexapro.
19   Q.        You've treated people here in Danville,
20   coal country, who get injured and can't work, is
21   that right?
22   A.        Yes, I have.
23   Q.        Men?
24   A.        Men and women.
25   Q.        How does that affect them generally when
```

1    they're no longer able to work and labor and earn a

2    living?

3    A.        Well, it's probably true the world over,

4    but around here, you know, like most men they --

5    their thing is working and they want to provide for

6    their family.  And Michael is no exception, he wants

7    to get back to work.

8    Q.        Does that lead to depression if they can't

9    get back to work?

10   A.        Absolutely.

11   Q.        In your opinion within a reasonable degree

12   of medical probability based on being a family

13   physician for all these years, has Mr. Newcomb's

14   inability to work and labor led to his depression?

15              MR. PICKETT:  Objection, leading.

16   A.        Well, I can state clearly to a reasonable

17   degree of medical certainty that this accident has

18   seriously and permanently altered Michael Newcomb's

19   life and he is not the man today that he was before

20   the accident.  And I would say most of that, it's

21   not the physical stuff, it's the emotional fact that

22   he cannot work any longer and provide for his

23   family.

24   Q.        As it relates to the depression?

25   A.        As it relates to the depression and the

1    disability really, really the disability that he

2    can't work.

3    Q.        There was several times the question was

4    emphasized about the injury to his -- was to the

5    left side of his head.  Did you ever see any records

6    where Mr. Newcomb was complaining of increased pain

7    to the right side of his head?

8    A.        I can't recall.

9    Q.        Would you find that unusual?

10   A.        No.

11   Q.        Did he ever complain of, you know,

12   generalized -- I mean, specific pain as opposed to

13   general headaches?

14   A.        No, I mean, he had a headache encompassing

15   the whole head.  I mean, he wouldn't just limit it

16   to the area on his scalp on the left side, sometimes

17   it would just from the neck up hurt.

18   Q.        Is there any question in your mind that

19   his, the headaches that he suffers now after June of

20   2013 were caused by this incident, as a medical

21   professional?

22   A.        No.  Certainly he had headaches before, and

23   in that sense this accident has made those worse.

24   But I think he has new headaches on top of it caused

25   by this accident.

1    Q.        And, Doctor, would you ever prescribe

2    medication to Mr. Newcomb or any patient if you did

3    not in your professional opinion believe they were

4    absolutely medically necessary for his condition?

5    A.        No, I would not.

6              MR. HELMS:  Doctor, we appreciate it

7    very much.

8              THE WITNESS:  Thank you.

9              MR. HELMS:  And it's snowing outside.

10             MR. PICKETT:  I don't have anything

11   else.

12             THE VIDEOGRAPHER:  The time is 11:03.

13   That concludes this video deposition.

14             (The deposition concluded at 11:03 a.m.)

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5

6

7                                   _____, 2016

8

9

10                               I hereby certify that

11    the evidence and proceedings are contained fully and

12    accurately in the notes taken by me of the testimony

13    of the within witness who was duly sworn by me, and

14    that this is a correct transcript of the same.

15

16

17                    _____
                      Justine Starrick
18                    Registered Professional Reporter
                      Notary Public
19

20

21

22

23

24

25

**A**

**a.m** 1:17 4:2
71:3 78:14
**ABFM** 7:22
**ability** 70:4
73:19 74:5,8
**able** 8:24 11:9
14:5 24:14
25:4,9 30:25
38:23 40:2,4
41:3 47:11
76:1
**abnormalities**
71:21
**abscess** 24:6
**absolutely** 37:4
37:6 39:4
43:12,20 44:4
45:11 76:10
78:4
**abuse** 11:7
36:21 68:16,17
**abused** 68:19
**abusing** 37:1,3
59:10
**access** 21:25
**accident** 10:3
12:1 14:16,20
40:22,23 47:25
50:4 57:17
59:1 60:18
62:8 67:15
68:5 71:1,2
72:8 73:9
76:17,20 77:23
77:25
**accidents** 31:18
**accurate** 17:7
26:4 59:6
**accurately**
79:12
**acoustic** 27:4
**acting** 19:5,11
59:17
**active** 13:23,25
14:9 16:10
**actual** 16:4
**addicting** 75:18
**addiction** 35:15
36:13

**Address** 1:11
**adds** 39:24
**adjustments**
34:19
**advice** 42:20
**advise** 60:20
**affect** 56:8,22,25
60:15 73:19
74:5,8 75:25
**afford** 68:11
**afterward** 41:6
**aggravate** 34:12
34:21
**aggravated**
33:22
**agitated** 75:14
**agitation** 74:14
74:23
**ago** 15:21 25:16
**agree** 42:18
**ahead** 11:23
18:18 32:23
**airwaves** 27:7
**al** 4:5
**Albany** 1:2 2:9
4:7
**alignments**
34:19
**Allentown** 1:23
**allows** 30:11
**altered** 76:18
**altering** 62:12
**amazing** 23:11
**American** 7:22
**amount** 19:3
**amounts** 57:23
**anatomy** 26:1
26:11,24 27:2
27:2
**answer** 21:8
23:15,16 39:15
64:14 73:14
**antidepressant**
63:8,23 75:2
**anxiety** 74:18
75:5
**anxious** 64:11
75:14
**anybody** 23:8
**anyway** 15:6

23:20 33:6
**apart** 32:14
**apparently**
27:16 28:7
46:1 47:4,10
48:2 71:17
72:6
**appear** 43:14
**appearance**
4:14
**APPEARAN...**
2:1
**appeared** 17:25
18:7
**apply** 7:16
**appointment**
52:11
**appointments**
10:17 52:7
**appreciate** 78:6
**approach** 60:12
**approved** 42:16
**April** 52:18
53:13,15 54:1
62:25 64:1
65:25 66:11
**Arby's** 37:12
**area** 23:4,7 49:9
66:24 77:16
**argue** 25:21
**Art** 1:18 4:11
**arthritis** 12:21
13:9 33:15,20
34:4,7,13,21
**artillery** 21:14
**asked** 42:21,23
69:10 70:18
73:21 74:12
**assessment** 65:2
**assessments**
23:3
**assume** 49:10
62:17
**assumes** 22:24
**assure** 8:21
**athletes** 31:18
**attack** 9:24 10:4
10:7 13:16
**attorney** 60:18
**August** 51:23

52:1,4,25 54:6
54:11,23,25
55:7 58:17,23
58:25 59:6
**authenticate**
16:7
**available** 61:13
**average** 6:25
9:17 58:7
**avoid** 39:20
**aware** 30:24
**Azeredo** 19:16
20:5,13,16
22:6 23:3
24:23 25:6
26:19,19 27:25
28:12
**Azeredo's** 26:8

**B**

**B** 1:9,14 4:3,21
**back** 7:10 10:7,9
10:25 14:11
23:13 31:2
37:18 38:4,5
38:12 43:2,13
43:15 44:15
45:15,19 48:15
49:7 50:16
52:10 63:9
65:21 67:15
69:10,18,19
70:8 71:2 72:1
73:16,24 76:7
76:9
**bacteria** 24:1
**bad** 14:18
**balance** 33:13
**ball** 21:19
**base** 27:16
**based** 11:11,18
14:13 18:23
23:16 27:22
28:3,6 29:2
31:24 32:1
34:10 36:24
40:13 72:18
76:12
**basically** 26:7
47:17 62:18

65:8 68:3
**basis** 6:25 16:5
21:3 25:15
30:8 62:19
**battlefield** 21:13
32:12
**began** 51:15
**beginning** 6:1
**believe** 14:17
23:4,19 45:16
46:18 60:7
63:4 70:25
78:3
**best** 40:8,11
**better** 26:20
36:11 40:17
42:21 43:10,17
71:16
**beyond** 23:1
**big** 15:7 20:10
39:5
**bit** 55:8,9 59:13
67:17
**bizarre** 15:4
**blamed** 62:8
**blood** 13:16 16:2
16:10 56:23
62:12
**Bloom** 1:16 4:10
5:9
**blow** 29:16
34:11
**blurred** 33:9
**board** 5:14 7:11
7:12,18,22,24
7:25 8:2,17 9:1
**body** 23:23
24:17 27:10,10
47:2
**body's** 56:4
**bone** 22:10,11
22:17 27:14
28:7 29:23,24
30:10,19 31:2
**bones** 27:6,8,10
34:17,20
**bony** 34:18
**Botox** 33:11
41:13,16 42:3
42:13

**bottom** 16:20,25
63:10 64:8
**botulinum**
33:11
**bouncing** 12:21
13:13
**Box** 2:3
**brain** 22:15,16
22:22 23:9,18
23:21,22,24
24:3,4,5,6,25
25:5 27:16
28:8,12 30:3,5
30:15,19 31:5
31:6,10,16
32:1,4 33:14
38:13,14,16
71:10,15,20,24
71:25 72:2
75:4
**break** 44:9 69:5
**breakthrough**
58:4
**breathing** 36:18
**build** 43:23
**bulging** 28:13
**busy** 7:1,2

————————

**C**
**call** 5:20 7:25
31:6 43:16
55:15
**called** 22:13
27:13 36:14
54:16 75:3
**calm** 62:22 63:5
63:24 64:3,18
64:21 75:7,10
**calming** 74:13
**camera** 5:5
15:22
**canceled** 52:9
**capacity** 40:3
**car** 31:18 34:10
70:22
**care** 21:18 33:4
36:12
**career** 6:6
**careful** 60:11
**case** 4:7,17,19

14:14 28:24
**cash** 68:12
**cashier** 37:12
**CAT** 24:11
**cause** 13:12
36:17 57:3,6,9
57:11,12 69:20
71:4
**caused** 48:5
49:13 77:20,24
**causes** 23:10
34:20 49:23
**causing** 22:22
30:12 51:8
**cavity** 30:19
**cele** 30:5
**center** 1:22 7:8
20:9,10
**central** 71:14
**certain** 45:11
**certainly** 42:17
60:10 77:22
**certainty** 29:18
34:6,25 35:4
38:20 40:16
76:17
**certification** 7:7
8:2,18,18 9:2
72:16
**certified** 5:14
7:11,13,18,25
**certify** 79:10
**cervical** 12:19
13:8 51:12
**chance** 15:11,15
**change** 31:11
57:13 68:10,15
**changed** 40:21
72:14
**changes** 57:9
**chart** 53:19
**cheaper** 68:12
**cheat** 39:13
**check** 36:9 56:9
59:3
**chemical** 75:3
**cholesterol**
13:18
**chose** 6:2 61:13
**chronic** 11:5

12:19 13:10
33:10 35:18
41:17
**cigarette** 13:20
**cigarettes** 48:22
**circular** 27:11
**Citalopram**
63:7,23 64:9
**class** 75:2
**cleaner** 37:12
**clearly** 76:16
**clerk** 37:13
**clinical** 16:13
20:14
**close** 36:12
**closer** 10:3
**clot** 16:10
**coal** 12:24 75:20
**cochlea** 27:4,12
**code** 56:4
**colleagues** 20:24
42:1
**collective** 65:24
**College** 2:4
**come** 9:22 10:17
21:22 22:17
35:8 48:15
**comes** 48:21
62:18
**coming** 8:5
52:10 63:9
**commencing**
1:17
**common** 13:10
**communication**
23:23
**company** 14:21
37:17
**complain** 77:11
**complaining**
77:6
**complaints**
45:19
**complete** 7:19
**completely**
70:10,10
**complications**
23:14 71:12
**complied** 42:20
**computer** 21:23

**concentrating**
32:5
**concern** 51:8
**concluded** 78:14
**concludes** 78:13
**concussion**
31:23 71:18
**concussions**
31:9,21
**condition** 11:10
11:11,17 12:8
12:15 13:2,6
13:12 14:4
18:23 33:23
34:1 39:21
72:19 78:4
**conditions** 14:1
14:4 35:1 60:4
**conferred** 45:10
**confusion** 71:15
**connection**
73:22
**consciousness**
71:19,21,24
**constant** 13:13
49:2,18 68:6
**consultant's**
28:6
**contained** 79:11
**content** 25:8
**continue** 16:8
18:5 28:2 44:2
**continued** 19:5
19:14 28:17
51:4,7
**continuing**
42:18
**contract** 35:19
35:22 60:1
61:21 62:13,16
**control** 19:11
32:7 33:12
36:12
**controlled** 35:13
35:20 36:3
51:2,20
**conversation**
66:14 67:2
**conversion** 54:8
**Cooler** 1:6 4:5

**coordinate**
21:17
**coordination**
41:2
**copies** 20:13
54:6 66:6,22
67:5
**correct** 6:3 9:16
18:1 20:7
35:10 36:16
37:15 42:7
44:21,25 45:16
46:11,20,24
48:13 49:4,14
50:8,11,18
51:5,16,17
52:6,17,20,22
53:5 54:4 55:5
56:16 57:18,19
57:22 58:10,12
59:19,20,22
62:19,20 63:12
65:9,10 66:1,2
66:8,22 67:4,5
68:23 70:21
79:14
**couch** 33:2 43:3
**counsel** 4:13
**count** 53:9
**counted** 11:1
**country** 12:25
75:20
**couple** 12:9
28:25 46:5
52:7
**course** 12:3
14:11 18:24
22:4,7 31:13
36:20 37:5
38:8 40:8
59:21
**court** 1:1 4:6,12
4:15 44:12
**coverage** 68:11
**coworkers**
38:25 40:5
**crack** 22:10,17
22:21 24:17,25
28:9 30:6
**cracked** 22:12

28:7 30:3,10
**cradle** 5:19
**craniotomy**
    30:14,17,18
**crazy** 14:19
**Creek** 1:6,7 4:5
**crew** 37:13
**CROSS** 44:17
**CSF** 22:13 29:21
**CTs** 22:9
**current** 10:3
**Currently** 57:25
**customers** 38:25
**cut** 24:25 28:11
    30:16,18 31:1
    47:8
**cutaway** 26:5
**cuts** 40:25

**D**

**D-1** 3:9
**D.O.T** 72:12
**daily** 6:24 56:13
    56:14 64:10
**damage** 31:5
    33:13 71:23
**danger** 22:21
**dangerous**
    23:22 35:12
    36:18 59:23
    61:25 62:1,2
    72:1,5
**dangers** 39:5
**Danville** 1:16
    4:10 5:8,8 7:9
    9:5 12:24
    20:10 75:19
**dashboard**
    70:23 71:9
**database** 36:9
**date** 4:1 55:22
**dates** 54:17
    66:16
**day** 6:21 7:2,3
    8:9 13:21 14:6
    37:5 48:22
    55:13 57:24
    58:7,11,19,19
    59:8,9 64:24
    66:19 67:3,19

74:16
**days** 6:25 7:1
    35:8 50:21
**December** 52:8
    52:24 53:1,2,3
    66:1,11
**decision** 24:22
    24:24
**decreased** 33:8
**Defendant**
    65:23
**defendants** 1:12
    2:10 4:19
**defer** 24:23 25:6
    26:18 41:25
**definite** 31:11
**degree** 8:21 23:9
    29:6,18 34:6
    34:25 35:4
    38:19 40:15
    76:11,17
**delivered** 6:7
**demonstrative**
    25:12,17
**depend** 20:25
**deponent** 4:15
**deposition** 1:14
    4:3,9 25:22
    55:16 78:13,14
**depressed** 63:22
    75:14
**depression**
    74:14,18,23
    75:4 76:8,14
    76:24,25
**describe** 8:20
    10:14 14:3
    17:11 18:2
    26:10
**DESCRIPTI...**
    3:6
**desire** 43:9
**desk** 37:13
**despite** 13:22
**diabetes** 13:17
**diagnose** 8:24
**diagnoses** 29:19
**Diagram** 3:8
**die** 36:17 57:10
**different** 12:9

21:16 25:7
    28:25 34:11
    63:20 67:17
    70:10,11,16,17
**difficult** 24:10
    24:15 32:10,21
    33:1
**difficulty** 33:9
**direct** 4:24
    27:20
**dirtier** 18:7
**disability** 71:5
    77:1,1
**disabled** 38:21
    43:17
**discovered**
    22:10
**discuss** 26:20
**discussed** 35:15
**discussion** 44:14
    49:12 65:8,19
**disease** 21:15
    56:22
**diseases** 8:24
    19:21,25
**disqualify** 72:20
    73:4
**disrupts** 34:18
**dissolvable** 47:6
**dissolved** 47:15
**District** 1:1,1
    4:6,7
**Division** 1:2 4:7
**dizziness** 45:19
    45:25 57:6
    69:10,20,23
    70:8,9
**dizzy** 46:1
**dock** 12:4
**doctor** 5:2,10,10
    5:13,21,22 8:1
    10:16 11:15
    23:1 34:24
    36:2,3 40:8
    44:3,5,10
    65:13 69:5
    78:1,6
**doctors** 21:11
**DOE** 1:11
**doing** 21:19

43:24 44:1
    61:11,15 67:14
**dosage** 58:13
**dose** 55:14 56:17
    56:20 57:1
    58:14,15 59:16
**doses** 36:16
    57:24
**Dr** 19:16 20:5
    20:13,14,16
    22:6 23:1,3
    24:23 25:6
    26:8,17,19,19
    26:23,24 27:19
    27:25 28:10,12
    42:9,10 44:20
    65:22
**drain** 19:5
**Drawer** 2:8
**drink** 44:13
**drive** 1:22 2:8
    39:13 60:5,14
    60:15,20 61:13
    61:14,22 62:6
    62:7 72:13,23
    74:6,6,8,9
**driven** 18:12
**driver** 10:8
    12:20 39:3
    61:17
**drivers** 12:25
    13:1,6,8
**drives** 61:25
**driving** 13:11
    15:3 39:5,7,8
    39:10,11,20
    61:10 62:10,11
    70:1 72:20
    73:5,8,11
**dropping** 74:2
**drops** 21:18
**drove** 14:20
    60:23
**drug** 35:19,22
    36:6 56:2,5,15
    57:11,11 59:17
    60:2 62:16
**drugs** 36:15,22
**drunk** 62:10,11
**due** 49:19 70:19

**duly** 4:22 79:13

**E**

**ear** 19:7,15,22
    19:23 20:1
    22:11,11,19
    25:5 26:6 27:2
    27:3,6,9,14,15
    28:13 29:25
    33:9,14
**eardrum** 22:20
    27:8 28:14
**earlier** 5:2 6:6
    29:1 34:3
    50:25 51:13
**early** 13:17
    45:16,19
**earn** 76:1
**ears** 27:9
**easier** 22:2
**easy** 23:25
**Eckel** 1:14,16
    3:2 4:3,21
    26:17,23,24
    27:19 44:20,20
    65:22
**Eckel's** 23:1
**EDDIE** 1:9
**edit** 37:21
**effects** 35:14
    70:4
**eight** 8:9 46:13
**Either** 35:24
**elected** 72:16
**electronic** 21:25
    22:1 53:20
    54:9,15 66:7
**elevated** 13:17
**emotional** 32:7
    69:16 76:21
**emotionally**
    70:1
**emotions** 31:11
**emphasized**
    77:4
**EMR** 54:8 62:17
    65:5
**encased** 22:16
**encephalitis**
    24:7

encephalo 30:5
encephalocele
28:8 29:21
30:4
encompass 20:1
encompasses
8:8
encompassing
77:14
ended 52:10
ends 15:2
ENT 19:19,20
entry 45:22 54:7
environment
23:25 60:13
environments
39:21
enzymes 56:23
episode 69:20
episodic 68:5
EQUIPMENT
1:10
ER 41:7
ESQ 2:3,7
established 36:6
et 4:5
ethic 10:14
event 36:14
eventually 24:14
24:23 25:2
28:19 47:15
everybody 33:2
41:19 62:2
evidence 16:7
22:25 79:11
exacerbated
33:22
exactly 17:9
20:23 25:9
exam 7:17,20
8:16
examination
4:24 40:13
44:17 69:2
examined 4:22
example 40:24
71:6
exception 76:6
excuse 30:8
exhibit 3:6

15:14,14 16:24
16:25 17:4
25:11,15 65:23
65:24
exhibited 31:9
43:9
exhibiting 32:3
EXHIBITS 3:5
existed 34:1
experience 23:7
23:17 26:8
31:24 36:24
41:16 43:19
57:2
expertise 23:5
42:3
experts 21:4
explain 7:12
35:22
EXPORTS 1:7
extended 8:11
58:1,9 68:8,9
extent 22:25
26:22
extra 8:11,21,23
36:11
eye 19:7 48:1,3
73:17,22 74:3
eyelid 74:3

_____
F
fact 56:12 63:17
73:7 74:9,17
76:21
facts 22:25
fair 8:17 11:8
26:4 29:7
37:22
fairly 10:20
13:10 17:16
56:20 58:14
fallen 50:16
familiar 26:1,18
families 32:14
32:15
family 5:8,14,15
5:21,22 6:11
6:14 7:8,11,19
7:22,25 8:15
8:18,25 9:14

11:19 14:9
21:11 23:1
26:9 32:18
33:5,6 41:22
74:14,18 76:6
76:12,23
far 49:11 50:12
60:8 67:7
FARMS 1:7,8,9
1:9,10,10
fashion 66:7
fast 38:12 41:1
fasting 13:17
fault 62:9
faxed 21:24 22:2
FDA 42:16
features 68:18
February 1:17
4:2 52:15
53:15 54:1
feel 43:17
feeling 50:10
fell 50:19,21
fellow 9:9
felt 72:20
field 7:13
fifth 63:3
fight 21:14
figure 24:9
filed 4:6
finally 22:9 25:4
find 24:14 62:16
77:9
finding 71:22
finds 60:18
fine 40:22 44:11
69:7
finger 40:25
finish 64:14
finished 6:12
fired 38:25
FIRM 2:2
first 8:6,13 9:10
9:11 14:13
16:15 18:6
51:3,22 52:3
64:25
fitting 39:18
five 49:1 53:7
58:18 59:8

fixed 22:20 41:8
flare 34:5 58:20
67:19
fluid 19:6 22:15
22:16,22 23:9
23:18,21 24:16
25:5,7,8,9
27:11 28:13
30:11
fly 75:16
focus 63:24
focused 63:21
follow 69:6
following 12:17
14:17 29:19
follows 4:22
food 38:12
football 31:8
forehead 46:12
48:20,24 49:8
70:20 73:23
forever 40:21
fork 18:21
form 42:13 68:1
68:7,7
Fortunately
36:4
forward 40:12
foundation
17:22
four 10:24 49:1
53:6 54:3
57:23 58:11,18
59:8
fracture 24:12
24:13 29:20
frequently 10:5
10:21
front 37:13
frontal 26:5
38:15
fry 60:19
fulfill 7:20
full 8:9 64:4,5
65:6
fullness 19:7
fully 79:11
function 37:5,7
38:15 40:2,3
56:10,10

functional 14:8
functioning
40:22
further 50:1
future 41:10

_____
G
GA 2:4,9
Gallagher 1:21
4:12
Gallagherrep...
1:25
gambit 5:23
GARDNER 2:7
gash 15:7
Geisinger 7:7,8
19:17 20:8,9
21:24 42:6
general 21:12
26:24 40:5
77:13
generalized
77:12
generally 11:6
35:18 42:22
64:17 75:25
generations 6:8
genuine 43:9
Georgia 1:1 4:7
5:5,20 12:5
14:20 60:24
germs 23:24
getting 33:11
give 11:9,15
18:10 29:4
36:25 40:24
54:16 55:22
61:7 72:12
73:14 75:14
given 13:25 14:4
41:21 50:22
giving 42:4 75:7
Glenlivet 1:22
glucose 13:18
go 7:10 8:14
10:7,25 11:23
18:18 20:5
22:1 29:1
32:23 36:8
38:4,11 41:6

41:23 50:12
65:15
**goals** 39:23,24
**goes** 22:25 40:25
49:17
**going** 5:3 6:20
10:25 11:9
12:5,7 15:9,13
15:16 17:21
18:15 20:23
22:23 24:9
25:11,14 26:16
26:21 27:18,25
29:1,3,4,11
35:25 37:20
38:21,22,23,24
39:1,15,25
40:1,1,2,4,12
40:17,20 41:11
41:12,13,14
43:8 44:6
64:23 65:18,22
69:16 70:2
72:25
**good** 11:9,16
26:12 44:9
59:13 71:6
**gotten** 18:12
53:23
**graces** 38:16
**graduate** 7:15
**graduated** 67:24
**grave** 5:19
**guess** 36:20
42:25 68:21
**guy** 9:21 23:11
24:1,9 38:3
61:16

**H**
**hair** 15:25
**hairline** 24:13
48:25 49:1
**half** 6:23
**hallmarks** 21:10
**hand** 25:13
65:22
**handle** 32:15
35:11 41:3
**handwritten**

21:23
**happen** 24:13
40:10
**happened** 18:17
26:13
**happening**
22:18
**happens** 71:17
**hard** 10:12
32:10,10 43:21
44:1 66:6 70:3
**haul** 10:19 39:3
72:21 73:5
74:6
**he'll** 38:25 62:8
**head** 14:18 15:7
15:24,25 16:2
29:16 30:22
34:12 44:24
45:12 46:6,9
46:11 48:6
49:3 63:21
68:22 71:7,8
77:5,7,15
**headache** 33:10
49:2,19 77:14
**headaches** 19:10
41:17 42:2
48:13,14 49:11
49:17,23,24
51:9 57:3,4
62:24 70:19
71:4 77:13,19
77:22,24
**heading** 64:25
65:6,11
**heal** 24:18 25:1
**healed** 17:15
**healing** 17:18
19:3
**health** 10:1 14:6
**hear** 27:5 31:7
**hearing** 27:3
33:8
**hearsay** 14:23
15:5 18:16
27:25 32:22
**heart** 9:24 10:4
10:7 13:16
56:21

**heavily** 21:1
**held** 4:9 44:14
65:19
**Helms** 2:2,3
4:16,16 5:1,2
15:13,18 25:11
25:17,24 37:19
38:1,5,7 44:5
44:10 61:7
64:13 68:1
69:4 78:6,9
**Helms(Direct)**
3:3
**Helms(Redire...**
3:4
**help** 6:16 20:24
21:14,14 24:19
26:10 41:13,17
64:11,18 74:19
75:7,10
**helped** 33:12
**helping** 43:25
**helps** 27:5 35:17
62:22 63:5,24
63:24 64:3,21
**herniated** 30:3
**high** 13:16,18
55:14 58:13,14
59:15
**higher** 8:19
**hire** 38:22,22
**historical** 66:24
**history** 54:16
66:25
**hit** 18:21 70:19
70:22,23 71:8
72:3
**hold** 64:13,13
**home** 14:21 15:3
33:1 43:3 44:1
50:7
**Homerville** 2:4
**hope** 24:16 25:1
62:4
**hoped** 47:23
**horseshoe** 17:15
**hour** 8:9
**hours** 10:18
58:2
**house** 40:25

43:24,24
**hurt** 10:21 77:17
**Hydrocodone**
50:23 68:2

**I**
**idea** 11:9 18:10
**illustration**
25:13 26:10
**immediate** 58:3
58:5,8
**impacting** 48:6
**important** 20:22
33:3
**improve** 40:17
**improving** 49:2
**in-laws** 50:9
**inability** 76:14
**inappropriate**
32:8
**inches** 48:25
49:1
**incident** 9:13,15
10:11,20,25
11:3,10,11,17
11:18 12:16
18:11 31:25,25
34:2 39:2
77:20
**include** 20:3
39:20,22
**increased** 77:6
**INDEX** 3:1,5
**indicate** 73:10
**Indicating** 16:23
27:17
**indication** 37:1
**indications** 45:5
**infarction** 13:15
**infect** 24:1,3,4,4
24:5
**inflammation**
34:20
**initial** 24:11
49:6 71:13
**initially** 8:9 9:3
19:2 57:20
72:14
**injections** 33:11
**injured** 14:12

26:11 43:25
50:17 75:20
**injuries** 12:4,6
20:1,3 29:15
32:12 33:7
**injury** 14:14
16:2 17:12
18:25 26:2,18
26:20,22 27:17
27:20 29:19
30:13 31:5,6
31:10 32:2,4,9
33:16,21 34:7
38:13,14 41:8
44:24 46:6,9
46:10 48:1,3,5
48:12 49:6
50:19 63:21,22
68:20,22 70:10
70:16 71:7,13
72:4,7,7 73:17
73:20,21 74:1
77:4
**inner** 25:5 27:3
**input** 33:6
**inside** 26:2 30:1
30:2
**instant** 39:7
**insurance** 37:17
37:20
**intake** 66:14
**intense** 67:18
**interrupted**
55:15
**involved** 28:11
**involving** 26:6
**issue** 74:10,13
**issues** 13:14
33:13

**J**
**J** 2:3
**January** 48:16
49:12 51:7
52:11,13 53:13
53:15 54:1,7
**jarring** 34:17
**Jeff** 4:16 5:2
**Jeffhelms@he...**
2:5

**JEFFREY** 2:3
**job** 38:23 39:22
  69:25
**jobs** 38:9
**JOHN** 1:11
**July** 6:12,14
  50:1,6
**June** 6:13 9:12
  12:5,16,17
  14:11,16,17
  29:20 45:22,25
  46:4 50:13,16
  51:4,15,22
  52:2,3,4 68:21
  72:8 77:19
**jury** 5:4 11:9,16
  12:15 14:13
  17:11,21 25:25
  26:10,15 29:5
  35:22 38:2,3
  40:11 53:17
  54:14
**Justine** 1:17
  4:13 79:17
**juxtaposition**
  34:19

**K**

**Kathy** 1:3 4:4
**keep** 10:16 11:6
  15:2 20:18
  36:12 42:5
  53:21
**keeps** 48:23
**Kelley** 42:9,10
**kidney** 56:10
**kidneys** 56:9
**kids** 31:21 72:1
**killing** 75:16
**kind** 9:21 12:14
  12:24 13:5,12
  21:12,17,23
  24:22 31:5
  34:17 37:2
  40:9 56:6 57:5
  58:14 60:18
  68:3 71:17
  73:4
**kitchen** 5:7
**knee** 50:17,19

73:2,4
**knocked** 18:21
**knot** 47:5
**know** 6:19 14:5
  14:9 20:23
  23:8 24:7 25:7
  28:4 35:19,25
  36:4 38:1,17
  40:9,21 43:7
  56:18 57:16
  60:22 61:18
  62:17 64:10,19
  75:10,17 76:4
  77:11
**knowledge** 26:9
  27:20 28:3
  39:14 61:23
**known** 10:10
**knows** 23:9

**L**

**L** 2:7
**L&W** 1:10
**labor** 76:1,14
**laceration** 17:5
  17:15,16,18
  18:8,22 19:12
  46:12 71:14
  73:22
**large** 17:16
**lasted** 55:7
**late** 46:10
**law** 2:2 36:7
  72:14
**layman's** 47:20
**lead** 76:8
**leading** 10:13
  11:13,21 13:3
  13:24 14:2
  21:5,7 33:25
  34:14 41:24
  43:11 70:14
  76:15
**leak** 22:13,22
  25:1 28:13,18
  29:21 30:11
**leaking** 23:9,18
  23:21 24:16
**LEASING** 1:10
**leave** 14:22

32:15
**led** 76:14
**left** 15:7 17:24
  19:7 29:21
  33:8,14 44:24
  45:6,9,11
  46:10,12 49:4
  49:7,8 50:10
  50:17 68:22
  77:5,16
**legal** 38:5
**legitimate** 42:13
**lesion** 17:19
**let's** 19:1 23:13
  37:21 65:15
**levels** 75:4
**Lexapro** 63:7,23
  64:6,9,22
  65:12 75:1,11
  75:18
**license** 7:14
**licensed** 7:17
**life** 6:1,5 10:15
  35:6 40:21,21
  43:22 76:19
**lifestyle** 14:8
**ligaments** 34:18
  41:8
**liked** 13:20
**likes** 43:22
**limit** 77:15
**limitations**
  39:16,19
**limited** 13:7
**line** 50:1
**lining** 24:5
**list** 53:21 60:7,8
  64:7
**litigation** 63:17
**litigious** 60:13
**little** 15:3 55:8,9
  55:12 67:17
**live** 32:10
**liver** 56:8,10,22
  56:23,25
**living** 76:2
**LJA** 1:4
**LLC** 1:7,8,9,9
  1:10,10,21
**loading** 12:4

**lobe** 38:15
**located** 5:6
**long** 6:9 9:1,8
  10:19 24:8
  39:3 56:2,15
  67:8 68:6,7
  70:4 71:4
  72:21 73:5,19
  74:6
**longer** 59:17
  76:1,22
**look** 15:15 21:11
  45:1,7,15,22
  46:7,18 48:8
  48:17 49:6
  53:11 54:10
  55:18 62:25
  63:3,25 64:7
**looked** 14:18
  16:14 17:8,9
  17:14 18:6
**looking** 16:1,6
  54:14 64:12
**looks** 15:24
**lose** 38:14,16,23
  40:1 69:21
  71:20
**loss** 71:19,24
**lost** 32:6 38:18
  68:10 69:25
**lot** 12:22 13:1,8
  13:9 21:13,20
  31:17,19 32:7
  35:14 36:14
  38:14,18 50:7
  56:8
**lots** 23:24
**love** 32:11
**low** 56:20
**LP** 1:10

**M**

**M.D** 1:14 4:3,21
**maintain** 8:23
**major** 11:25
**majority** 6:5
**maker** 37:13
**malingerers**
  43:17
**man** 43:22 76:19

**managed** 19:2
**management**
  67:9
**Manager** 54:16
**managing** 67:12
**March** 53:13
  55:19,20,21,23
  67:15
**mark** 2:7 4:18
  25:11
**mark.pickett...**
  2:9
**marked** 65:23
**math** 6:16
**matter** 4:4 74:16
**mean** 5:16 20:1
  23:18 35:23
  56:17 57:10
  70:16 71:6
  77:12,14,15
**means** 7:12,16
  7:23 12:20
  30:5 47:1
  56:11 74:2
**meant** 28:8
**mechanism** 27:4
**medical** 5:10,12
  6:15 7:4,5,8,16
  9:20 11:25
  12:18 20:9,10
  21:25 23:9
  29:6,18 34:6
  34:25 35:4
  36:12 38:20
  40:9,16 42:20
  48:10 54:15
  66:25 76:12,17
  77:20
**medically** 19:24
  41:15 42:14
  60:12 78:4
**medication**
  41:23 49:20,22
  53:20 59:8,16
  63:4,14 64:3,7
  64:10,16,20
  67:9,14,19
  68:12,15 78:2
**medications**
  41:10 54:18

59:24 60:11,21
62:3 64:9 65:3
66:19 67:11
73:11 74:19,22
74:25 75:6
**medicine** 5:17
6:9,12,14,21
7:8,11,13,18
7:19,22,25
8:15,18 21:2
40:18 49:16
56:6 74:18
**medicines** 56:8
**meeting** 65:7
**member** 5:17
14:10 37:12,13
75:2
**members** 33:6
**membrane**
22:20 27:8
**memory** 71:15
**men** 75:23,24
76:4
**meninges** 30:10
**meningitis**
23:10,11 24:5
**mention** 73:16
**met** 5:2 66:10
**metal** 30:21,24
**Michael** 1:3 4:4
9:6,11,21
15:25 17:5
61:9 76:6,18
**middle** 1:1 4:6
22:11,11,19
27:2,6,9,13,15
28:13 29:24
33:14 58:15
**migraine** 33:10
**migraines** 41:18
**migrated** 46:16
47:3
**migrates** 46:25
**mild** 68:3,4
**Mill** 1:22
**milligram** 58:5
**milligrams**
50:23,23 58:2
59:10 64:9
75:1

**mind** 62:11
77:18
**mine** 8:5
**minor** 71:7,18
71:21,23
**minutes** 15:21
25:16,23
**misleading**
22:24
**missed** 52:7
**moderate** 59:15
**Monday** 14:17
**monitor** 60:2
**monitoring** 36:6
56:2,4,16,21
**month** 10:21
11:6 36:19
52:16 54:21
55:5 58:6
**monthly** 62:18
**months** 51:25
53:7,10,14,24
54:3,23 55:8,9
64:19 66:11
**mood** 57:9,13
**morning** 15:11
71:3
**morphine** 57:21
57:23 58:1,5
58:11,13 59:21
62:19,21 63:10
63:15 67:12,25
68:9,17 74:11
75:8
**moved** 50:9
**moves** 47:2
**Moving** 37:8
**MRIs** 22:9
**multiple** 10:2
**multitasking**
40:3 41:2
**myocardial**
13:15

_____

**N**
**name** 1:11 4:10
7:23 9:6
**narcotic** 51:1,2
51:18,20 56:16
57:12 59:21

60:14 61:25
64:22 68:4
**narcotics** 11:5
19:11 33:12
35:7,12,18
36:1 37:2
40:20 41:14
50:25 56:5,18
56:25 57:3,5,6
59:19,23 60:15
60:19 63:21
64:17 67:21
72:23 75:10,15
**nationwide** 8:7
8:8
**necessary** 37:4,6
42:14 78:4
**neck** 10:1 12:21
12:23 13:9,10
33:15 34:4,8
34:13,22 51:12
58:21,24 62:24
72:23 73:2,3
77:17
**need** 12:12
21:13 26:14
29:5 38:17
39:7 40:20
41:11,12,13,14
58:17 67:19
**needed** 20:24
**needs** 33:12
62:21,23 63:4
64:20
**nerve** 27:5
**nerves** 27:4
**nervous** 40:2
71:14
**neurologist** 42:2
42:6
**neurology** 42:1
**Neurosurgeon**
28:10
**never** 23:11 38:4
40:18 60:20
61:18 75:14
**new** 31:21 77:24
**Newcomb** 1:3,4
4:4,5,17 9:6
10:11 13:14,23

13:25 15:25
17:6,22 20:15
20:21 22:5,18
26:2,22 28:15
28:22 29:12,15
30:21 31:24
32:23,25 33:4
35:2,5,8,15
36:24 37:9,11
38:9 39:2,18
40:12 42:15,19
44:22,23 65:25
66:10,15 67:9
69:11 72:12
77:6 78:2
**Newcomb's**
11:10,16 12:15
14:3 18:23
44:2 74:23
76:13,18
**Newcombs** 5:3
32:16
**news** 31:7
**nine** 53:9,10,10
74:6
**normal** 19:5
24:11
**North** 2:4
**nose** 19:22,23
20:1
**Notary** 79:18
**note** 9:11 48:17
48:21 49:25
50:14 54:18
55:19,25 62:25
63:2,25 64:3,8
64:19
**notes** 29:2 45:1
45:10 64:5,6
65:7,24 66:10
79:12
**November** 46:7
48:8 49:7 51:5
52:25 53:2,3
60:23 61:1
71:2
**number** 4:7
11:11,18 17:3
17:4,20 28:22
29:14 32:13

38:9 39:17
60:8
**numbness** 48:20
48:24

_____

**O**
**object** 15:5,16
16:5 18:15
21:7 22:23
25:14 26:17,22
27:19 30:8
32:22 68:1
**Objection** 10:13
11:13,21 13:3
13:24 14:2,23
21:5 33:25
34:14 41:24
43:11 70:14
76:15
**objections** 18:5
**objective** 65:1
**observed** 32:18
**obstetrics** 6:7
**obviously** 13:7
24:22
**occasion** 34:5
45:18
**occurred** 9:13
18:11
**October** 51:23
52:5,5 53:2,13
53:15 54:1
55:7
**office** 1:22 5:7
11:1 14:15
15:6 18:7 29:2
48:17 54:10
62:25 63:25
65:24 66:9
**offices** 1:16
**Oh** 10:9 13:1
31:15 55:24
58:25 73:24
**okay** 9:5 17:3,23
25:24 28:15,24
31:3 37:19
46:3 48:4 49:6
51:21 53:6
54:12,20 55:25
56:7 57:15

61:24 65:4
66:5 69:24
**old** 6:20,21
50:19
**once** 9:18,18,23
10:21 22:5
56:14
**ongoing** 34:21
**opened** 6:13
**operate** 19:23
24:18
**operating** 28:5
41:7
**operation** 24:21
**operative** 27:23
30:15
**operator** 38:12
**opinion** 11:16
21:1,16 29:4
29:13,17 34:5
34:24 35:3
36:11 38:19
39:9 40:10,15
41:11,15 42:13
48:4 61:8 62:5
62:7 73:5
76:11 78:3
**opinions** 29:12
**opposed** 75:7
77:12
**opposing** 60:18
**oral** 8:14,15
**orient** 16:24
**originally** 47:1
**osteoarthritis**
10:2 12:22
58:21
**otolaryngologist**
19:16,18
**outcome** 40:9
**outline** 12:14
**outside** 22:17
23:4,7,23 78:9
**overall** 11:17
33:4
**overdose** 36:15
**overseeing**
21:12
**Oxycodone**
51:19 57:18

58:16,18,23
59:9,13,18
67:25 68:2,6,8
**OxyContin**
57:18 58:23
59:18 67:25
68:7,11,18

————————
**P**
**P-1** 3:7
**P-2** 3:8
**P-3** 3:8
**P.O** 2:3,8
**PA** 1:23
**pack** 48:22
**Packet** 3:9
**page** 3:1,6 64:4
64:6,24,25
65:1,2,4,7
**pain** 10:1 12:23
13:10 19:8,9
19:11 33:13,18
34:8 35:13,16
49:16,19,22
51:11,12,16
57:5 58:4,21
58:24 59:11
62:24 67:8,14
67:18 68:5,6
72:24 73:2,4
77:6,12
**painkillers**
49:13,25 50:12
**paper** 53:19
**paragraph** 63:3
**parcel** 20:20
**part** 10:15 11:4
20:20,20 24:25
28:8,11,12
30:2,15 37:21
66:13,24
**particular** 18:25
26:20,21 42:2
**partner** 55:17
**pass** 7:17
**patient** 5:18,24
9:6 11:24
12:18 14:24
32:24,25 35:25
42:19 59:17

67:1 78:2
**patient's** 23:22
**patients** 6:8,24
11:5 13:9 19:9
21:6 23:17
32:13 35:18,19
36:13,19,21
40:17 41:16
43:14,20 56:18
57:10 60:13,14
60:17,20 74:13
74:15
**pay** 68:12
**Pennsylvania**
1:16 4:10 5:8
6:10 7:9,14
36:5 60:24
72:15
**people** 31:8,13
31:18 32:8
34:10 38:18
41:17 61:18
64:11,18 71:8
75:19
**Percocet** 51:16
51:18,19,21,24
52:12,18,19,21
52:23 53:8,11
53:12,12,24
54:21,24 56:13
56:13 57:17
67:24 73:1
74:11
**performance**
39:23
**period** 39:10
**permanent** 35:2
69:13
**permanently**
38:21 76:11
**persist** 35:5
**person** 5:18 16:4
38:21
**personal** 39:22
**personality**
31:11
**personally**
64:17
**phenomenon**
49:22

**Philadelphia** 7:6
**photograph** 3:8
16:9,17 17:1
**photographs** 3:7
15:9 45:4
**physical** 11:16
12:15 14:4
72:13 76:21
**physically** 13:23
13:25
**physician** 5:14
5:16 8:22 9:14
11:19 26:9
32:19 36:10
41:22 74:14
76:13
**Pickett** 2:7,7
4:18,18 10:13
11:13,21 13:3
13:24 14:2,23
15:5,16,19
16:5,16,20,24
18:4,15 21:5,7
22:23 25:14,20
26:16 27:18,24
30:7 32:22
33:25 34:14
37:23 41:24
43:11 44:6,8
44:12,15,19
65:15 68:24
70:14 76:15
78:10
**Pickett(Cross)**
3:3
**picture** 15:24
16:4 17:5 18:9
26:12
**piece** 39:24
**pill** 57:5
**place** 18:9,13
26:1 31:2
**placed** 47:1
63:23
**Plaintiff** 15:14
15:14,17
**plaintiffs** 1:5 2:5
4:17
**PLAIRE** 2:7
**plan** 63:9 65:2

66:20
**plate** 30:22,24
**plateaued** 28:19
40:16
**play** 31:22 72:1
**players** 31:8
**please** 55:22
**plus** 36:11
**point** 7:10 19:15
35:16 37:10
38:9 40:13
60:16 73:18
**pointer** 17:10
26:14
**policy** 11:4
36:19
**portion** 64:1
**position** 41:22
61:20
**positively** 45:11
**post** 7:15
**post-traumatic**
33:10
**pounds** 40:7
**power** 41:3
**powerful** 67:21
67:23
**practice** 5:8 6:4
6:14,15 7:17
8:19,25 16:13
21:2 31:14
36:20
**practiced** 6:9
**practicing** 6:21
**pre-existing**
33:23
**precipitate**
34:21
**prefer** 68:15
**preparation**
28:24 58:3
**prepared** 12:9
28:25
**prescribe** 36:7,8
64:16,17 74:19
78:1
**prescribed**
36:16 51:3,22
53:12 55:4
75:11

prescribing 73:3
74:22
prescription
36:5 50:22
52:2 53:22
55:2 57:23
prescriptions
53:23
present 18:8
25:18
presentation
8:14
pressure 13:16
27:6
pretty 13:23
58:13
prevent 68:19
prevents 36:3
previous 18:5
29:14 50:21
previously
15:20 30:8
printouts 65:24
prior 25:22 34:1
probability 29:6
76:12
probably 23:4
33:15 40:6,20
41:12 48:5
63:6 76:3
problem 20:25
38:13 42:17
46:15 63:16
70:11 73:9
problems 5:23
9:20 10:1 12:1
12:18 14:7
19:14,15,24
23:10 32:3,5
33:7,19 35:4
50:7 56:19
71:12,15,16
proceedings
79:11
PRODUCE 1:7
production
39:24
productive 14:6
14:9
professional

1:17 77:21
78:3 79:18
program 6:13
7:20 36:6
project 43:24
proof 68:16,17
proper 19:3
28:1
PROPERTIES
1:8
protocols 31:21
provide 76:5,22
provided 15:20
25:22 41:20
providing 67:8
provision 72:22
ptosis 74:2
public 8:22 40:5
79:18
pulsate 27:7,11
purposes 25:12
25:18
put 11:5 31:2
38:2 61:20
64:19 72:1

_____ Q _____
qualification
23:1
qualifications
7:21 8:11,23
qualified 23:15
26:25
question 22:24
23:15,16 39:15
72:25 74:2
77:3,18
questions 5:15
12:13 29:3
37:9 43:9 44:6
68:24 69:6
70:18 74:12
quote 56:2

_____ R _____
racquetball
55:17
raises 75:3,3
re-check 48:21
react 41:1

reacted 11:25
12:1
reaction 56:5
60:16
read 21:21
24:11
reading 63:16
64:18
reads 48:21
ready 55:2 69:8
real 36:13
realized 22:5
really 10:16
19:6 43:20
69:14,15 70:17
77:1,1
reason 10:16
11:4 59:16
68:10,14 75:15
reasonable 29:5
29:18 34:6,25
35:3 38:19
40:15 76:11,16
reasons 61:19
64:15
rebound 49:21
57:4
recall 69:22 77:8
received 36:10
recertification
8:5
recognize 15:25
16:11,12 17:1
recognized 7:24
7:24
recollection
45:23
recommendat...
60:6,9,10
record 4:14
16:16 21:25
30:7 38:6
44:14 46:7,19
48:8,11 49:15
54:9,15 55:25
57:25 58:17
59:7 65:15,18
65:19,21 66:25
69:22
recorded 66:15

recordings 66:9
records 20:14
20:14 22:1,3
26:8 42:11
45:5,15,21
53:20 54:5,10
59:4 63:17
66:23 67:6
69:15 77:5
recover 72:3,4
72:11
recovered 72:6
72:11 74:4
REDIRECT
69:2
reduced 40:23
refer 12:12 23:2
42:1 45:21
48:14 49:25
50:13 58:17
75:9
reference 63:14
64:4,5 65:12
referred 22:6,8
29:22 43:7
referring 12:2
16:17 53:17,19
59:1 63:6 66:7
refers 63:19
64:21
refill 52:12,15
52:18,21 54:18
54:24 55:3
refills 52:6,14
53:8,11 54:17
reflexes 39:8
refresh 45:23
Registered 1:17
79:18
regular 21:3
relate 40:4
related 14:7
39:23,23
relates 76:24,25
release 58:1,3,5
58:8,9 68:8,9
relief 41:20,21
relieve 35:13
rely 21:3 28:4
remember

14:21 16:3,4
28:18 37:16
45:18,20
remind 5:4
remove 47:9,11
47:16,22
removed 17:17
46:16,21,22
47:7,7,13,14
renew 63:10
renewal 54:24
renewals 51:24
52:23
renewed 51:5,21
51:22,25
repair 22:12
repaired 30:13
replace 30:25
report 27:23
28:3,6 29:14
30:15 39:17
64:23,24
reporter 1:17
4:12,15 44:12
79:18
Reporting 1:21
4:12
reports 3:9 12:9
20:16,18 21:4
21:21,22 28:25
66:14
represent 4:16
4:19 5:3
representation
17:7 26:4
required 40:4
rescheduled
52:9
research 41:15
residency 6:11
6:13 7:7
resolved 70:7
respirations
36:17
rest 35:5 40:20
restriction 40:6
result 29:15,19
31:9 48:12
63:22
return 37:10

**review** 15:11 57:25 66:3
**reviewed** 42:11
**reviewing** 26:7 69:15,22
**ridiculous** 23:6
**right** 5:6 6:19 11:3 15:11,22 16:2,22 17:1 17:10,20,23 18:2 19:17 20:6,11 23:24 27:16,17 28:21 28:22 30:22 35:9 37:8 39:18 41:5 45:6 48:3 66:17 72:1,2 73:14,17,18,21 74:3 75:21 77:7
**risk** 24:21 36:13 62:3
**road** 1:16 4:10 5:9 61:18
**roof** 22:11 29:24
**room** 28:5 41:7
**routinely** 21:20
**Run** 1:22
**RX** 54:16

S

**sad** 31:19
**safely** 60:15
**safer** 61:17 75:18
**sandwich** 37:13
**saw** 9:10,10,11 9:14,21,22,25 10:2,4 11:24 12:1 16:3,14 17:2,8,24,25 20:14,15 41:3 41:6 44:20 48:16 50:20 55:18 68:20 71:1 72:18
**says** 32:7 54:18 61:22 63:4 64:1

**scab** 17:17 18:8
**scale** 59:11,11
**scalp** 16:3,9 17:5 19:12 30:23 77:16
**scanned** 22:3
**scans** 24:11
**scar** 30:23
**scenario** 40:12
**school** 7:5,16
**SCOTT** 1:8,8,9 1:9,11
**script** 55:6
**seal** 24:17,25
**sealed** 28:12,19
**second** 6:7 16:9 16:17 65:1,16 72:4
**Secondly** 31:4
**section** 26:6
**sections** 66:19
**see** 6:24 9:17,23 11:5 13:2,5,8 14:12,13 15:17 17:16 20:5 28:6 32:11 36:19,21 45:23 48:15 49:16,17 62:18 64:3 74:15,16 77:5
**seeing** 8:22 16:3 16:4,12 42:3
**seen** 7:2 8:25 10:20 11:2,12 11:18,24 12:23 28:21 31:17,17 31:18 34:4 40:18
**send** 19:13 20:13 21:15
**sense** 77:23
**sent** 19:16
**sentence** 64:20
**September** 52:23,25,25 53:2,3
**sequelae** 71:9,11
**series** 29:3 74:12
**serious** 31:19
**seriously** 76:18

**serotonin** 75:3
**serous** 25:7
**set** 27:11
**seven** 8:9 46:13 53:7 58:19 59:9
**severe** 19:10 34:8
**SF** 1:7,7
**shopping** 36:3
**short** 18:25 19:1 69:5,13,14 71:17
**shorten** 65:13
**shortly** 60:22 68:20
**shots** 42:4
**show** 15:9 17:11 17:21 24:12 25:5,25 26:15 53:17,25 54:6 54:17
**showing** 15:22
**shows** 16:2,9,10 17:4
**side** 15:7 35:14 44:24 45:6,9 45:12 46:10 49:3,4,5,7 68:22 77:5,7 77:16
**signs** 13:17
**similar** 16:15 68:10
**Simvastatin** 56:21
**sir** 45:8 59:2
**sits** 27:15 33:2
**sitting** 43:3 44:1
**situation** 24:15 69:16 70:6 71:18
**six** 63:19
**size** 17:19
**skin** 23:24
**skull** 22:22 26:6 30:1,2,19
**sledgehammer** 75:17
**slows** 60:16

**smallest** 27:9,10
**smoke** 13:20
**smoked** 13:19 13:21
**smokes** 48:22
**smoking** 42:25 43:1 48:23
**snowing** 78:9
**social** 38:16
**society** 14:10
**soft** 38:16 48:2 71:13
**soldiers** 32:11
**solo** 6:13,15
**somebody** 6:5 21:19 32:11 75:13
**somewhat** 26:3 26:17 33:12
**son** 43:24
**sooner** 24:10
**sorry** 44:23 55:24 69:24 75:12
**sort** 20:25 66:20
**sound** 11:3
**south** 5:5,20 12:5 60:24
**space** 27:13
**speaking** 5:4
**special** 72:15
**specialist** 7:23 19:13,19,20 20:24 22:8 23:8
**specialists** 21:13 21:21 43:7
**specializes** 19:21
**specialty** 5:12 5:17 7:24 8:24 21:11
**specific** 12:13 77:12
**specifically** 57:12
**spinal** 25:7
**spondylolysis** 13:8
**spondylosis**

12:19
**sports** 31:22 71:23
**Spring** 1:6,7 4:5
**SSRI** 75:2
**standard** 26:5
**standing** 18:19
**Starrick** 1:17 4:13 79:17
**start** 37:21
**started** 5:3 9:3 50:12 51:11 56:12,13 57:18
**state** 4:14 76:16
**stated** 30:9 39:19 49:15
**states** 1:1 4:6 48:10 59:7
**status** 8:19
**stay** 38:23 46:17 47:1 49:16
**steering** 48:6 70:23
**sterile** 23:25
**sticker** 16:25
**stitch** 46:21
**stitched** 17:4,17
**stitches** 14:18 15:8 16:10,19 18:9 19:4 47:9 47:12,17
**stop** 12:13 25:2 28:12 36:18 48:24
**stopped** 22:19 70:1
**stops** 24:16
**street** 2:4 19:17
**stress** 39:21,22 39:23,25
**stressed** 64:11
**stressful** 39:20
**stretches** 34:18
**stuck** 40:19
**stuff** 76:21
**stumbling** 23:18
**subcuticular** 46:13 47:5,15
**subjective** 64:1 64:25 65:6,8

65:11 66:13,24
**subsequent**
  48:16
**Subsequently**
  51:11
**subspecialist**
  41:25
**subspecialists**
  21:16
**substance** 62:12
**substances**
  35:13,20 36:4
**subtle** 38:16
**suddenly** 46:1
**suffered** 12:4
  17:12 29:15
  69:11 70:8
  73:17
**suffers** 70:9
  77:19
**sugar** 25:8
**sugars** 13:18
**suggested** 37:11
  38:10,11 43:5
**Suite** 1:22
**sulfate** 58:1
**sulphate** 58:6
**supply** 21:4
  54:21
**supposed** 46:17
  60:4 61:10,11
  61:14,22
**suppress** 36:17
**sure** 11:7 19:3
  20:23 21:17
  26:24 36:9
  42:4 45:2,14
  47:3 53:18
  61:7,17 66:3
**surgeons** 19:22
**surgery** 24:24
  25:3 28:11,16
**surprise** 60:22
  61:2,4
**surrounded**
  27:14
**surrounds** 22:15
**sustained** 18:22
  29:20
**suture** 46:22,25

47:4,15
**sutures** 46:13,16
  47:5
**swear** 4:15
**SWEAT** 2:7
**swelling** 19:7
  74:3
**switch** 59:17
**sworn** 4:22
  79:13
**symptom** 57:11
**symptoms** 19:6
  30:12 31:10
  32:3 37:1
**syndrome** 38:14
**system** 22:2
  60:19 71:15

---
**T**
**T** 1:9
**T&L** 1:8
**tablet** 55:12
**tablets** 52:6,13
  55:2,5,7,10
  58:5,11 68:9
**tabs** 11:6
**take** 7:20 8:3,4
  15:10,15 23:8
  36:15 44:8,13
  51:4,7 58:4
  62:2 66:25
  68:8 69:5
  70:22 73:7
**taken** 1:16 4:4
  21:18 25:21
  65:7 79:12
**takes** 21:20
  36:10 58:2
**talk** 12:7 19:1
  26:21,25 35:7
  35:24 37:20
  49:24
**talked** 35:1
  51:12 66:18
**talking** 10:3,6
  26:24 27:1
  49:3 50:5,25
  58:22 64:2
  72:7 73:20
**team** 37:12

**tear** 22:16
**tears** 32:14
**tegmen** 29:21,23
  29:24
**tegmentum**
  27:15
**Telephone**
  55:15
**tell** 14:12 15:23
  19:18 25:9
  29:12 35:25
  40:11 57:10
  60:13,17 65:12
  67:7
**tells** 33:3
**temper** 38:24
  40:1
**Temple** 7:5
**temporary** 70:6
  74:4
**tend** 41:17
**term** 18:25 19:1
  56:2,3,3,15
  67:8 69:13,14
  70:4 71:4,17
  73:19
**TERRIL** 1:8,8
  1:11
**test** 8:3,4,7,7,8
  25:4,8
**testified** 4:22
  23:2 26:17
  34:3
**testifying** 26:23
  27:19
**testimony** 25:23
  79:12
**tests** 56:23
**thank** 18:10
  44:5 78:8
**therapy** 42:14
  42:14
**thing** 23:22
  31:19 35:17
  43:22 54:15
  66:20 70:2
  71:7 76:5
**things** 25:8 28:4
  32:7 34:22
  37:14 42:24

56:9 60:7
  63:17,20 71:8
  71:22 74:17
**think** 8:6 9:10
  10:21 12:8
  14:15 19:8
  21:19 24:8
  26:19 31:20
  32:6 37:3,10
  39:17 43:5
  61:19 63:19
  70:19 73:2,13
  73:16,17 77:24
**thinking** 31:12
  43:2 71:15
**third** 6:8 65:2
**thought** 15:1,3
  49:19 58:25
  69:14,15 71:1
**three** 7:19 50:5
  53:6 54:20,23
  64:24
**throat** 19:22,23
  20:2
**Thursday** 71:3
**ticked** 38:3
**tied** 47:4,5,14
**Tim** 1:18 4:11
**time** 4:2,13 8:6
  8:10,13 12:19
  14:13 19:4
  21:20 25:19
  28:5,17 31:7
  36:8 39:2 44:1
  46:14 48:4,19
  49:15 53:21
  55:4 56:1 59:7
  60:17 65:17,20
  69:15,21 70:3
  71:7 78:12
**times** 10:2,10
  11:2,12,18
  12:10,22,23
  21:13 28:22
  32:21 36:14
  58:18,19 59:8
  59:9 77:3
**Timothy** 1:14,16
  3:2 4:3,21
**tissue** 28:8 30:3

30:15 31:6
  48:2 71:13
**title** 7:22
**today** 4:1 28:20
  36:25 50:5
  76:19
**told** 14:19,25
  18:12,16 32:1
  32:20 33:1
  37:25 39:11
  48:23 49:18
  50:6 62:21
  72:22
**Toms** 28:10
**top** 27:14 29:24
  77:24
**torn** 30:11
**total** 58:11
**totally** 38:20
  70:17
**touched** 13:22
**tough** 32:16
  70:2
**toxin** 33:11
**tractor** 72:21
  73:11
**trailer** 72:21
  73:12
**training** 7:4,15
**transcript** 79:14
**translate** 27:6
**trauma** 32:12
  34:11 38:15
**traumatic** 20:3
  31:6,10 38:13
**traumatizing**
  24:8
**treat** 6:5 8:24
  12:25 19:23
  30:19 33:5
  74:13,17,22
  75:15
**treated** 9:5,8,9
  17:12 28:21
  31:13 32:12
  41:4 45:15
  46:6 75:12,19
**treating** 11:19
  23:17 26:9
  30:20 34:10

46:5 56:1
63:19
**treatment** 12:6
18:24 20:17,21
21:6 22:4,7
33:4 38:8 40:9
40:13 41:23
42:16
**treats** 5:18,23
**trial** 12:2 25:19
25:21 63:20
**trouble** 22:6
**truck** 10:8 12:20
12:22,25 13:1
13:6,7,11
14:22 15:2
18:13,20,21,22
39:3,6,7 48:6
50:17,20 61:17
71:1,1,2 72:13
73:6
**trucker** 10:19
**true** 66:22 67:5
76:3
**try** 20:24 36:21
42:21 53:21
**trying** 40:24
43:4,23 48:23
**TS** 1:10
**turned** 16:22
**twice** 9:23
**two** 5:15 9:23
48:24 51:25
53:6 55:9 58:7
58:8,8
**Tylenol** 50:24
**tympanic** 22:19
27:7
**type** 23:3 25:9
33:21
**types** 34:11

**U**
**Uh-huh** 5:11
6:18 63:11
**undergo** 22:7
**understand**
15:10
**understanding**
18:19 26:7

62:23
**unfortunately**
13:19 32:14
35:16 40:19
**unintended**
36:15
**United** 1:1 4:6
**University** 7:6
**Unknown** 1:11
1:11
**unload** 18:13
**unloaded** 18:20
**unusual** 19:6
77:9
**ups** 58:20 67:20
**upside** 16:22
17:15
**use** 7:21 26:14
56:3,5 60:2
75:17
**usual** 6:4 19:8
**usually** 31:2
58:21 71:16

**V**
**verbal** 35:24
62:14,15,17
**versus** 4:5
**Vicodin** 50:13
50:22 51:1,2
56:12 67:24
73:1 74:11
**video** 1:21 4:12
65:18,21 78:13
**videographer**
1:18 4:1,11
65:17,20 78:12
**videotape** 1:14
4:3
**vision** 33:9,9
**visit** 11:1 45:22
49:12
**visits** 65:25
72:18
**vs** 1:5

**W**
**WALDINE** 1:9
**want** 6:19 7:10
7:18 12:7

24:18 37:23
40:8 43:3,14
43:20 44:8
45:1,7 50:13
59:3,5 69:5
76:5
**wanted** 37:17
**wants** 43:2,21
76:6
**wasn't** 19:11
20:23 59:10
60:9
**wave** 27:11
**way** 12:13 16:22
36:16 37:2
60:11,23 73:5
74:5
**we'll** 12:13
17:21 37:19
**we're** 5:3 6:16
9:13 10:3,24
12:2,3,5,7
15:16 17:20
25:14 26:21,23
37:20 38:5
45:10 49:3
50:5 60:12
63:19,20 71:22
72:7 73:20
**we've** 27:3 30:8
35:15 66:18
74:10
**Wednesday**
1:16
**week** 10:18
46:22,23
**weeks** 24:2 25:3
28:18
**weight** 40:6
**went** 7:5 10:9
20:5 41:7
**weren't** 37:7
47:11
**Westgate** 2:8
**whack** 71:20
**wheel** 48:6
70:23
**wheeler** 71:1
**wife** 9:10 32:20
61:12

**willing** 43:6
**WILLIS** 2:7
**window** 27:12
**wise** 61:20
**wish** 24:9 37:7
**witness** 3:1,1
16:6,18,21
17:2 23:6
26:20 27:22
28:1 37:25
38:2 44:11,13
55:17 78:8
79:13
**women** 6:20
75:24
**word** 37:24 56:4
**words** 47:20
**work** 8:23 10:7
10:14,18 14:5
36:11 37:10,11
37:18 38:4,12
39:1,23,24
40:24 41:9
42:4 43:2,15
43:20,21 46:2
69:21 70:5
71:5 73:19
74:6 75:20
76:1,7,9,14,22
77:2
**worked** 10:15
**worker** 10:12
43:21
**working** 10:18
43:23 72:2
76:5
**works** 41:23
42:17 75:4,5
**world** 76:3
**worry** 17:23
**worse** 33:22
34:7,13,23
39:22 67:18
70:12,15 72:10
77:23
**worsened** 33:15
33:17
**wouldn't** 9:22
15:1,2 75:13
77:15

**wound** 15:24
16:11 18:7
19:2,5 25:1
44:20
**wrapped** 47:17
**wreck** 70:22
**wrecks** 34:11
**write** 53:22
**written** 8:3,4,7
35:19,21,24
62:13,14,16

**X**

**Y**
**yeah** 6:6 10:9
13:1 16:11
20:22 21:10,15
23:21 31:15
33:5 34:3
37:23 42:22
43:1,4,12,16
43:18 45:13
57:1 59:15
70:25 72:25
74:1,3
**year** 7:15,16,20
8:5 9:18,18,23
53:24 54:3
60:25 61:17
**yearly** 72:18
**years** 6:17 8:10
8:12 9:15,19
9:23 10:24
12:20 23:17
26:8 31:14
32:13 34:10
40:14,18 46:5
50:6 67:16
73:2 74:7
76:13
**yells** 32:8 33:2

**Z**
**Zocor** 56:21

**0**
**0** 59:11
**09** 51:23 52:8

**1**

**1** 6:12,14 15:14
  15:19 17:20
  46:7 51:15
  65:23 71:2
**1:15-CV-00080-**
  **1**:4
**1:15-CV-0008...**
  4:8
**10** 2:4 8:12 51:8
  54:1 56:14
  59:9,11,12
**10:44** 65:17
**10:46** 65:20
**100** 1:22
**10th** 48:17
**11** 9:15,19 48:8
  50:21 56:15
**11/04** 46:19
**11/11/04** 46:23
**11:03** 78:12,14
**12** 53:7,10 56:15
  58:2
**1275** 1:22
**13** 54:2
**1410** 1:16 4:9
  5:9
**15** 1:17 3:7,8 4:2
  52:2,4 55:20
  55:21,23 58:4
**15th** 55:19
**16** 52:5 54:7
**17th** 52:8
**18** 54:11,18
  60:23 61:1
  71:1
**18106** 1:23
**19** 58:17
**1976** 6:12
**1979** 6:13,14,16
**19th** 59:6

---
**2**
---

**2** 15:14,19 17:3
  17:4 51:5 55:8
**20** 12:17 29:20
  40:7 53:16
  64:9 75:1
**2002** 9:12 36:25
  45:16,19,22,25
  46:4 69:23

70:8,13,15
  72:19
**2004** 9:24 46:6,7
  46:9,10,19
  47:25 48:9
  50:13,16 51:4
  51:5 56:12
  69:11,18,19
  70:18,19 71:2
  73:24,25
**2005** 48:17
  49:12 51:8
**2009** 51:11,15
  52:5 56:13,14
  73:16,18
**2010** 10:4,7 50:1
  50:6 52:11,13
  52:24 53:1,4,7
**2011** 53:11,24
**2012** 54:5,7,11
  54:13,19,20,23
**2013** 9:14 10:22
  12:5,16,17
  14:11,17 29:20
  55:19,21,23
  58:17,23 59:6
  67:15 68:21
  72:9,10,19
  77:20
**2014** 10:24
**2015** 60:23 61:1
  61:1
**2016** 63:1 65:25
  66:1,11 79:7
**2017** 1:17 4:2
  6:17
**20th** 14:16
**21st** 52:8
**22** 50:13 55:7
  63:1 64:1
**22nd** 50:20
**24** 14:17
**2408** 2:8
**24th** 68:21
**25** 3:8 7:1 40:7
**29** 54:1

---
**3**
---

**3** 25:12,15 54:1
  71:3

**30** 6:13 7:2
  15:21 35:8
  55:6 61:16
**31634** 2:4
**31707** 2:9
**38** 40:18

---
**4**
---

**4** 9:12 29:14
  45:22 46:4
  52:13
**40** 6:17 10:18
  11:2 29:2
  31:14 55:5
**44** 3:3
**45** 7:2 25:16,23

---
**5**
---

**5** 3:3 50:23
**500** 50:23
**537** 2:3

---
**6**
---

**6** 39:17 50:1
  54:23 55:7
**60** 52:6,13 58:1
  58:6
**610)439-0504/...**
  1:24
**65** 3:9
**67** 6:23
**69** 3:4
**6th** 52:4 54:25

---
**7**
---

**70** 10:18
**71788** 2:8
**79** 9:4

---
**8**
---

**80** 55:7,9

---
**9**
---

**9:15** 1:17 4:2