IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| MICHAEL NEWCOMB, et al, | * |
| Plaintiffs, | * |
| v. | Case No. 1:15-CV-80(LAG) |
| | * |
| SPRING CREEK COOLER, INC., | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to the jury verdict dated September 11, 2019 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Defendant shall also recover costs of this action.

This 19th day of September, 2019.

David W. Bunt, Clerk

s/ William C. Lawrence, Deputy Clerk